UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE LUPIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FERMI INC., TOBY NEUGEBAUER, MILES EVERSON, GRIFFIN PERRY, JACOBO ORTIZ, MARIUS HAAS, RICK PERRY, CORDEL ROBBIN-COKER, LEE MCINTIRE, UBS SECURITIES LLC, EVERCORE GROUP L.L.C., CANTOR FITZGERALD & CO., MIZUHO SECURITIES USA LLC, MACQUARIE CAPITAL (USA) INC., ROTHSCHILD & CO US INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, TRUIST SECURITIES, INC., BERENBERG CAPITAL MARKETS LLC, and PANMURE LIBERUM LIMITED,<br><br>Defendants. | Case No. 1:26-cv-00050 (MKV) (RWL) |

**DECLARATION OF JOSHUA W. RUTHIZER, ESQ., IN SUPPORT OF LEAD PLAINTIFF MOVANT DANIEL ENRIQUE-SARANO'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, Joshua W. Ruthizer, Esq., declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.

2.      I am a partner in the law firm of Wolf Popper LLP ("Wolf Popper"), counsel for proposed Lead Plaintiff Daniel Enrique-Sarano, and proposed lead counsel for the putative class in the above captioned action.

- 2 -

3.  I make this Declaration in support of Daniel Enrique-Sarano's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.

4.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

5.  Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:  Certification of Daniel Enrique-Sarano Pursuant to the Federal Securities Laws;

Exhibit 2:  Declaration of Daniel Enrique-Sarano in Support of Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel;

Exhibit 3:  Chart of Estimated Losses and Financial Interest in the Relief Sought by the Class of Daniel Enrique-Sarano; and

Exhibit 4:  Resume of Wolf Popper LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of March, 2026, at New York, New York.

/s/ Joshua W. Ruthizer
Joshua W. Ruthizer

- 2 -