# EXHIBIT 1

## PLAINTIFF CERTIFICATION
## UNDER THE FEDERAL SECURITIES LAWS

I, Daniel Enrique-Sarano, hereby state:

1.      I have reviewed the complaint filed in *Lupia v. Fermi Inc., et al.*, No. 1:26-cv-00050 (MKV) (RWL) ECF No. 1 (S.D.N.Y. Jan. 5, 2026) ("Complaint").

2.      I have authorized my counsel in this action, Wolf Popper LLP, to file a motion for appointment as lead plaintiff in this action on my behalf.

3.      I am willing to serve as a representative party on behalf of the Class, as defined in the Complaint, including providing testimony at deposition and trial, if necessary.

4.      The following is a list of all my transactions in the securities that are the subject of the Complaint during the Class Period specified in the Complaint and through the date of this Certification:

### SEE ATTACHED SCHEDULE A

5.      I did not purchase the securities that are the subject of the Complaint at the direction of my counsel, or in order to participate in any private action arising under the federal securities laws.

6.      During the three-year period preceding the date of signing this certification, I have not sought to serve, and have not served, as a representative party on behalf of a class in any private action arising under the federal securities laws.

7.      I will not accept any payment for serving as a representative party on behalf of the Class except to receive a pro rata share of any recovery, or as ordered or approved by the Court, including the award to a representative party of reasonable costs and expenses, including lost wages, relating to the representation of the Class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: March 6, 2026

By: _____
Daniel Enrique-Sarano

1

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Common Stocks**

| Date | Buy or Sell | Quantity | Price* (USD) |
|---|---|---|---|
| 10/3/2025 | Buy | 1,000.00 | $28.23 |
| 11/12/2025 | Buy | 1,000.00 | $21.68 |
| 11/21/2025 | Buy | 800.00 | $13.79 |
| 11/21/2025 | Buy | 200.00 | $13.79 |
| 12/23/2025 | Sell | 1,000.00 | $8.71 |
| 12/29/2025 | Sell | 1,000.00 | $7.49 |

**Call Options**

| Date | Buy Or Sell | Strike | Expiration | Contracts | Price* (USD) |
|---|---|---|---|---|---|
| 10/3/2025 | Sell | 40.00 | Oct 17 2025 | 10 | $1.25 |
| 10/3/2025 | Buy | 40.00 | Oct 17 2025 | 10 | $1.00 |
| 10/6/2025 | Sell | 30.00 | Oct 17 2025 | 10 | $2.05 |
| 10/9/2025 | Buy | 30.00 | Oct 17 2025 | 1 | $1.60 |
| 10/9/2025 | Buy | 30.00 | Oct 17 2025 | 1 | $1.60 |
| 10/9/2025 | Buy | 30.00 | Oct 17 2025 | 1 | $1.60 |
| 10/9/2025 | Buy | 30.00 | Oct 17 2025 | 3 | $1.60 |
| 10/9/2025 | Buy | 30.00 | Oct 17 2025 | 4 | $1.60 |
| 10/13/2025 | Sell | 30.00 | Oct 17 2025 | 10 | $2.10 |
| 11/3/2025 | Sell | 35.00 | Nov 21 2025 | 10 | $2.10 |
| 11/12/2025 | Buy | 35.00 | Nov 21 2025 | 10 | $0.15 |
| 11/17/2025 | Sell | 30.00 | Nov 21 2025 | 20 | $0.05 |
| 12/9/2025 | Sell | 25.00 | Dec 19 2025 | 19 | $0.10 |
| 12/9/2025 | Sell | 25.00 | Dec 19 2025 | 11 | $0.10 |

\* Prices per share have been rounded to the nearest two decimal places