# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE LUPIA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>FERMI INC., TOBY NEUGEBAUER, MILES EVERSON, GRIFFIN PERRY, JACOBO ORTIZ, MARIUS HAAS, RICK PERRY, CORDEL ROBBIN-COKER, LEE MCINTIRE, UBS SECURITIES LLC, EVERCORE GROUP L.L.C., CANTOR FITZGERALD & CO., MIZUHO SECURITIES USA LLC, MACQUARIE CAPITAL (USA) INC., ROTHSCHILD & CO US INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, TRUIST SECURITIES, INC., BERENBERG CAPITAL MARKETS LLC, and PANMURE LIBERUM LIMITED,<br><br>　　　　　　Defendants. | Case No. 1:26-cv-00050 (MKV) (RWL) |

## **DECLARATION OF DANIEL ENRIQUE-SARANO**

DANIEL ENRIQUE-SARANO, does hereby declare pursuant to 28 U.S. Code § 1746 as follows:

1.　　I am 61 years old.  I currently reside in Millburn, New Jersey.

2.　　I hold a Bachelor of Arts in Hispanic and Latin American Languages, Literatures, and Linguistics from the University of Liverpool (1983–1987), and I attended Clifton College (a U.K. boarding school) in Bristol, England prior to my university studies (1978–1983).  I am a naturalized U.S. citizen.

3.　　I hold FINRA Series 7, 63, and 24 licenses.  I am currently retired but previously held a registered broker license -- CRD# 2492542.  I have worked in financial services for over

26 years, specializing in Latin American credit derivatives.

4.      I served as a Latin American Credit Default Swap ("CDS") Broker at Creditex from September 2000 through August 2021, a period of approximately 21 years, and concurrently at Tullett Prebon Financial Services LLC from September 2016 through November 2021.  Prior to that, I served as a broker at Prebon Financial Products Inc. from 2003 to 2016, at Garban Corporates LLC from 2001 to 2003, and at various Cantor Fitzgerald entities beginning in 1994.

5.      I have been an active investor for many years, during which time I have substantially managed my own investment accounts.

6.      I regularly review news sources related to business, financial markets, and investing.  I reviewed financial and market information related to the Fermi, Inc. securities at issue in the above-captioned action, including press releases, and other investor communications concerning the company.

7.      I reviewed the complaint filed in the above captioned action (ECF No. 1), and authorized my counsel Wolf Popper LLP to file a motion for appointment as lead plaintiff and approval of the selection of counsel in the above captioned action on my behalf.

8.      I understand the obligations and roles of serving as a lead plaintiff in a federal securities class action.  If appointed as lead plaintiff will participate in discovery, including providing a deposition.  I will be available as well for court conferences, and settlement meetings, to review drafts of documents, and to communicate on a regular basis with counsel.

9.      I have spoken by telephone and corresponded by email with my counsel in this action, Robert C. Finkel of Wolf Popper, concerning my investments in Fermi Inc. and the allegations in the above captioned action. I am familiar with his credentials and those of Wolf

- 3 -

Popper, and request that the Court approve my selection of Wolf Popper as lead counsel in this action.

10.    I respectfully seek appointment as lead plaintiff, and approval of my selection of lead counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2026

Signed by:

[signature]

E5DAB9BFB1B8408...
Daniel Enrique-Sarano