# EXHIBIT 3

**Daniel Enrique-Sarano**
**Fermi Inc. Financial Interest Calculation**

| | | | | |
|---|---|---|---|---|
| Class Period | 10/01/2025 - 12/11/2025 | Mean Price 12/12/2025 - 3/06/2026 | | $9.13 |
| 90-Day Period | 12/12/2025 - 3/12/2025 | All prices rounded to two decimal places | | |

**Section 10(b) Calculation/Lax Factors**

| Date | Trade Type | Purchases | | | Sales | | | Mean Price Through | |
|---|---|---|---|---|---|---|---|---|---|
| | | Quantity | Price | Cost | Quantity | Price | Proceeds | Date of Sale | Proceeds |
| 10/3/2025 | Buy | 1,000 | $28.23 | $28,230.00 | | | | | |
| 11/12/2025 | Buy | 1,000 | $21.68 | $21,680.00 | | | | | |
| 11/21/2025 | Buy | 800 | $13.79 | $11,032.00 | | | | | |
| 11/21/2025 | Buy | 200 | $13.79 | $2,758.00 | | | | | |
| 12/23/2025 | Sell | | | | 1,000 | $8.71 | $8,710.00 | $8.91 | $8,910.00 |
| 12/29/2025 | Sell | | | | 1,000 | $7.49 | $7,490.00 | $8.58 | $8,575.50 |
| | Class Period Total | 3,000 | | $63,700.00 | | | | | |
| | Net Shares Purchased | 3,000 | | | | | | | |
| | Net Funds Expended | $63,700.00 | | | | | | | |
| | Post Class Period Total | | | | 2,000 | | $16,200.00 | | $17,485.50 |

| | | |
|---|---|---|
| Retained Shares | 1,000 | |
| Retained Shares at 90-Day Price | $9,130.00 | |
| Gain(Loss) | ($37,084.50) | |

**Call Options Trading**

| Date | Expiration/Strike Price | Trade Type | Quantity | Price | Cost | Quantity | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|
| 10/3/2025 | Oct 17, 2025  / $40 | Buy | 1,000 | $1.00 | $1,000.00 | | | |
| 10/3/2025 | Oct 17, 2025 / $40 | Sell | | | | 1,000 | $1.25 | $1,250.00 |
| 10/6/2025 | Oct 17, 2025 / $30 | Sell | | | | 1,000 | $2.05 | $2,050.00 |
| 10/9/2025 | Oct 17, 2025 / $30 | Buy | 100 | $1.60 | $160.00 | | | |
| 10/9/2025 | Oct 17, 2025 / $30 | Buy | 100 | $1.60 | $160.00 | | | |
| 10/9/2025 | Oct 17, 2025 / $30 | Buy | 100 | $1.60 | $160.00 | | | |
| 10/9/2025 | Oct 17, 2025 / $30 | Buy | 300 | $1.60 | $480.00 | | | |
| 10/9/2025 | Oct 17, 2025 / $30 | Buy | 400 | $1.60 | $640.00 | | | |
| 10/13/2025 | Oct 17, 2025 / $30 | Sell | | | | 1,000 | $2.10 | $2,100.00 |
| 11/3/2025 | Nov 21, 2025 / $35 | Sell | | | | 1,000 | $2.10 | $2,100.00 |
| 11/12/2025 | Nov 21 ,2025 / $35 | Buy | 1,000 | $0.15 | $150.00 | | | |
| 11/17/2025 | Nov 21, 2025 / $30 | Sell | | | | 2,000 | $0.05 | $100.00 |
| 12/9/2025 | Dec 19, 2025 / $25 | Sell | | | | 1,900 | $0.10 | $190.00 |
| 12/9/2025 | Dec 19, 2025 / $25 | Sell | | | | 1,100 | $0.10 | $110.00 |
| | Total | | 3,000 | | $2,750.00 | 9,000 | | $7,900.00 |
| | Gain(Loss) | $5,150.00 | | | | | | |

| | |
|---|---|
| Total Loss | ($31,934.50) |

**Daniel Enrique-Sarano**
**Fermi Inc. Financial Interest Calculation**

| | | | |
|---|---|---|---|
| Class Period | 10/01/2025 - 12/11/2025 | Mean Price 12/12/2025 - 3/06/2026 | $9.13 |
| 90-Day Period | 12/12/2025 - 3/12/2025 | All prices rounded to two decimal places | |

**Section 11(e) Calculation**

| Date | Trade Type | Purchases | | | | Sales | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Quantity | Price | IPO Price | Cost | Quantity | Price | Proceeds | |
| 10/3/2025 | Buy | 1,000 | $28.23 | $21.00 | $21,000.00 | | | | |
| 11/12/2025 | Buy | 1,000 | $21.68 | $21.00 | $21,000.00 | | | | |
| 11/21/2025 | Buy | 800 | $13.79 | $21.00 | $11,032.00 | | | | |
| 11/21/2025 | Buy | 200 | $13.79 | $21.00 | $2,758.00 | | | | |
| 12/23/2025 | Sell | | | | | 1,000 | $8.71 | $8,710.00 | |
| 12/29/2025 | Sell | | | | | 1,000 | $7.49 | $7,490.00 | |
| **Total** | | **3,000** | | | **$55,790.00** | **2,000** | | **$16,200.00** | |

| | |
|---|---|
| Total Shares Purchased: | 3,000 |
| Value of Shares Purchased (Price Capped at IPO Price) | $55,790 |
| Shares Sold Before Complaint Filed | 2,000 |
| Proceeds of Shares Sold Before Complaint Filed | $16,200 |
| Date Complaint Filed | 1/5/2026 |
| Closing Price Date Complaint Filed | $8.68 |
| Shares Held Date Complaint Filed | 1,000 |
| Position Value at Closing Price Date Complaint Filed | $8,680 |
| **Gain(Loss)** | **($30,910)** |