**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SALVATORE LUPIA, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        vs.<br><br>FERMI INC., TOBY NEUGEBAUER, MILES EVERSON, GRIFFIN PERRY, JACOBO ORTIZ, MARIUS HAAS, RICK PERRY, CORDEL ROBBIN-COKER, LEE MCINTIRE, UBS SECURITIES LLC, EVERCORE GROUP L.L.C., CANTOR FITZGERALD & CO., MIZUHO SECURITIES USA LLC, MACQUARIE CAPITAL (USA) INC., ROTHSCHILD & CO US INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, TRUIST SECURITIES, INC., BERENBERG CAPITAL MARKETS LLC, and PANMURE LIBERUM LIMITED,<br><br>                              Defendants. | No. 1:26-cv-00050-MKV<br><br>Judge Mary Kay Vyskocil<br><br>CLASS ACTION |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a Partner at the law firm of Labaton Keller Sucharow LLP ("Labaton"), proposed Lead Counsel for the Class.  I submit this declaration in support of the motion filed by proposed Lead Plaintiff Iron Workers District Council of New England Pension Fund ("New England Iron Workers"), for the entry of an Order: (1) appointing New England Iron Workers as Lead Plaintiff in the Action; (2) approving New England Iron Workers' selection of Labaton as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through D are true and correct copies of the following documents:

EXHIBIT A:   Signed Certification of New England Iron Workers, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   Loss Chart identifying New England Iron Workers' transactions in Fermi Inc. securities during the Class Period;

EXHIBIT C:   Notice of the action;

EXHIBIT D:   Firm Resume of Labaton.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of March, 2026

/s/ Francis P. McConville
Francis P. McConville