# Exhibit B

**LOSS ANALYSIS**

**Filed Class Period: 10/01/25 - 12/11/25**

**Fermi Inc.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price [1] |
|---|---|---|---|---|
| FRMI | 314911108 | US3149111086 | BV2HGM9 | $9.1283 |

**Iron Workers District Council of New England Pension Fund**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Share Price** | **Cost/Proceeds** |
| Purchases | 10/01/25 | 1,709 | $21.0000 | **($35,889.00)** |
| Purchases | 10/01/25 | 2,620 | $28.0092 | **($73,384.10)** |
| Purchases | 10/01/25 | 719 | $27.3335 | **($19,652.79)** |
| Purchases | 10/01/25 | 67 | $26.0250 | **($1,743.68)** |
| Purchases | 10/06/25 | 262 | $25.9918 | **($6,809.85)** |
| Purchases | 10/07/25 | 1,963 | $25.3381 | **($49,738.69)** |
| *Class Period Purchases:* | | *7,340* | | *($187,218.11)* |
| | | | | |
| *Class Period Sales that match to Pre-Class Period:* | | *0* | | *$0.00* |
| | | | | |
| *Class Period Sales that match to Class Period Purchases:* | | *0* | | *$0.00* |
| | Shares Held: | 7,340 | $9.1283 | $67,001.72 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($120,216.39)** |

| | |
|---|---|
| Total Shares Bought: | 7,340 |
| Total Net Shares: | 7,340 |
| Total Net Expenditures: | ($187,218.11) |

[1] *Value of shares held is the mean trading price from 12/12/25 - 03/06/26*