# Exhibit B

**Loss Analysis for Joseph Stella - Fermi Inc. (FRMI)**
**Section 11(e) Statutory Damages (LIFO)**
**Pursuant and/or traceable to the Registration Statement and Prospectus issued in connection with Fermi's October 2025 IPO**

| | |
|---|---|
| Offering Price (POP) | $21.00 |
| Suit Filing Date | 01/05/2026 |
| Value on Suit Date (V_suit) — e.g., close | $8.68 |

| Date Purchased | #Shares | Share Price | Amount Paid | Date Sold | #Shares | Share Price | Amount Received |
|---|---|---|---|---|---|---|---|
| 11/21/2025 | 84300 | $15.00 | $1,264,500.00 | | | | |

**Remaining (held) damages by purchase lot**

| RevBuy# | Remaining Shares | CapPaid | Per-Share Dam (CapPaid - V_suit, floored at 0) | Damages |
|---|---|---|---|---|
| 1 | 84300 | $15.00 | $6.32 | $532,776.00 |

**Summary**

| | |
|---|---|
| Total Matched Sold Shares | 0 |
| Total Buy Shares (eligible) | 84300 |
| Total Sell Shares (eligible) | 0 |
| Unmatched/Remaining Shares (held) | 84300 |
| | |
| Total Damages on Sold Shares | $0.00 |
| Total Damages on Remaining (Held at Suit) | $532,776.00 |
| | |
| **TOTAL STATUTORY DAMAGES** | **$532,776.00** |

**Loss Analysis for Joseph Stella - Fermi Inc. (FRMI)**
**Section 10(b) Damages**
**Class Period 10/01/25 - 12/11/25**



| | | **P U R C H A S E S** | | | | **S A L E S** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | Date | Shares | Share Price | | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 11/21/25 | 84,300 | $15.0000 | $1,264,500.00 | | | | | |
| Purchases | | | | | | | | | |
| | | | | | | | | | |
| Post Class | | | | | | | | | |
| Purchases | | | | | | | | | |

Total Shares Acquired in CP  84,300  Total Amt. Paid in CP  $1,264,500.00    Total Shares Sold in CP  0    Total Amt. Sold in CP  $0.00

Post CP Shares Sold  0    Post CP Amount Sold  $0.00

Total Shares Sold to Current  0    Total Amt. Sold to Current  $0.00  ALTERNATIVE

Actual Net Shares Acquired in CP  84,300  (CP Retained Shares)

Net Amount Paid in CP  $1,264,500.00

Net Amount Paid in CP Minus Sold to Current Date  $1,264,500.00  ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)  84,300  Automatically 0 if Negative

Net Shares Acquired During Class Period Held to Current Date  84,300  Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP  $9.13

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price  $769,518.50

Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price  $769,518.50  ALTERNATIVE

Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price  $494,981.50  ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)  $494,981.50

Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)  $494,981.50  ALTERNATIVE