# Exhibit D




# HAGENS BERMAN






HAGENS  BERMAN  SOBOL  SHAPIRO LLP

Hagens Berman is a national leader in class-action litigation driven by an international team of legal powerhouses. With a tenacious spirit, we are motivated to make a positive difference in people's lives.

HAGENS  BERMAN  SOBOL  SHAPIRO LLP

# Table of Contents

**INTRODUCTION**.....................................**4**
The Firm.............................................. 4
Locations............................................. 5
Quotes................................................. 6
Victories & Settlements...................... 10

**PRACTICE AREAS**..............................**15**
Investor Fraud – Individual and Class
   Action Litigation.............................. 16

**LEGAL TEAM**.....................................**20**

**MANAGING PARTNER**........................**21**
Steve W. Berman ............................... 21
Reed R. Kathrein................................ 31
Lucas E. Gilmore................................ 33
Christopher A. O'Hara ....................... 35
Raffi Melanson ................................... 37

**OF COUNSEL** .....................................**38**
Karl Barth ........................................... 38
Nathaniel A. Tarnor ........................... 39
Robert A. Jigarjian............................. 41
Peter A. Schaeffer ............................. 42

INTRODUCTION

# The Firm

Hagens Berman Sobol Shapiro LLP was founded in 1993 with one purpose: to help victims with claims of fraud and negligence that adversely impact a broad group. Through the firm's focus on class-action litigation and other complex, multi-party cases, it fights for those seeking representation against wrongdoing and fraud. As the firm grew, it expanded its scope while staying true to its mission of taking on important cases that implicate the public interest and the greater good. We represent plaintiffs including consumers, inventors, investors, workers, the environment, governments, whistleblowers and others.

## We are one of the nation's leading class-action law firms and have earned an international reputation for excellence and innovation in ground-breaking litigation against large corporations.

### OUR FOCUS

Our focus is to represent plaintiffs in antitrust, consumer fraud, employment, environmental, intellectual property, product liability, securities and investment fraud, sexual harassment, tort and whistleblower law cases. Our firm is particularly skilled at managing multistate and nationwide class actions through an organized, coordinated approach. Our skilled team implements an efficient and aggressive prosecutorial strategy to place maximum pressure on defendants.

### WE WIN

We believe excellence stems from a commitment to try each case, vigorously represent the best interests of our clients and obtain maximum recovery. Our opponents know we are determined and tenacious. They respect our skills and recognize our track record of achieving top results for those who need it most.

### WHAT MAKES US DIFFERENT

We are driven to return to the class every possible portion of its damages — our track record proves it. While many class action or individual plaintiff cases result in large legal fees and no meaningful outcome for the client or class, Hagens Berman finds ways to return real value to the victims of corporate fraud and malfeasance through damages and real change.

### AN INTERNATIONAL REACH

Our firm offers clients an international scope of practice. We have flourished through our core network of U.S. offices, and with a global expansion, Hagens Berman has grown geographically to where our eyes have always been: trends of fraud, negligence and wrongdoing taking form anywhere in the world. The firm now does business through endeavors in Paris, London and Amsterdam and has a vested interest in fighting global instances of oppression and injustice.

HAGENS  BERMAN  SOBOL  SHAPIRO LLP

INTRODUCTION

# Locations

### SEATTLE

1301 Second Avenue, Suite 2000
Seattle, WA 98101
T 206-623-7292
F 206-623-0594

### BERKELEY

715 Hearst Avenue, Suite 300
Berkeley, CA 94710
T 510-725-3000
F 510-725-3001

### BOSTON

1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
T 617-482-3700
F 617-482-3003

### CHICAGO

455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
T 708-628-4949
F 708-628-4950

### LOS ANGELES

301 North Lake Avenue, Suite 920
Pasadena, CA 91101
T 213-330-7150
F 213-330-7152

### NEW YORK

594 Dean Street, Suite 24
Brooklyn, NY 11238
T 212-752-5455
F 917-210-3980

### PHOENIX

11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
T 602-840-5900
F 602-840-3012

### SAN DIEGO

533 F Street
Suite 207
San Diego, CA 92101
T 619-929-3340

### LONDON

Hagens Berman UK LLP
80 Strand
London, WC2R 0DT
T 0203 150 1445

### PARIS

HBSS France
106 rue de l'Université
75007 Paris
T +1 83 64 15 08

**INTRODUCTION**
# Quotes

## "[A] clear choice emerges. That choice is the Hagens Berman firm."

— *U.S. District Court for the Northern District of California, In re Optical Disk Drive Products Antitrust Litigation (Appointing the firm lead counsel in the case which would later usher in $205 million in settlements.)*

## "Landmark consumer cases are business as usual for Steve Berman."

— *The National Law Journal, naming Steve Berman one of the 100 most influential attorneys in the nation for the third time in a row*

## "Berman is considered one of the nation's top class action lawyers."

— *Associated Press*

## "unprecedented success in the antitrust field"

— *California Magistrate Judge Nathanael M. Cousins*
*A July 2015 order awarding attorneys' fees in student-athlete name and likeness litigation*

## "All right, I think I can conclude on the basis with my five years with you all, watching this litigation progress and seeing it wind to a conclusion, that the results are exceptional…You did an exceptionally good job at organizing and managing the case…"

— *U.S. District Court for the Northern District of California, In re Dynamic Random Access Memory Antitrust Litigation (Hagens Berman was co-lead counsel and helped achieve the $406 million class settlement.)*

## "I think you have conducted yourselves with great professionalism in this case that has been very difficult, very challenging, and I'm grateful for your professionalism and your advocacy"

— *Honorable Terrence G. Berg*
*Fairness Hearing in Mark D. Chapman, et al. v. General Motors LLC, April 25, 2025*

## "aggressive and independent advocacy"

— *Hon. Thomas M. Durkin in an order appointing Hagens Berman as interim class counsel in In re Broiler Chicken Antitrust Litigation*

## "Class counsel has consistently demonstrated extraordinary skill and effort."

— *Hon. James Selna, Central District of California, In re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices and Products Liability Litigation, (The firm was appointed co-lead counsel without submitting to lead the case, and later achieved what was then the largest settlement in history brought against an automaker – $1.6 billion.)*

"…I have never worked with such professional, decent counsel."

> *— Hon. Dennis M. Cavanaugh, United States District Judge (Retired), Transcript Of Proceedings Fairness Hearing for In re Mercedes-Benz Emissions Litigation, (Hagens Berman helped secure a $700 million settlement for class members and served as interim class counsel.)*

"…the track record of Hagens Berman['s] Steve Berman is…impressive, having racked… a $1.6 billion settlement in the Toyota Unintended Acceleration Litigation and a substantial number of really outstanding big-ticket results."

> *— Hon. Milton I. Shadur, Senior U.S. District Judge, naming Hagens Berman interim class counsel in Stericycle Pricing MDL (Hagens Berman served as lead counsel and secured a $295 million settlement.)*

"…when you get good lawyers this is what happens; you get these cases resolved."

> *— Hon. Dennis M. Cavanaugh, United States District Judge (Retired), Proceedings Fairness Hearing for In re Mercedes-Benz Emissions Litigation*

"…Class counsel have devoted considerable time and resources to this litigation…"

> *— Hon. Dennis M. Cavanaugh, United States District Judge (Retired), Proceedings Fairness Hearing for In re Mercedes-Benz Emissions Litigation*

"…This result…puts significant money into the pockets of all of the class members, is an excellent result. …I've also looked at the skill and quality of counsel and the quality of the work… and find that to have been at a high level."

> *— Hon. Beth Labson Freeman, United States District Judge, Final Approval of Settlement Hearing for Dean Sheikh et al v. Tesla, Inc.*

"…respective clients certainly got their money's worth with these attorneys and the work that they did on their behalf. …Plaintiffs did an excellent job on behalf of their clients in this case."

> *— Hon. Dennis M. Cavanaugh, United States District Judge (Retired)*
> *Proceedings Fairness Hearing for In re Mercedes-Benz Emissions Litigation*

"Class Member reaction to the Mercedes Settlement is overwhelmingly positive."

> *— Hon. Dennis M. Cavanaugh (Ret.) Special Master, In re Mercedes-Benz Emissions Litigation*

"I will reiterate that class counsel has demonstrated over many years, superior experience and capability in handling class actions of this sort."

> *— Hon. Beth Labson Freeman, United States District Judge, Final Approval of Settlement Hearing for Dean Sheikh et al v. Tesla, Inc.*

HAGENS  BERMAN  SOBOL  SHAPIRO LLP

"Not only did they work hard and do what was appropriate under the circumstances; their behavior was exemplary throughout. They were fair and firm. There were no pushovers involved here."

*— Hon. Dennis M. Cavanaugh, United States District Judge (Retired), Proceedings Fairness Hearing for In re Mercedes-Benz Emissions Litigation*

"Class Counsel are extremely qualified and competent counsel who have experience and expertise prosecuting complex class actions…successfully tried class actions to jury verdicts and…also obtained billions of dollars in settlements…"

*— Judge Magnuson, Final CBL Approval Order*

"Plaintiffs have zealously litigated this case on behalf of the class over the course of eight years…the reaction of the class members has been overwhelmingly positive."

*— Hon. Jeffrey S. White*
*Order finalizing $28 million settlement in class-action against Schneider National Carriers Inc.*

"The level of representation of all parties in terms of the sophistication of counsel, was, in my view, of the highest levels. I can't imagine a case in which there was really a higher quality of representation across the board than this one."

*— Hon. William E. Smith, District Judge, U.S. District Court for the District of Rhode Island*
*In re Loestrin 24 Antitrust Litigation, Master File No. 1:13-md-2472 (D.R.I.)*
*Final Approval Hearing on the direct purchaser settlement ($120M)*

"…counsel provided strong representation for the class. Class counsel discovered and developed this case without the benefit of a government investigation's coattails. In total, class counsel reviewed 578,790 documents, deposed 19 fact and opposing-expert witnesses, and consulted with and retained 10 expert witnesses of their own."

*— Hon. William Alsup, District Judge*
*U.S. District Court for the Northern District of California, In re Glumetza Antitrust Litigation*

"Class counsel also successfully defeated defendants' motions to dismiss, certified a Rule 23 class, and defeated defendants' summary judgment motions prior to reaching an agreement with all three defendants to settle this action mere weeks before the trial date. Class counsel accomplished all of this

despite vigorous opposition from large multi-national companies with high-quality representation from six national law firms."

> — *Hon. William Alsup, District Judge*
> *U.S. District Court for the Northern District of California, In re Glumetza Antitrust Litigation*

"The settlement was achieved at arm's length only after DPPs' highly skilled and experienced counsel had received and reviewed the voluminous discovery and exchanged over 30 expert reports with defendant…"

> — *Hon. Nina Gerson, District Judge*
> *U.S. District Court for the Eastern District of New York, In re Restasis (Cyclosporine Ophthalmic Emulsion) Antitrust Litigation*

"I can't imagine attorneys litigating a case more rigorously than you all did in this case. It seems like every conceivable, legitimate, substantive dispute that could have been fought over was fought over to the max."

> — *Hon. William E. Smith, District Judge, U.S. District Court for the District of Rhode Island*
> *Final Approval Hearing on the direct purchaser settlement ($120M), In re Loestrin 24 Antitrust Litigation*

INTRODUCTION

# Victories & Settlements

Since its founding, the firm has secured settlements valued at more than $320 billion on behalf of class members in large-scale complex litigation.

## $260 BILLION

### STATE TOBACCO LITIGATION

Hagens Berman represented 13 states prosecuting major actions against Big Tobacco. The settlement led to a multistate settlement requiring the tobacco companies to pay the states and submit to advertising and marketing restrictions. It was the largest civil settlement in history.

## $25 BILLION

### VISA CHECK/MASTERMONEY ANTITRUST LITIGATION

The firm served as co-lead counsel in what was then the largest antitrust settlement in history. The class-action lawsuit alleged that Visa and MasterCard engaged in an anticompetitive scheme to monopolize the debit card services market and charge merchants artificially inflated interchange fees by tying merchant acceptance of their debit card services, Visa Check and MasterMoney, to merchant acceptance of their credit card services. Settlements secured categories of relief that court decisions valued at as much as $25-87 billion.

## $14.7 BILLION

### VOLKSWAGEN EMISSIONS LITIGATION

Hagens Berman was named a member of the plaintiffs' steering committee and part of the settlement negotiating team in this monumental case that culminated in the largest automotive settlement in history. The firm was the first law firm to file against Volkswagen regarding its Dieselgate emissions-cheating scandal.

## $1.67 BILLION

### VOLKSWAGEN FRANCHISE DEALERS LITIGATION

The firm served as lead counsel representing VW franchise dealers in this lawsuit related to VW's Dieselgate scandal. The settlement recovered nearly full damages for the class.

## $1.6 BILLION

### TOYOTA UNINTENDED ACCELERATION LITIGATION

Hagens Berman served as co-lead counsel and secured what was then the largest automotive settlement in history in this class action that recovered $1.6 billion for vehicle owners.

## $1.45 BILLION

### NOTEWORLD / MERACORD

The firm secured a default judgment on behalf of consumers for a useless debt-settlement conspiracy, following years of plaintiff victories in the case. Hagens Berman filed its lawsuit in 2011, on behalf of consumers nationwide, claiming the company violated Washington law and the federal Racketeer Influenced and Corrupt Organizations Act.

## $1.3 BILLION

### HYUNDAI KIA THETA II GDI FIRE HAZARD LITIGATION I

Hagens Berman is co-lead counsel in this case accusing automakers of selling vehicles with failure-prone engines that could sometimes catch fire. The case is still pending litigation pertaining to other affected models.

## $700 MILLION

### MERCEDES BLUETEC EMISSIONS LITIGATION

A monumental settlement was reached on behalf of owners of Mercedes vehicles affected by Daimler's emissions cheating. The case was initially filed and researched by Hagens Berman, based on the firm's independent vehicle testing, and the firm served as co-lead counsel. The consumer settlement followed a $1.5 billion settlement between Mercedes and the U.S. Justice Department and California Air Resources Board. The settlement includes an $875 million civil penalty for violating the Clean Air Act.

HAGENS  BERMAN  SOBOL  SHAPIRO LLP

## $700 MILLION
### WASHINGTON PUBLIC POWER SUPPLY SYSTEM (WPPSS) SECURITIES LITIGATION
Hagens Berman represented bondholders and the trustee in a class action stemming from the failure of two nuclear projects. Plaintiffs were awarded a $700 million settlement.

## $568 MILLION
### APPLE E-BOOKS ANTITRUST LITIGATION
Hagens Berman served as co-lead counsel against Apple and five of the nation's largest publishing companies and secured a combined $568 million settlement, returning class members nearly twice their losses in recovery, following the firm's victory over Apple after it appealed the case to the U.S. Supreme Court.

## $535 MILLION
### CHINA MEDIAEXPRESS HOLDINGS, INC. SECURITIES LITIGATION
Hagens Berman, which served as lead counsel in the case, alleged on behalf of a class of investors that China MediaExpress Holdings made false and misleading statements, including misrepresentations about its revenues, the number of buses in its network and the nature of its business relationships. The lawsuit resulted in relief for investors valued at $535 million.

## $470 MILLION
### LCD ANTITRUST LITIGATION
Hagens Berman served as a member of the Executive Committee representing consumers in multi-district litigation. Total settlements exceeded $470 million.

## $453 MILLION
### GLUMETZA ANTITRUST LITIGATION
The court denied summary judgment and paved the way for trial in this litigation against brand and generic manufacturers of the diabetes drug Glumetza. Hagens Berman served as co-lead counsel for the direct purchaser class. U.S. District Judge William Alsup approved $453.85 million in settlements resolving direct purchasers' allegations. The result was the largest antitrust recovery to receive final approval in 2022.

## $406 MILLION
### DRAM ANTITRUST LITIGATION
The firm was co-lead counsel in this antitrust case which settled for $406 million in favor of purchasers of dynamic random access memory chips.

## $385 MILLION
### SUBOXONE ANTITRUST LITIGATION
Hagens Berman was co-lead counsel in this pharmaceutical antitrust class action alleging defendants violated federal antitrust laws by delaying generic competition for its blockbuster opioid addiction medicine, Suboxone.

## $383.5 MILLION
### DAVITA HEALTHCARE PERSONAL INJURY LITIGATION
A Denver jury awarded a monumental $383.5 million verdict to families of three patients who died after receiving dialysis treatments at DaVita clinics.

## $350 MILLION
### T-MOBILE DATA BREACH
Hagens Berman represented consumers in this class-action lawsuit against T-Mobile related to its 2021 data security breach. On Aug. 15, 2021, a hacker exposed the sensitive information of tens of millions of individuals that were either T-Mobile customers or those that had applied for credit with the company and put them at risk of identity theft and its subsequent consequences.

## $340 MILLION
### RANBAXY INC.
Hagens Berman served as co-lead counsel representing Meijer Inc. and Meijer Distribution Inc. in a class-action lawsuit against drugmaker Ranbaxy. The lawsuit alleged it recklessly stuffed the generic drug approval queues with grossly inadequate applications and deceiving the FDA into granting tentative approvals to lock in statutory exclusivities to which Ranbaxy was not entitled. Ranbaxy then excluded competition at the expense of U.S. drug purchasers. The settlement was part of a $485 million settlement for all plaintiffs. The result was the second largest antitrust recovery to receive final approval in 2022.

## $338 MILLION
### PHARMACEUTICAL AVERAGE WHOLESALE PRICE LITIGATION
Hagens Berman was lead counsel in this ground-breaking drug pricing case against the world's largest pharmaceutical companies, resulting in a victory at trial. The court approved a total of $338 million in settlements.

## $325 MILLION

### NEURONTIN PFIZER LITIGATION

The firm brought suit against Pfizer and its subsidiary, Parke-Davis, accusing the companies of a fraudulent scheme to market and sell the drug Neurontin for a variety of "off-label" uses for which it is not approved or medically efficacious.

## $307 MILLION

### FCA ECODIESEL EMISSIONS CHEATING LITIGATION

The firm achieved a settlement on behalf of owners of EcoDiesel Dodge 1500 and Jeep Grand Cherokee vehicles in response to Fiat Chrysler's emissions-cheating. Under the settlement, class members who repair their vehicles and submit a claim will receive $3,075. The total value of the deal is estimated at $307 million, granted all owners submit a valid claim.

## $300 MILLION

### HYUNDAI/KIA HYDRAULIC ELECTRONIC CONTROL UNIT (HECU) FIRE HAZARD

Approximately three million Hyundai and Kia vehicles nationwide were affected by a dangerous defect in the hydraulic and electronic control units (HECU), also known as anti-lock brake (ABS) modules which posed a risk of non-collision engine fires. Conservatively, plaintiffs' experts valued the settlement achieved by Hagens Berman as co-class counsel in the range of $326 million to $652 million.

## $295 MILLION

### STERICYCLE, STERI-SAFE LITIGATION

Hagens Berman served as lead counsel representing small businesses including veterinary clinics, medical clinics and labs in a class-action lawsuit alleging Stericycle's billing practices and accounting software violated consumer laws and constituted breach of contract.

## $255 MILLION

### HYUNDAI & KIA FUEL ECONOMY LITIGATION

Hagens Berman filed a class-action lawsuit on behalf of consumers alleging Hyundai and Kia overstated fuel economy for many vehicles they sold in the United States.

## $250 MILLION

### ENRON ERISA LITIGATION

Hagens Berman was co-lead counsel in this ERISA litigation, which recovered in excess of $250 million, the largest ERISA settlement in history.

## $250 MILLION

### BOFA COUNTRYWIDE APPRAISAL RICO

Hagens Berman served as co-lead counsel in a nationwide class-action lawsuit against Bank of America, Countrywide Financial and appraisal firm LandSafe Inc. on behalf of a class of home buyers accusing the suit's defendants of carrying out a series of phony appraisals in an attempt to secure more loans.

## $235 MILLION

### CHARLES SCHWAB SECURITIES LITIGATION

The firm was lead counsel in this action alleging fraud in the management of the Schwab YieldPlus mutual fund. A $235 million class settlement was approved by the court.

## $234.6 MILLION

### AEQUITAS CAPITAL MANAGEMENT

The firm settled this case on behalf of 1,600 investors of the now-defunct Aequitas companies. It is believed to be the largest securities settlement in Oregon history.

## $218 MILLION

### JP MORGAN MADOFF

Hagens Berman settled this case on behalf of Bernard L. Madoff investors in a suit filed against JPMorgan Chase Bank, its parents, subsidiaries and affiliates. The settlement against JPMorgan involved three simultaneous, separately negotiated settlements totaling more than $2.2 billion.

## $215 MILLION

### USC, DR. GEORGE TYNDALL SEXUAL ABUSE AND HARASSMENT

The firm served as co-lead counsel and secured a $215 million settlement on behalf of a class of thousands of survivors of sexual assault against the University of Southern California and its Dr. George Tyndall, the full-time gynecologist at USC's student health clinic.

## $212 MILLION

### TOYOTA, LEXUS DENSO FUEL PUMP DEFECT

Hagens Berman represented consumers in a lawsuit alleging that Toyota Motor Corp. sold vehicles with faulty engines made by Denso International America Inc. The defect left vehicle owners at risk of spontaneous vehicle shutdown, engine stall and other safety risks that increased the likelihood of a crash or injury. The settlement brought relief to more than 3.3 million vehicle owners and is valued between $212 million and $288 million.

HAGENS  BERMAN  SOBOL  SHAPIRO LLP

## $208 MILLION
### NCAA GRANT-IN-AID CAP ANTITRUST LITIGATION
Hagens Berman was co-lead counsel in the damages portion of this historic antitrust class action claiming the NCAA unlawfully capped the value of athletic scholarships. In a historic ruling, the U.S. Supreme Court unanimously upheld a trial victory regarding the injunctive portion of the case securing monumental improvements for college athletes, and forever changing college sports. Steve Berman served as trial counsel.

## $205 MILLION
### OPTICAL DISC DRIVES (ODD) ANTITRUST LITIGATION
Hagens Berman served as lead counsel on behalf of consumers in a lawsuit filed against Philips, Pioneer and others for artificially inflating the price of ODDs.

## $200 MILLION
### NEW ENGLAND COMPOUNDING PHARMACY MENINGITIS OUTBREAK LITIGATION
Hagens Berman attorneys served as lead counsel for the plaintiffs' steering committee on behalf of plaintiff-victims of the 2012 fungal meningitis outbreak that led to more than 64 deaths and hundreds of joint infection cases.

## $169 MILLION
### ANIMATION WORKERS
Hagens Berman was co-lead counsel for a class of approximately 10,000 animators and other artistic workers in an antitrust class action against Pixar, DreamWorks, The Walt Disney Company, Sony and others for allegedly conspiring to restrain competition and suppress industry wages. A $169 million settlement resulted in a payment of more than $13,000 per class member.

## $150 MILLION
### FLONASE ANTITRUST LITIGATION
Hagens Berman was co-lead counsel representing purchasers in this case alleging GlaxoSmithKline filed petitions to prevent the emergence of generic competitors to its drug Flonase to overcharge consumers and purchasers of the drug, which would have been priced lower had a generic competitor been allowed to come to market.

## $150 MILLION
### LUPRON CONSUMER LITIGATION
Hagens Berman served as co-lead counsel on behalf of consumers and third-party payors who purchased the drug Lupron. Under the terms of the settlement, TAP Pharmaceuticals paid $150 million on behalf of all defendants.

## $123.4 MILLION
### EXPEDIA LITIGATION
Hagens Berman led this class action arising from bundled "taxes and service fees" that Expedia collects when its consumers book hotel reservations. Plaintiffs alleged that by collecting exorbitant fees as a flat percentage of the room rates, Expedia violated both the Washington Consumer Protection Act and its contractual commitment to charge as service fees only "costs incurred in servicing" a given reservation.

## $120 MILLION
### GENERAL MOTORS IGNITION SWITCH
Hagens Berman represented owners of GM-branded vehicles as co-lead counsel in a national class-action lawsuit seeking compensation, statutory penalties and punitive damages against GM on behalf of owners of millions of vehicles affected by alleged safety defects and recalls. The court granted final approval to a $120 million settlement on behalf of affected GM vehicle owners on Dec. 18, 2020. Under the settlement, a trust controlled by creditors in GM's 2009 bankruptcy contributed up to $50 million.

## $120 MILLION
### LOESTRIN ANTITRUST LITIGATION
Hagens Berman served as interim co-lead counsel for the certified class of direct purchasers. The parties reached a proposed settlement shortly before trial.

## $113 MILLION
### BATTERIES ANTITRUST LITIGATION
Hagens Berman served as co-lead counsel and secured a settlement in this class-action lawsuit against some of the largest electronics manufacturers for allegedly illegally fixing the price of lithium-ion batteries, pushing costs higher for consumers.

## $108 MILLION
### FIAT CHRYSLER LOW OIL PRESSURE SHUT-OFF
As co-lead counsel, Hagens Berman represented a class of owners of Fiat Chrysler vehicles allegedly prone to spontaneous shut off when oil pressure is low. A federal judge approved a settlement valued at $108 million comprised of comprehensive relief including extended warranties, software upgrades, free testing and repairs and repair reimbursements.

## $100 MILLION

### APPLE IOS APP STORE LITIGATION

In this lawsuit against Apple, the firm served as interim lead counsel in this matter and represented U.S. iOS developers against the tech giant. The suit accused Apple of monopolizing distribution services for iOS apps and in-app digital products, allegedly resulting in commission overcharges. Apple agreed to pay $100 million and make developer-friendly changes to its App Store policy.

## $100 MILLION

### OPPENHEIMER CORE BOND AND CHAMPION INCOME FUNDS LITIGATION

Hagens Berman obtained settlements in two cases alleging that various Oppenheimer entities and certain individual defendants made materially false or misleading statements and omissions to the investing public regarding the investment profile and objectives of the two funds.

## $100 MILLION

### TENET HEALTHCARE

Hagens Berman achieved a settlement on behalf of uninsured patients who received care at Tenet facilities nationwide, alleging that the patients were charged excessive prices at 114 hospitals owned and operated by Tenet Healthcare. The suit claimed that Tenet took advantage of the uninsured and working poor who did not have the economic leverage to negotiate lower rates, while giving discounts to HMO's and other large payers.

## $100 MILLION

### TREMONT LITIGATION

The firm filed a class action on behalf of investors alleging the company and others grossly neglected fiduciary duties by turning capital over to Bernard Madoff Investment Securities.

## $98 MILLION

### PROGRAF ANTITRUST LITIGATION

Hagens Berman served as court-appointed co-lead class counsel representing a class of direct purchasers of Prograf. The antitrust lawsuit alleges that Astellas violated antitrust laws by filing a petition with the FDA as a means of delaying entry of a generic version of Prograf, a drug used to prevent organ rejection by kidney, liver, heart and lung transplant patients.

## $95 MILLION

### APPLECARE

This class action secured compensation for iPhone and iPad owners who bought AppleCare or AppleCare+ coverage. The suit accused Apple of using inferior, refurbished or used parts in device replacements, despite promising to provide consumers with a device "equivalent to new in performance and reliability," and Hagens Berman reached a settlement with the tech giant in April 2022, resolving these claims.

## $94 MILLION

### CELEBREX ANTITRUST LITIGATION

Hagens Berman litigated claims on behalf of a certified class of direct purchasers alleging Pfizer obtained reissuance of a follow-on patent by defrauding the Patent and Trademark Office. The case settled just weeks before trial.

## $93 MILLION

### LIPITOR ANTITRUST LITIGATION

Hagens Berman served as co-lead counsel in this action alleging that drug manufacturer Pfizer delayed market entry of generic versions of the cholesterol drug Lipitor by fraudulently procuring a follow-on patent for Lipitor, knowingly listing that patent in the FDA Orange Book without any lawful basis to do so, suing generic pharmaceutical companies that challenged that patent's blocking ability, and then leveraging those meritless lawsuits into reverse payment settlements with the generic manufacturers.

## $92.5 MILLION

### BOEING SECURITIES LITIGATION

Boeing and Hagens Berman agreed to a settlement to this shareholder suit filed in November 1997 by Hagens Berman. The settlement, the then second largest awarded in the Northwest, affected tens of thousands of Boeing common stock shareholders.

## $90 MILLION

### GOOGLE PLAY STORE APP DEVELOPERS

The firm filed a class action on behalf of Android app developers for violating antitrust laws by allegedly illegally monopolizing markets for Android app distribution and in-app payment processing. A $90 million settlement has been preliminarily approved.

HAGENS BERMAN SOBOL SHAPIRO LLP

# PRACTICE AREAS

PRACTICE AREAS

# Investor Fraud – Individual and Class Action Litigation

Investing is a speculative business involving assessment of a variety of risks that can only be properly weighed with full disclosure of accurate information. No investor should suffer undue risk or incur losses due to misrepresentations related to their investment decisions.

Our attorneys work for institutional and individual investors defrauded by unscrupulous corporate insiders and mutual funds. The firm vigorously pursues fraud recovery litigation, forcing corporations and mutual funds to answer to deceived investors.

Hagens Berman is one of the country's leading securities litigation firms advising clients in both individual and class-action cases. The firm has experience, dedication and a team with the horsepower required to drive complex cases to exemplary outcomes. Our attorneys are authorities in an array of issues unique to federal and state securities statutes and related laws. We use a variety of highly experienced experts as an integral part of our prosecution team. A few notable successes on behalf of our investor clients include:

### CHINA MEDIAEXPRESS HOLDINGS, INC. SECURITIES LITIGATION

Hagens Berman served as lead counsel in the case alleging on behalf of a class of investors that China MediaExpress Holdings made false and misleading statements, including misrepresentations about its revenues, the number of buses in its network and the nature of its business relationships. The lawsuit resulted in relief for investors valued at $535 million.

**RESULT:** $535 million settlement

### CHARLES SCHWAB YIELD PLUS SECURITIES LITIGATION

Lead counsel, alleging fraud in the management of the Schwab YieldPlus mutual fund.

**RESULT:** $235 million settlement

### AEQUITAS CAPITAL MANAGEMENT SECURITIES LITIGATION

Prosecuted class action against the bankers, lawyers and accountants who assisted Aequitas in carrying out a massive Ponzi scheme that defrauded investors of millions of dollars before the firm was shut down in 2016.

**RESULT:** $234 million in total settlements, representing the largest settlement of a securities lawsuit in Oregon history.

### JPMORGAN – MADOFF PONZI SCHEME LITIGATION

Case alleged that banking and investment giant JPMorgan was complicit in aiding Bernard Madoff's Ponzi scheme. Investors claim that JPMorgan operated as Bernard L. Madoff Investment Securities LLC's primary banker for more than 20 years.

**RESULT:** $218 million settlement amount for the class and a total of $2.2 billion paid from JPMorgan that will benefit victims of Madoff's Ponzi scheme

### MCKESSON

Hagens Berman filed this class action investor-rights derivative action based on the McKesson board's failure to monitor and oversee the company's opioid distribution operations resulting in hundreds of millions of dollars of potential damages from scores of lawsuits filed against McKesson.

**RESULT:** $175 million record-breaking derivative settlement and strong corporate governance changes

### OPPENHEIMER SECURITIES LITIGATION

Additional counsel for lead plaintiffs in class action alleging Oppenheimer misled investors regarding its Champion and Core Bond Funds.

**RESULT:** $100 million settlement

### TREMONT

Co-lead counsel in a case alleging Tremont Group Holdings (and its five Madoff feeder funds: Rye Select Broad Market Fund, L.P., Rye Select Broad Market Prime Fund, L.P., Rye Select Broad Market XL Fund, L.P., Rye Select Broad Market XL Portfolio Limited, and Rye Select Broad Market Portfolio Limited) breached its fiduciary duties by turning over $3.1 billion to Bernard Madoff. On Sept. 14, 2015, after nearly two years of negotiations and mediation, the court granted final approval of the plan of allocation and distribution of the funds which markets estimate could yield investors as much as $1.45 billion.

**RESULT:** $100 million plus negotiated bankruptcy proceed resulting in distributions of over $1 billion to investors

### BOEING

Uncovered critical production problems with the 777 airliner documented internally by Boeing, but swept under the rug until a pending merger with McDonnell Douglas was completed.

**RESULT:** $92.5 million record-breaking settlement

### ZUORA, INC. SECURITIES LITIGATION

The firm filed a securities fraud class action alleging misrepresentations and concealment of delays in implementing and integrating RevPro, the company's revenue recognition management software application. A $75.5 million settlement provided significant relief to investors.

**RESULT:** $75.5 million settlement

### MORRISON KNUDSEN

Filed a shareholder class action alleging that MK's senior officers concealed hundreds of millions in losses.

**RESULT:** $63 million settlement

### RAYTHEON/WASHINGTON GROUP

Charged Raytheon with deliberately misrepresenting the true financial condition of Raytheon Engineers & Constructors division in order to sell this division to the Washington Group at an artificially inflated price.

**RESULT:** $39 million settlement

### THERANOS INVESTOR LITIGATION

Hagens Berman represented Theranos investors in a lawsuit that states that Theranos and its officers set in motion a publicity campaign to raise billions of dollars for Theranos and themselves, and to induce investors to invest in Theranos, all the while knowing that its "revolutionary" blood test technology was essentially a hoax. In a case of first impression, the court upheld the investor claims where plaintiffs did not directly purchase their securities from Theranos, Elizabeth Holmes and Sunny Balwani, but through funds whose purpose included investing in Theranos.

**RESULT:** The firm secured a confidential settlement with Theranos, Holmes and Balwani ending the suit. The settlement also allowed for continued public access to depositions, video and exhibits which were featured prominently in various podcasts and streaming services, including **"Bad Blood the Final Chapter,"** Netflix's **"The Inventor: Out for Blood in Silicon Valley"** and Hulu's **"The Dropout."**

### U.S. WEST

Represented shareholders of U.S. West New Vector in a challenge to the proposed buyout of minority shareholders by U.S. West.

**RESULT:** Settlement achieved, resulting in a $63 million increase in the price of the buyout, and the proposed buyout was stayed

## CURRENT CASEWORK

### SPAC LITIGATION

Hagens Berman represents investors in a number of private securities class action lawsuits arising out of fraud and other misconduct in connection with private companies that went public through special purpose acquisition vehicle ("SPAC") business combinations.

SPACs are shell entities that raise money and list on an exchange, usually with the goal of merging with a private firm and taking it public. SPACS burst onto the scene in 2020, as a hot alternative to traditional initial public offerings, raising more than $80 billion raised in 2020 and more than $160 billion raised in 2021, alone.

The SEC has recently raised serious concerns regarding the information asymmetries, the potential for misleading information and fraud, and conflicts of interest inherent SPAC business combinations. Several high-profile SPAC debacles have resulted in serious allegations of green washing, false projections and other securities fraud, collectively costing investors billions of dollars in investment losses.

The Firm's attorneys, together with its investigators, accountants and economic consultants, are prosecuting a number of securities class actions brought on behalf of damaged SPAC investors. For example, Hagens Berman serves as the court-appointed counsel in Berkeley Lights, Danimer, Desktop Metal, Hyzon, and Redwire.

### COVID-19-RELATED CLASS ACTIONS

As COVID-19 has continued to spread across the United States, Hagens Berman has remained keenly focused on protecting investors from frauds, illicit schemes and other misconduct relating to COVID-19. For example, Hagens Berman investigated, filed a proprietary action and serves as court-appointed lead counsel in one of the first securities class actions arising from a fraudulent scheme for corporate insiders to profit from disseminating false and misleading information concerning a company's COVID-19 vaccine candidate, *In re Vaxart*, Inc. Sec. Litig., No. 3:20-cv-05949-VA (N.D. Cal.). The Firm and its co-counsel recently defeated in large part defendants' motions to dismiss in Vaxart.

### CANNABIS SECURITIES FRAUD

The expanding legalization and sale of cannabis in not only the U.S. but globally, spurred a wave of cannabis-related initial public offerings and mergers and acquisitions. But as investors would later learn, the nascent industry was rife with accounting fraud, false projections and egregious insider trading. Hagens Berman currently serves as co-lead counsel in *In re Aurora Cannabis Inc. Securities Litigation*, 2:19-cv-20588-JMV-JBC (D. N.J.). The Firm and its-counsel also recently obtained a $13 million settlement on behalf of investors in *Ortiz v. Canopy Growth Corp. et al.*, 2:19-cv-20543 (D. N.J.).

### U.S.-LISTED FOREIGN COMPANIES

Investing in U.S.-listed foreign companies is a convenient way for U.S. investors to gain exposure to vast and fast-growing foreign economies. But the inability to inspect the audits of certain foreign firms, together with the spectacular

collapses of several large issuers, have shined the light on rampant financial fraud at foreign issuers trading on American exchanges. The firm is currently leading the prosecution in a number of private securities class actions against U.S.-listed foreign companies, including against JOYY, Sasol, SOS and Wirecard.

## TECHNOLOGY SECTOR

Claims of lucrative contracts, investments and acquisitions, or of new product lines are common ways in which issuers in the technology space are about to get investors excited about the company so that they will purchase shares. But in recent history, several high-profile technology firms have been accused of attempting to pump their share price through fictitious statements about their products, prospects and economic activity. The firm was appointed lead counsel in an action against a recent IPO cloud application company, *Roberts v. Zuora Inc. et al*, 3:19-cv-03422 (N.D. Cal.), where the firm and its client have defeated defendants' motion to dismiss, certified a class of investors, and are preparing for trial. The firm was also appointed lead counsel against tech real-estate marketplace company Zillow over its failed house-flipping business, *Barua v. Zillow Group, Inc., et al.*, 2:21-cv-01551-TSZ (W. Wash.).

## WHISTLEBLOWERS

In an effort to curb Wall Street excesses, Congress passed the Dodd-Frank Wall Street Reform and Consumer Protection Act, which built vigorous whistleblower protections into the legislation known as the "Wall Street Tip-Off Law." The law empowers the U.S. Securities and Exchange Commission to award between 10 and 30 percent of any monetary sanctions recovered in excess of $1 million to whistleblowers who provide information leading to a successful SEC enforcement. It also provides similar rewards for whistleblowers reporting fraud in the commodities markets.

Hagens Berman represents whistleblowers with claims involving violations of the Securities Exchange Act and the Commodities Exchange Act. Unlike traditional whistleblower firms who have pivoted into this area, Hagens Berman has a strong background and history of success in securities, antitrust and other areas of fraud enforcement, making us an ideal partner for these cases. Our matters before the SEC/CFTC include a range of claims, including market manipulation and fraudulent financial statements.

HAGENS  BERMAN  SOBOL  SHAPIRO LLP



LEGAL TEAM

HAGENS  BERMAN  SOBOL  SHAPIRO LLP



steve@hbsslaw.com

T 206-623-7292
F 206-623-0594

1301 Second Avenue
Suite 2000
Seattle, WA 98101

**YEARS OF EXPERIENCE**

44

**PRACTICE AREAS**

Anti-Terrorism
Automotive Litigation
Civil & Human Rights
Class Action
Consumer Rights
Emissions Litigation
Environmental Litigation
Governmental Representation
High Tech Litigation
Intellectual Property
Investor Fraud
Patent Litigation
Qui Tam
Securities
Sexual Abuse & Harassment
Sports Litigation
Whistleblower

**BAR ADMISSIONS**

▪ Illinois
▪ Washington
▪ Foreign Registered Attorney in
  England and Wales

**COURT ADMISSIONS**

▪ Supreme Court of the United
  States
▪ U.S. Court of Appeals for the
  First Circuit
▪ U.S. Court of Appeals for the
  Second Circuit

## MANAGING PARTNER
# Steve W. Berman

Served as co-lead counsel against Big Tobacco, resulting in the largest settlement in world history, and at the time the largest automotive, antitrust, ERISA and securities settlements in U.S. history

### INTRODUCTION

Steve Berman has dedicated this career as a class-action plaintiffs' lawyer to improving the lives of those most in need. He represents large classes of consumers, investors and employees in large-scale, complex litigation held in state and federal courts. Steve's trial experience has earned him significant recognition and led The National Law Journal to name him one of the 100 most powerful lawyers in the nation, and to repeatedly name Hagens Berman one of the top 10 plaintiffs' firms in the country. Steve's class-action lawsuits have led to record-breaking settlements, historic changes to industries and made real change possible for millions of individuals.

Steve co-founded Hagens Berman in 1993 after his prior firm refused to represent several young children who consumed fast food contaminated with E. coli — Steve knew he had to help. In that case, Steve alleged that the poisoning was the result of Jack in the Box's cost cutting measures and negligence. He was further inspired to build a firm that vociferously fought for the rights of those most in need. Berman's innovative approach, tenacious conviction and impeccable track record have earned him an excellent reputation and numerous historic legal victories. He is considered one of the nation's most successful class-action attorneys and has been praised for securing tangible benefits for class members, as well as outstanding monetary relief. Steve is particularly known for his tenacity in forging settlements that return a high percentage of recovery or meaningful industry change to class members.

Print & Online Feature Interviews »

### CURRENT ROLE

- Managing Partner of Hagens Berman Sobol Shapiro LLP and Hagens Berman EMEA LLP (U.K.), U.S. Managing Member of HBSS France

### CURRENT CASES

Steve leads the firm's efforts in the areas of antitrust, consumer protection and more, maintaining a leading edge amid shifting trends and technology. His active cases concern billions of dollars in damages and affect hundreds of millions of individuals. Steve's caseload spans several industries, including technology, college sports, agriculture and wages and include the following highlights.

### ANTITRUST LITIGATION

The antitrust lawsuits that Steve Berman has led have secured settlements valued at more than $27 billion, spotlighting anticompetitive practices that have harmed consumers across various industries. Steve's outstanding work in this field has earned the firm accolades and awards, and his current caseload speaks to the breadth of the firm's impact.

HAGENS  BERMAN  SOBOL  SHAPIRO LLP

- U.S. Court of Appeals for the Third Circuit
- U.S. Court of Appeals for the Fifth Circuit
- U.S. Court of Appeals for the Sixth Circuit
- U.S. Court of Appeals for the Seventh Circuit
- U.S. Court of Appeals for the Eighth Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Tenth Circuit
- U.S. Court of Appeals for the Eleventh Circuit
- U.S. Court of Appeals for the D.C. Circuit
- U.S. Court of Appeals for the Federal Circuit
- U.S. Court of Federal Claims
- U.S. District Court for the District of Colorado
- U.S. District Court for the Northern District of Illinois
- U.S. District Court for the Central District of Illinois
- U.S. District Court for the Eastern District of Michigan
- U.S. District Court for the Eastern District of Washington
- U.S. District Court for the Western District of Washington
- Supreme Court of Illinois
- Supreme Court of Washington

**EDUCATION**



University of Chicago Law School, J.D., 1980



University of Michigan, B.S., 1976

| CASE | DESCRIPTION |
|---|---|
| Apple iPhone Overpricing Antitrust <br> Co-lead Interim Class Counsel | Class action accusing Apple Inc. of establishing an illegal monopoly over the smartphone market via suppressing technologies and innovations that would make it easier for consumers to switch device ecosystems <br> **Status:** Hagens Berman named to case leadership as interim class counsel |
| Amazon E-Books Price-Fixing <br> Co-Lead Counsel | Class action accusing Amazon of establishing an illegal monopoly of the e-books market and charging artificially inflated prices <br> **Status:** Motion to dismiss denied |
| Amazon Online Retailer Consumer Antitrust (Frame-Wilson) <br> Interim Co-Lead Counsel | Class action accusing Amazon of increasing prices for online purchases made via other retailers <br> **Status:** Motion to dismiss denied |
| Amazon.com Antitrust (De Coster) <br> Co-Lead Counsel | Class action accusing Amazon of violating federal antitrust laws, causing customers to pay artificially high prices for products purchased via Amazon <br> **Status:** Motion to dismiss denied |
| Apple iCloud Antitrust | Class action accusing Apple of violating antitrust laws and establishing a monopoly through its iOS cloud-based storage policies <br> **Status:** Complaint filed |
| Apple Pay Payment Card Issuer Antitrust | Class action accusing Apple of intentionally monopolizing the billion-dollar mobile wallet market on iOS platforms, forcing payment card issuers to pay supracompetitive fees and stifling innovation <br> **Status:** Motion to dismiss denied in part |
| NCAA Student-Athlete Name, Image and Likeness <br> Co-Lead Counsel | Class action representing current and former NCAA college athletes accusing the NCAA and its conferences of illegally limiting the compensation athletes may receive for the use of their names, images and likenesses <br> **Status:** Preliminary approval of $2.7 billion settlement granted |
| Real Estate Commissions Antitrust <br> Co-Lead Counsel | Class action against four national broker franchises alleging parties illegally inflated commissions associated with home sales <br> **Status:** Settlements reached totaling $1 billion |
| Visa Mastercard ATM <br> Co-Lead Counsel | Class action alleging that Visa and MasterCard, with BofA, JP Morgan Chase and Wells Fargo, established uniform agreements with U.S. banks, preventing ATM operators from setting access fees below the level of fees charged on Visa's and MasterCard's networks <br> **Status:** Preliminary approval of $197.5 million settlement with Visa and Mastercard, bringing total settlements to $264.2 million if approved |

**AGRICULTURE ANTITRUST LITIGATION**

The firm's total settlements in this area of litigation is valued at more than $636.32 million and have affected the lives of U.S. consumers and employees in the meat-processing industry. As inflation continues to rise, combatting anticompetitive schemes raising the cost of food is an issue pertinent to families across the nation.

HAGENS  BERMAN  SOBOL  SHAPIRO LLP



AWARDS

Law360
TITANS
OF THE PLAINTIFFS BAR

THE NATIONAL
LAW JOURNAL
ELITE TRIAL
LAWYERS

THE NATIONAL
LAW JOURNAL
PLAINTIFFS' HOT LIST

100 MOST INFLUENTIAL
LAWYERS IN AMERICA
| A SPECIAL REPORT |

MOST POWERFUL
ATTORNEY
STATE OF WASHINGTON
THE NATIONAL LAW JOURNAL

Super Lawyers®

| CASE | DESCRIPTION |
|---|---|
| Poultry Processing Wage-Fixing Antitrust<br>Interim Co-Lead Counsel | Class action alleging wage-fixing agreement between the nation's biggest poultry companies<br>**Status:** Settlements reached totaling $398 million, the second largest recovery ever in a labor antitrust class action |
| Broiler Chicken Antitrust<br>Co-Lead Counsel | Class action accusing major food corporations of increasing the price of chicken in violation of antitrust laws<br>**Status:** Settlements totaling $203.35 million are pending court approval, class certification has been granted |
| Red Meat Processing Wage-Fixing Antitrust | Class action against the nation's largest meat processing companies alleging a yearslong wage-fixing agreement, causing employees to receive far less than legally owed<br>**Status:** Settlements pending before the court total $200.2 million, litigation continues with remaining defendants |
| Pork Antitrust<br>Co-Lead Counsel | Class action alleging pork producers colluded to reduce pork production to artificially inflate prices<br>**Status:** Settlements totaling $109 million have been granted final approval, with additional settlements preliminarily approved, and litigation continues with remaining defendants |
| Turkey Antitrust<br>Interim Co-Lead Counsel | Class action alleging antitrust scheme by food corporations<br>**Status:** Icebreaker settlement reached with Tyson for $4.62 million, class certification has been granted, litigation continues with seven remaining defendants |
| Beef Antitrust<br>Interim Co-Lead Counsel | Class action alleging major food corporations engaged in illegal conduct regarding the marketing and sales of beef products<br>**Status:** Motion to dismiss denied |

## AUTO DEFECT & EMISSIONS LITIGATION

Hagens Berman's settlements in automotive defect and emissions lawsuits are collectively valued at more than $21.4 billion and have led to significant safety protocols and changes in the auto industry. Steve's expertise leading complex litigation has led him to be hand-selected to champion the rights of vehicle owners. He remains dedicated to unearthing new instances of defect coverups, emissions cheating and safety concerns, utilizing the firm's resources to lead the charge against negligence.

| CASE | DESCRIPTION |
|---|---|
| Hyundai/Kia Car Theft Defect<br>Co-Lead Counsel | Class action stemming from Hyundai and Kia's failure to equip nearly nine million vehicles with an immobilizer antitheft device<br>**Status**: Settlement valued at more than $200 million granted final approval |
| General Motors CP4 Fuel Pump Defect<br>Class Counsel | Class action alleging Chevy Silverado and GMC Sierra trucks with a Duramax diesel 6.6 V8 engine are equipped with a defective high-pressure fuel injection pump.<br>**Status:** $50 million settlement granted preliminary approval, class certification granted |
| VW Atlas Wiring Harness Defect<br>Co-Class Counsel | Class action accusing VW of a manufacturing defect in the door wiring harness of VW Atlas vehicles, allegedly causing vehicles' systems to malfunction<br>**Status:** Settlement granted preliminary approval |

HAGENS  BERMAN  SOBOL  SHAPIRO LLP

| | |
|---|---|
| Daimler Mercedes BlueTEC Emissions – Australia Advisory Role | Following Hagens Berman's $700 million settlement with Mercedes for alleged emissions cheating in the U.S., the firm has taken an advisory role in comparable litigation against Daimler filed in Australia. **Status:** Pending and active across multiple jurisdictions |
| FCA Dodge RAM 2500/3500 Emissions – 2007-2012 & 2013-2023 | Class action alleging Fiat Chrysler/Stellantis and Cummins placed emissions-cheating defeat devices in affected RAM trucks **Status:** 2007-2012 models: motion to dismiss denied in part; 2013-2023 models: complaint filed |
| FCA Chrysler Pacifica Hybrid Minivan Fire Hazard Co-lead Counsel | Class action against Fiat Chrysler/Stellantis alleging a defect in the design of Chrysler Pacifica hybrid minivans results in spontaneous fires while vehicle is parked and off **Status:** Motion to dismiss denied |

## SECURITIES LITIGATION

Hagens Berman's total settlements in securities litigation valued at more than $2.9 billion, and Steve's efforts in this area have helped to recover losses for millions of individuals who have been blindsided by instances of fraud and disinformation orchestrated by publicly traded companies.

| CASE | DESCRIPTION |
|---|---|
| Zuora, Inc. (NYSE: ZUO) Lead Counsel | Class action representing investors of Zuora regarding alleged misrepresentations and concealment of delays in implementing and integrating new software application **Status:** $75.5 million settlement granted final approval |
| Plantronics, Inc. (NYSE: PLT) Co-Lead Counsel | Class action representing Plantronics investors seeking to recover damages caused by violations of the Securities Exchange Act of 1934 **Status:** $29.5 million settlement granted preliminary approval |
| Sasol Ltd. (NYSE: SSL) Lead Counsel | Class action representing purchasers of Sasol ADRs securities alleging the company misled investors **Status:** $24 million settlement |
| Vaxart, Inc. (NASDAQ: VXRT) Lead Counsel | Class action against Vaxart and controlling shareholder, Armistice, alleging claims under federal securities laws **Status:** Settlement fund totaling more than $12 million |
| Aurora Cannabis Inc. (NYSE: ACB) Class Counsel | Class action representing investors of Aurora Cannabis Inc. for alleged false and misleading statements about the company's financial performance and prospects **Status:** Motion filed for final approval of an $8.05 million settlement |
| Redwire Corp. (NYSE: RDW) Lead Counsel | Class action arising out of Redwire's allegedly false and misleading financial statements leading up to its merger with Genesis Park Acquisition Corp. **Status:** $8 million settlement granted preliminary approval |
| Zillow Group, Inc. (NASDAQ: Z, ZG) Class Counsel | Class action alleging defendants falsely touted the durability and acceleration of Zillow Offers and improvements to pricing models **Status:** Class certification granted |

## RECENT SUCCESS

Steve Berman has achieved monumental settlements within the last two years, bringing hundreds of millions of dollars of relief to classes of everyday individuals affected by

HAGENS  BERMAN  SOBOL  SHAPIRO  LLP

pricing schemes, automotive defects and other instances of wrongdoing. Through his recent case work, Steve maintains Hagens Berman's edge and excellence in class-action litigation.

| CASE NAME | DATE | RECENT SUCCESS |
| --- | --- | --- |
| Amazon E-Books Price-Fixing<br>Co-Lead Counsel | 03/17/25 | Amazon's motion for reconsideration denied |
| University of Washington College Tuition Payback | 03/04/25 | Settlement granted preliminary approval |
| Oregon Groundwater Contamination | 02/24/25 | A federal judge recommended claims under the federal Resource Conservation and Recovery Act and Oregon law — including claims for negligence, trespass, nuisance and inverse condemnation — be allowed to proceed |
| VW Atlas Wiring Harness Defect<br>Co-Class Counsel | 01/15/25 | Settlement granted final approval |
| Poultry Processing Wage-Fixing Antitrust<br>Interim Co-Lead Counsel | 01/06/25 | Settlements reached totaling $398 million |
| Real Estate Commissions Antitrust<br>Co-lead Counsel | 11/26/24 | Court grants final approval to a $418 million settlement |
| HBSS France Launches | 11/03/24 | Esteemed publishers' rights law firm Dazi launches HBSS France |
| NCAA Student-Athlete Name, Image and Likeness<br>Co-Lead Counsel | 10/07/24 | $2.8 billion settlement receives preliminary approval |
| Hyundai / Kia Car Theft Defect<br>Co-Lead Counsel | 10/01/24 | Settlement receives final approval |
| Ford Super Duty Roof Crush | 09/30/24 | Court denies in part motion to dismiss |
| BMW X and 335d Diesel Emissions | 09/25/24 | Settlement receives final approval |
| USAA Bank Interest & Fees<br>Class Counsel | 09/06/24 | $64.2 million settlement granted preliminary approval |
| Red Meat Processing Wage-Fixing Antitrust | 09/05/24 | Motion filed seeking preliminary approval of more than $200 million in settlements |
| General Motors Duramax Emissions | 08/22/24 | Dismissal reversed by U.S. Court of Appeals |
| Amazon.com COVID-19 Price Gouging Consumer Litigation | 08/08/24 | Washington Supreme Court allows proposed class-action alleging price-gouging to move forward |
| Visa MasterCard ATM<br>Co-Lead Counsel | 07/26/24 | $197.5 million settlement with Visa and Mastercard receives preliminary approval |
| CP4 Fuel Pump Defect – GM/Ford/FCA<br>Class Counsel | 06/07/24 | $50 million settlement receives preliminary approval |

HAGENS  BERMAN  SOBOL  SHAPIRO LLP

| | | |
|---|---|---|
| Seattle Children's Hospital Discrimination & Personal Injury Counsel | 05/16/24 | Motion to dismiss WLAD claim denied |
| George Washington University Tuition Payback Class Counsel | 05/13/24 | $5.4 million settlement receives final approval |
| Real Estate Commissions Antitrust Co-lead Counsel | 04/23/24 | $418 million settlement with NAR receives preliminary approval |
| Hyundai / Kia Engine Fire Hazard Co-lead Counsel | 04/09/24 | Settlement receives final approval |
| NCAA/EA Video Games Likeness Co-lead Counsel | 03/04/24 | 10,000 athletes revive EA College Football Videogame following NIL litigation |
| Hyundai / Kia Hydraulic Electronic Control Unit (HECU) Fire Hazard Class Counsel | 05/05/23 | $300 million settlement receives final approval |

## CAREER HIGHLIGHTS

Steve's career highlights encompass the top cases in world history both in their historical significance and in their monetary relief. Steve's total settlements are valued at more than $316 billion, including the infamous Big Tobacco litigation of the 90s, and have had major national impact. Steve's career highlights include Enron pension protection, justice for victims of Harvey Weinstein, restitution for those affected by Volkswagen's Dieselgate scandal, the complete remaking of college sports compensation and more.

His career focus remains clear: steadfast representation for those most in need across the nation. Steve's cases have brought widespread benefit to classes of individuals spanning industries and decades. Lawsuits he has settled have reunited Hungarian Holocaust survivors with priceless family heirlooms, and also enacted major changes in youth soccer and NCAA sports to promote safety and minimize the risk of concussions. Below are Steve's outstanding career highlights.

| CASE/ROLE | SETTLEMENT VALUE | NATIONAL IMPACT |
|---|---|---|
| State Tobacco Litigation Special Assistant Attorney General Representing 13 States | $260 billion | **Largest civil settlement in history** The multi-state agreement required tobacco companies to pay the states $260 billion and submit to broad advertising and marketing restrictions, leaving a lasting and widespread impact. |
| Visa Check/MasterMoney Antitrust Litigation Co-lead Counsel | $25 billion | **Largest antitrust settlement in U.S. history at the time** Agreements with Visa and Mastercard secured relief valued at as much as $25-87 billion, and injunctive relief reducing interchange rates, among other benefits. |

HAGENS  BERMAN  SOBOL  SHAPIRO LLP

| | | |
|---|---|---|
| **Volkswagen/Porsche/Audi Emissions Scandal**<br>Plaintiffs' Steering Committee and Settlement Negotiating Team | $14.7 billion | **Largest ever brought against any automaker**<br>Hagens Berman's automotive legal team was the first to file in this historic lawsuit against Volkswagen for its emissions cheating and masking of harmful pollutants, culminating in a historic settlement. |
| **Volkswagen Franchise Dealerships**<br>Lead Counsel | $1.67 billion | The firm achieved a monumental settlement on behalf of Volkswagen dealerships across the U.S. blindsided by the automaker's emissions cheating, returning an average payment to each Dealer Settlement Class Member of approximately $1.85 million. |
| **Toyota Sudden, Unintended Acceleration**<br>Co-lead Counsel | $1.6 billion | **Largest automotive settlement in history at the time**<br>The firm did not initially seek to lead this litigation but was sought out by the judge for its wealth of experience in managing very complex class-action MDLs. |
| **Hyundai / Kia Theta II GDI Engine Fire Hazard Settlement**<br>Co-lead Counsel | $1.3 billion | The firm achieved a settlement in response to a defect in 4.1 million Hyundai and Kia vehicles equipped with Theta II GDI engines putting owners at risk for spontaneous, non-collision engine fires or premature engine failure. |
| **Mercedes BlueTEC**<br>Co-lead Counsel | $700 million | Spurred by the firm's success in the Volkswagen Dieselgate case, Steve independently tested diesel vehicles across manufacturers, uncovering additional instances of emissions-cheating, masked via illegal defeat devices. |
| **Apple E-Books Antitrust**<br>Co-lead Counsel | $568 million | This antitrust lawsuit alleged Apple and five of the nation's top publishers colluded to raise the price of e-books for U.S. consumers. Steve's litigation resulted in an unheard of recovery equal to twice consumers' actual damages. Apple took the case to the U.S. Supreme Court, where it denied Apple's request to review the case. |
| **McKesson Drug Class Litigation**<br>Co-lead Counsel | $350 million | Steve was named co-lead counsel in this action that led to a rollback of benchmark prices of hundreds of brand name drugs, and relief for third-party payers and insurers. His discovery of the McKesson scheme led to follow up lawsuits by governmental entities and recovery in total of over $600 million. |
| **Average Wholesale Price Litigation** | $338 million | Drug prices charged to consumers and payers across the nation are significantly more than the cost to produce them. In many cases, Big Pharma conspires with other companies to create these false profits. Hagens Berman has helped several classes of plaintiffs obtain multimillion-dollar judgments. |

HAGENS  BERMAN  SOBOL  SHAPIRO LLP

| | | |
|---|---|---|
| **Enron Pension Protection Litigation**<br>Co-lead Counsel | $250 million | Attorneys represented 24,000 Enron employees claiming the company recklessly endangered retirement funds, causing some employees to lose hundreds of thousands of dollars almost overnight, in a major economic milestone in U.S. history. |
| **BoA Home Loans** | $250 million | Following the historic market crash in 2008, Hagens Berman filed this class action against Bank of America, Countrywide and LandSafe, alleging their collusion was in direct violation of the RICO Act and other laws. |
| **McKesson Governmental Entity Class Litigation**<br>Lead Counsel | $82 million | Steve was lead counsel for a nationwide class of local governments that resulted in a settlement for drug price-fixing claims. |
| **JPMorgan Madoff Lawsuit** | $218 million | This historic settlement against JPMorgan involved three simultaneous, separately negotiated settlements totaling more than $2.2 billion, in which Hagens Berman returned hundreds of millions of dollars on behalf of Bernard L. Madoff investors. |
| **NCAA Athletic Grant-in-Aid Cap Antitrust**<br>Co-lead Counsel | $208 million | Steve pioneered this historic case which forever changed NCAA sports and the lives of 53,748 class members. The case culminated in a $208 million settlement regarding damages and injunctive relief secured through a unanimous U.S. Supreme Court decision in favor of plaintiffs. According to the Court, the NCAA "permanently restrained and enjoined from agreeing to fix or limit compensation or benefits related to education" that conferences or schools may make available. Schools are now allowed to provide benefits tethered to education up to $6,000 annually |
| **Apple iOS App Developers**<br>Class Counsel | $100 million | Hagens Berman represented developers of iOS apps sold via Apple's App Store or featuring in-app sales, alleging the tech giant engaged in anticompetitive practices that harmed developers. The settlement brings important changes to App Store policies and practices. U.S. iOS app developers with less than $1 million per year in proceeds from App Store sales through all associated developer accounts across the nation can receive hundreds to tens of thousands of dollars from the fund. |
| **Google Play Store App Developers**<br>Co-lead Counsel | $90 million | This antitrust class action accused Google of monopolizing its Play Store through anticompetitive policies, affecting small businesses across the nation. Attorneys for the class of roughly 43,000 Android app developers say some class members will likely see payments in the hundreds of thousands of dollar |

| | | |
|---|---|---|
| Zuora Investor Fraud<br>Lead Counsel | $75.5 million | In a showcase of Steve's securities litigation expertise, this settlement achieved in 2023 provides significant relief to purchasers of the securities of Zuora across the U.S. |
| NCAA Concussions<br>Lead Counsel | $75 million | Hagens Berman served as lead counsel in this multidistrict litigation against the NCAA, achieving medical monitoring and injunctive relief in the form of changes to concussion management and return-to-play guidelines. The lawsuit alleged the institutions neglected to protect college athletes from concussions and their aftermath at schools across the country. |
| NCAA/Electronic Arts Name and Likeness<br>Co-lead Counsel | $60 million | This first-of-its-kind lawsuit ushered in the first time that hardworking college athletes saw some of the profits from the use of their likeness in video games. More than 24,000 individuals were eligible to receive payment, and checks were issued for up to $7,600, with a median around $1,100. |
| Harvey Weinstein Sexual Harassment | $17.1 million | As the #MeToo movement hit a fever pitch moment, Hagens Berman's Steve Berman represented a class of those harmed by Harvey Weinstein, a kingpin of sexual harassment in Hollywood. The firm litigated the case through to bankruptcy proceedings in 2020. |
| Youth Soccer Concussions | | Steve pioneered this first-of-its-kind lawsuit that ended heading for US Soccer's youngest players to diminish risk of concussions and traumatic brain injuries, changing the game for youth players across the U.S. |

## ACTIVITIES

- In April of 2021, the University of Michigan School for Environment and Sustainability (SEAS) launched the Kathy and Steve Berman Western Forest and Fire Initiative with a philanthropic gift from Steve (BS '76) and his wife, Kathy. The program will improve society's ability to manage western forests to mitigate the risks of large wildfires, revitalize human communities and adapt to climate change. Steve studied at the School of Natural Resources (now SEAS) and volunteered as a firefighter due to his focus on environmental stewardship.

- In 2003, the University of Washington announced the establishment of the Kathy and Steve Berman Environmental Law Clinic. The Berman Environmental Law Clinic draws on UW's environmental law faculty and extensive cross-campus expertise in fields such as Zoology, Aquatic and Fishery Sciences, Forest Resources, Environmental Health and more. In addition to representing clients in court, the clinic has become a definitive information resource on contemporary environmental law and policy, with special focus on the Pacific Northwest.

## RECOGNITION

- Titan of the Plaintiffs Bar, Law360, 2018, 2020, 2022, 2025

- 500 Leading Lawyers in America, Plaintiff Consumer Lawyers, Lawdragon, 2019-2025

- Honoree for Outstanding Antitrust Litigation Achievement in Private Law Practice, American Antitrust Institute, 2018, 2019, 2021, 2024

- 500 Global Plaintiff Lawyers, Lawdragon, 2024

- 500 Leading Lawyers in America, Plaintiff Financial Lawyers, Lawdragon, 2019-2025

- Lawyer of the Year, Litigation, Securities Litigation, Best Lawyers, 2024

- The Best Lawyers in America, Antitrust Litigation, Best Lawyers, 2024

- The Best Lawyers in America, Securities Litigation, Best Lawyers, 2024

- The Best Lawyers in America, Plaintiffs Mass Tort Litigation/Class Actions, Best Lawyers, 2024

- The Best Lawyers in America, Plaintiffs Product Liability Litigation, Best Lawyers, 2024

- Legal Lion of the Week as part of the litigation team that achieved class certification in NCAA Student-Athlete Name, Image and Likeness, Law360, 2023

- Best Lawyers in America in Litigation, Securities and Product Liability Litigation, Plaintiffs and Other Areas of Note, 2023

- Washington Super Lawyers, 1999-2023

- Leading Commercial Litigators, The Daily Journal, 2022

- Hall of Fame, Lawdragon, 2022

- Plaintiffs' Attorneys Trailblazer, The National Law Journal, 2017, 2022

- Sports & Entertainment Law Trailblazer, The National Law Journal, 2021

- Class Action MVP of the Year, Law360, 2016-2020

- Elite Trial Lawyers, The National Law Journal, 2014-2016, 2018-2019

- 500 Leading Lawyers in America, Lawdragon, 2014-2019

- State Executive Committee member, The National Trial Lawyers, 2018

- Class Actions (Plaintiff) Law Firm of the Year in California, Global Law Experts, 2017

- Finalist for Trial Lawyer of the Year, Public Justice, 2014

- One of the 100 most influential attorneys in America, The National Law Journal, 2013

- Most powerful lawyer in the state of Washington, The National Law Journal, 2000

- One of the top 10 plaintiffs' firms in the country, The National Law Journal

## PRESENTATIONS

- Steve is a frequent public speaker and has been a guest lecturer at Stanford University, University of Washington, University of Michigan and Seattle University Law School.

## PERSONAL INSIGHT

Steve was a high school and college soccer player and coach. Now that his daughter's soccer skills exceed his, he is relegated to being a certified soccer referee and spends weekends being yelled at by parents, players and coaches (as opposed to being yelled at by judges during the week). Steve is also an avid cyclist and is heavily involved in working with young riders on the international Hagens Berman Axeon cycling team.



reed@hbsslaw.com

T 510-725-3000
F 510-725-3001

715 Hearst Avenue
Suite 300
Berkeley, CA 94710

**YEARS OF EXPERIENCE**
48

**PRACTICE AREAS**
Class Action
Investor Fraud
Securities

**BAR ADMISSIONS**
▪ California
▪ Illinois
▪ Florida

**COURT ADMISSIONS**
▪ U.S. District Court for the
  District of Massachusetts

**EDUCATION**
UNIVERSITY OF MIAMI
SCHOOL of LAW
University of Miami School of
Law, J.D., 1977

UNIVERSITY OF MIAMI
University of Miami, B.A., 1974

**PARTNER**
# Reed R. Kathrein

Mr. Kathrein represents institutional, government and individual investors in securities fraud and corporate governance cases.

## CURRENT ROLE
- Partner, Hagens Berman Sobol Shapiro LLP
- Regular public speaker on securities, class action and consumer law issues

## EXPERIENCE
- Litigated over 100 securities fraud class actions
- Worked behind the scenes in shaping the Private Securities Litigation Reform Act, the Securities Litigation Uniform Standards Act and the Sarbanes-Oxley Act
- Lawyer Representative, Ninth Circuit Court of Appeals
- Lawyer Representative, U.S. District Court for the Northern District of California, 2008-2011
- Chaired the Magistrate Judge Merit Selection Panel, U.S. District Court, Northern District of California, 2006-2008
- Co-chaired the Securities Rules Advisory Committee, U.S. District Court, Northern District of California, 2004-2006

## LEGAL ACTIVITIES
- Member, National Association of Public Pension Attorneys (NAPPA)
- Member and Speaker, National Conference on Public Employee Retirement Systems (NCPERS)
- Member, Council of Institutional Investors (CII)
- Member, State Association of County Retirement Systems (SACRS)
- Member, National Council on Teacher Retirement (NCTR)
- Member, California Association of Public Retirement Systems (CALAPRS)
- Member, Michigan Association of Public Employee Retirement Systems (MAPERS)
- Member, Illinois Public Pension Fund (IPPFA)
- Member, Standing Committee on Professional Conduct, U.S. District Court, Northern District of California (Term expires 2017)
- Expedited Trial Rules Committee, U.S. District Court, Northern District of California, 2010-2012
- Lawyer ` to the Ninth Circuit Court of Appeals, U.S. District Court, Northern District of California, 2008-2011

HAGENS  BERMAN  SOBOL  SHAPIRO LLP

- Chair/ Member, Magistrate Judge Merit Selection Panel, U.S. District Court, Northern District of California, 2006-2008

### RECOGNITION

- Super Lawyer, Super Lawyers Magazine, 2007-2019

### NOTABLE CASES

- Litigated over 100 securities fraud class actions including cases against 3Com, Adaptive Broadband, Abbott Laboratories, Bank of America, Capital Consultants, CBT, Ceridian, Commtouch, Covad, CVXT, ESS, Harmonics, Intel, Leasing Solutions, Nash Finch, Northpoint, Oppenheimer, Oracle, Pemstar, Retek, Schwab Yield Plus Fund, Secure Computing, Sun Microsystems, Tremont (Bernard Madoff), Titan, Verifone, Whitehall, and Xoma

- Litigated many consumer, employment and privacy law cases including AT&T Wiretapping Litigation, Costco Employment, Solvay Consumer, Google/Yahoo Internet Gambling, Vonage Spam, Apple Nano Consumer, Ebay Consumer, LA Cellular Consumer, AOL Consumer, Tenet Consumer and Napster Consumer

### MEDIA INTERVIEWS & COMMENTARY

- "Billionaire Tom Siebel faces tumult at C3.ai as investor lawsuit, short sellers question metrics," CNBC, June 2, 2023

- "Grilling Musk: use CEO's tweets, thin skin against him, trial experts say," Reuters, Jan. 18, 2023

### PRESENTATIONS

- "Incoming! How the New Administration's Approach to Securities Laws and Regulations Affect Investors and Markets," MAPERS, Spring Conference, May 2017

- "Occupy Wall Street through Reform of the Securities Law," NCPERS, Legislative Conference, February 2012

- "Legal Issues Facing Public Pensions," Opal, Public Funds Summit, January 2012

- "Protection vs. Interference – What the New Federal Regulations Mean to Institutional Investors," NCPERS, Annual Conference, May 2011" The Immediate Need for Congress to Act on Investor Friendly Legislation," NCPERS, Annual Conference, May 2010

- "Investor Friendly Legislation in Congress," NCPERS, Legislative Conference, February 2010

### PERSONAL INSIGHT

Reed is a recovering rock-and-roll drummer and banjo ukulele player. His rock band, the Stowaways, was voted 4th best in the State of Illinois out of 300 bands in the Jaycees Battle of the Bands. Reed's mother made his band costume of blue jean bell bottoms, sailor shirts and hats. The next year everyone wore blue jean bell bottoms to Woodstock. His prized possession is a 30lb Jeff Ocheltree snare drum made by Led Zeppelin John Bonham's drum technician. The rest of his kit is patterned after Dave Matthews Band's drummer, Carter Beauford. In his spare time, Reed works on playing Stairway to Heaven (drums) in his garage or Somewhere Over the Rainbow (banjo ukulele) in the High Sierra mountains.



lucasg@hbsslaw.com

T 510-725-3000
F 510-725-3001

715 Hearst Avenue
Suite 300
Berkeley, CA 94710

### YEARS OF EXPERIENCE
17

### PRACTICE AREAS
Class Action
Investor Fraud
Securities

### BAR ADMISSIONS
- California
- Colorado

### COURT ADMISSIONS
- U.S. Court of Appeals for the First Circuit
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. District Court for the Northern District of California
- U.S. District Court for the Northern District of California (Bankruptcy Court)
- U.S. District Court for the Central District of California
- U.S. District Court for the Southern District of California

### PARTNER
# Lucas E. Gilmore

Investigates, analyzes and prosecutes complex securities matters.

### CURRENT ROLE
- Partner, Hagens Berman Sobol Shapiro LLP
- Advises institutional, government and individual investors on issues related to corporate governance, shareholder rights and securities litigation
- Key member of the firm's investor fraud team in which he, along with a group of attorneys, financial analysts, and investigators, counsels the firm's investor clients on their legal claims and prosecutes financial fraud cases

### EXPERIENCE
- Litigated dozens of securities class actions against the largest companies and banks, including BNY Mellon, BP, Citibank, Deutsche Bank, HSBC, Quality Systems, Symantec, U.S. Bank and Wells Fargo
- Prosecuted a number of cases related to the financial crisis, including several actions arising out of the issuance of residential mortgage-backed securities and other complex financial products
- Represented litigants in all phases of litigation, at both the trial court and appellate levels

### LEGAL ACTIVITIES
- Member, National Association of Public Pension Attorneys (NAPPA)
- Member, State Association of County Retirement Systems (SACRS)

### RECOGNITION
- Rising Star: Securities, Super Lawyers, 2014-2017

### PUBLICATIONS
- "The Fraud-on-the-Market Presumption Is Alive and Well," Association of Business Trial Lawyers, San Diego, ABTL Report, Fall 2014

### PRESENTATIONS
- Moderator, "Corporate Heroism — The Whistleblower," Bernstein Litowitz Berger & Grossmann LLP, Real-Time Speaker Series, November 17, 2016
- Moderator, "Corporate Disclosure of Climate Change and Sustainability Risks and Practices," Bernstein Litowitz Berger & Grossmann LLP, Real-Time Speaker Series, March 17, 2016

HAGENS  BERMAN  SOBOL  SHAPIRO LLP

**EDUCATION**



University of California Hastings
College of the Law, JD, 2007

**VANDERBILT** UNIVERSITY

Vanderbilt University, BA,
cum laude, 2002

## PERSONAL INSIGHT

Outside of the office, Mr. Gilmore enjoys boxing and serving as Defensive Coordinator of his sons' flag football teams.

HAGENS  BERMAN  SOBOL  SHAPIRO LLP



chriso@hbsslaw.com

T 206-623-7292
F 206-623-0594

1301 Second Avenue
Suite 2000
Seattle, WA 98101

**YEARS OF EXPERIENCE**

34

**PRACTICE AREAS**

Antitrust Litigation
Class Action
Consumer Rights
Investor Fraud
Pharmaceutical Fraud
Securities
Tax Law

**INDUSTRY EXPERIENCE**

- Tobacco
- Online Travel Companies

**BAR ADMISSIONS**

- Arizona
- Washington

**COURT ADMISSIONS**

- U.S. Court of Appeals for the Ninth Circuit

**EDUCATION**



Seattle University School of Law,
J.D., cum laude, 1993

**UNIVERSITY of WASHINGTON**

University of Washington, B.A.,
Political Science, French Language
and Literature, 1987

## PARTNER
# Christopher A. O'Hara

Chris O'Hara is a partner at Hagens Berman Sobol Shapiro where he has worked since 1997. He practiced for nearly five years in the firm's Phoenix office before returning to the Seattle office, where he currently concentrates on antitrust, consumer, tax and securities class actions.

Mr. O'Hara leads the firm's notice and settlement department, where he is responsible for managing complex class action settlements and remediation programs, including the selection, retention and supervision of legal notice and administration firms.

### CURRENT ROLE

- Partner, Hagens Berman Sobol Shapiro LLP
- Practice focuses on antitrust, consumer, tax and securities class actions
- Key role in working with claims administrators on all class settlements and class notice programs

### NOTABLE CASES

- *Tobacco Litigation* ($260 billion multi-state settlement)
- *NCAA Student-Athlete Name, Image and Likeness* (House/Hubbard), $2.7 billion is settlements
- *Microsoft Antitrust Litigation*, 20 individual state settlements totaling over $2.7 billion (defense)
- *Toyota Unintended Acceleration Litigation*, $1.6 billion settlement
- *Real Estate Commissions Antitrust Litigation*, over $1 billion in settlements
- *Mercedes BlueTEC Litigation*, $700 million settlement.
- *In re Electronic Books Antitrust Litigation*, $566 million in settlements
- *Jien v. Perdue Farms Wage-Fixing Antitrust Litigation*, $398 million in settlements
- *In re Stericycle, Inc., Steri-Safe Contract Litigation*, $295 million settlement
- *Mackmin et al. v. Visa Inc. et al. Antitrust Litigation*, $264.5 million in settlements
- *Charles Schwab Yieldplus Funds Securities Litigation*, $235 million settlement
- *USC, Dr. Tyndall Sexual Harassment Litigation*, $215 million settlement
- *In re NCAA Athletic Grant-in-Aid Cap Antitrust Litigation*, $208 million settlement

HAGENS  BERMAN  SOBOL  SHAPIRO LLP

**AWARDS**


TOP 100 PERSONAL INJURY SETTLEMENT AWARD

- *In re Broiler Chicken Antitrust Litig.*, recovery to date of $203.35 million in settlements.
- *In re Optical Disk Drive Antitrust Litigation*, $205 million in settlements
- *In re Animation Workers Antitrust Litigation*, $168.95 million in settlements
- *Expedia Hotel Taxes and Fees Litigation*, $134 million settlement
- *In re Pork Antitrust Litigation*, over $109 million in settlements to date
- *Apple iOS APP Developers Litigation*, $100 million settlement
- *In re NCAA Student-Athlete Concussion Litigation*, $75 million settlement and 50-year medical monitoring program
- *In re Lithium Ion Batteries Antitrust Litigation*, $113.45 million in settlements
- *Zuora Securities Litigation*, $75.5 million settlement
- *NCAA/Electronic Arts Name and Likeness Litigation*, $60 million in settlements

**EXPERIENCE**

- Cozen & O'Connor, Associate, 1993-1997
- Crowell & Moring, Paralegal, 1988-1990

**RECOGNITION**

- Rising Star, Washington Law and Politics, 2003

**LANGUAGES**

- French

**RELATED SETTLED CASES**

- Immunomedics, Inc. (NASDAQ: IMMU)

HAGENS  BERMAN  SOBOL  SHAPIRO LLP



[raffim@hbsslaw.com](mailto:raffim@hbsslaw.com)

T 617-482-3700
F 617-482-3003

1 Faneuil Hall Square
5th Floor
Boston, MA 02109

**YEARS OF EXPERIENCE**
11

**PRACTICE AREAS**
Antitrust Litigation
Investor Fraud
Securities

**BAR ADMISSIONS**
▪ Massachusetts
▪ New York
▪ District of Columbia

**COURT ADMISSIONS**
▪ U.S. Court of Appeals for the Fourth Circuit
▪ U.S. District Court for the District of Massachusetts
▪ U.S. District Court for the Western District of New York

**EDUCATION**



Georgetown University
Law Center, J.D., 2013



Boston University, B.A., cum laude, International Relations, Economics, & Mathematics, 2010

**PARTNER**
# Raffi Melanson

As a former government trial attorney, Raffi focuses his legal practice on litigating strategic class-action cases against corporate entities and other bad actors engaged in fraud and deceptive business practices.

## CURRENT ROLE

- Partner, Hagens Berman Sobol Shapiro LLP
- Core member of firm's team of attorneys and investigators who prosecute financial fraud cases

## EXPERIENCE

- Raffi litigates financial fraud cases against publicly traded companies and associated financial institutions.
- Prior to joining Hagens Berman, Raffi worked as a law clerk in the District of New Hampshire, drafting judicial orders for judges in complex cases and assisting them with the resolution of novel litigation and trial issues.
- After graduating from law school, Raffi served as a trial attorney at the Office of the Attorney General for the District of Columbia, where he investigated and civilly prosecuted corporations engaged in sophisticated financial fraud perpetrated against DC residents.
- He also worked on large price-fixing, market domination and deceptive advertising litigation at a top 100 law firm while maintaining an active criminal defense and immigration pro bono docket.

## INDUSTRY EXPERIENCE

- Pharmaceuticals
- Telecommunications and Media
- Aviation
- Energy

## PUBLIC SERVICE

- Volunteer, Northern New England Chapter of the Cystic Fibrosis Foundation

## PERSONAL INSIGHT

Raffi grew up near Cape Cod and has since preferred to live near the coast of a large body of water. Outside of work, he enjoys biking around the city, hiking, listening to comedy and political podcasts, and competing in amateur boxing. During the winter, Raffi shifts to activities best done indoors, such as board games and cooking, but will occasionally venture outside to go snowboarding, if it's not too cold.



karlb@hbsslaw.com

T 206-623-7292
F 206-623-0594

1301 Second Avenue
Suite 2000
Seattle, WA 98101

**YEARS OF EXPERIENCE**
29

**PRACTICE AREAS**
Class Action
Investor Fraud
Securities

**INDUSTRY EXPERIENCE**
▪ Accounting (CPA)

**EDUCATION**

 **GEORGETOWN LAW**
Georgetown University Law
Center, J.D.

 **UNIVERSITY of VIRGINIA**
University of Virginia, B.S.,
Accounting

**OF COUNSEL**
# Karl Barth

Key member on firm's securities fraud cases against companies such as Boeing, Einstein Noah Bagel Corp., Pepsi Puerto Rico Bottling Co., PriceCostco, Templeton Vietnam Opportunities Fund and Wall Data

## CURRENT ROLE

- Of Counsel, Hagens Berman Sobol Shapiro LLP

- Previously with the firm from 1994 through 2004 before he rejoined in 2010

- Key member on firm's securities fraud cases against companies such as Boeing, Einstein Noah Bagel Corp., Identix, Midcom Communications, MidiSoft, Oppenheimer Delta Partners, Pepsi Puerto Rico Bottling Co., PriceCostco, Templeton Vietnam Opportunities Fund and Wall Data

- Represents investors seeking to protect assets and recover investment losses from companies engaged in securities and accounting wrongdoing

## EXPERIENCE

- Certified Public Accountant

- Certified Fraud Examiner

- Certified in Financial Forensics

- Consultant at a national financial consulting firm specializing in expert witness testimony on accounting and financial issues

- Graduated from Georgetown University Law Center, and from the University of Virginia with a B.S. in Accounting

HAGENS  BERMAN  SOBOL  SHAPIRO LLP



nathant@hbsslaw.com

T 212-752-5455
F 917-210-3980

594 Dean Street
Suite 24
Brooklyn, NY 11238

**YEARS OF EXPERIENCE**
20

**PRACTICE AREAS**
Anti-Terrorism
Antitrust Litigation
Civil & Human Rights
Consumer Rights
Investor Fraud
Whistleblower

**BAR ADMISSIONS**
- State of Illinois
- State of New York
- District of Columbia

**COURT ADMISSIONS**
- Supreme Court of the United States
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Seventh Circuit
- U.S. Court of Appeals for the Eleventh Circuit
- U.S. Court of Appeals for the D.C. Circuit
- U.S. District Court for the District of Columbia
- U.S. District Court for the Northern District of Illinois
- U.S. District Court for the Central District of Illinois
- U.S. District Court for the Eastern District of New York

**OF COUNSEL**

# Nathaniel A. Tarnor

---

Mr. Tarnor has litigated a wide variety of international legal matters and recovered millions of dollars on behalf of clients.

---

## CURRENT ROLE

- Of Counsel, Hagens Berman Sobol Shapiro LLP

- Concentrates on complex federal litigation including anti-terrorism, antitrust, civil & human rights, class actions, consumer protection, securities and whistleblower representation in conjunction with the U.S. Department of Justice and the U.S. Securities & Exchange Commission

## EXPERIENCE

- Milberg LLP, New York, NY, 2009-2016

- Previously provided legal assistance to human rights victims from around the world in conjunction with other prominent law firms

- Represented families of American terrorism and torture victims before the U.S. Supreme Court and other federal courts

- Significant international litigation experience involving national security and foreign intelligence matters

- Successfully settled a case on behalf of American terrorism victims against a large multinational corporation for violations of U.S. anti-terrorism laws in Colombia

## RECOGNITION

- Chicago-Kent International Law Moot Court Honor Society, 2002-2004

- Captain, Chicago-Kent International Law Moot Court Team, 2002-2004

- Highest Oralist Score 2003 Philip C. Jessup International Law Moot Court Regional Competition Chicago-Kent Moot Court Team

- CALI Award Commercial Payment Systems Law

## PERSONAL INSIGHT

Mr. Tarnor enjoys competing in endurance sports and hiking with his family.

- U.S. District Court for the Northern District of New York
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Western District of New York

**EDUCATION**



Chicago-Kent College of Law, J.D., CALI Award, 2004



University of Illinois, B.A., summa cum laude, Phi Beta Kappa, Milton Ravoke Award, 2000

HAGENS  BERMAN  SOBOL  SHAPIRO LLP



**OF COUNSEL**
# Robert A. Jigarjian

Rob brings a combination of securities industry and complex litigation experience to the firm and its clients.

robertj@hbsslaw.com

T 510-725-3000
F 510-725-3001

715 Hearst Avenue
Suite 300
Berkeley, CA 94710

**YEARS OF EXPERIENCE**
30

**PRACTICE AREAS**
Class Action
Investor Fraud
Securities

**BAR ADMISSIONS**
▪ California

**COURT ADMISSIONS**
▪ U.S. Court of Appeals for the Ninth Circuit
▪ U.S. District Court for the Northern District of California
▪ U.S. District Court for the Northern District of Illinois
▪ U.S. District Court for the District of Colorado
▪ Supreme Court of California
▪ Supreme Court of Florida
▪ Supreme Court of Illinois

**EDUCATION**


Golden Gate University, JD, 1993


Tulane University, MBA, 1985

**Hamilton**
Hamilton College, AB, 1981

## CURRENT ROLE
- Of counsel, Hagens Berman Sobol Shapiro LLP
- Practice primarily focuses on identifying and developing securities and derivative actions

## EXPERIENCE
- Prior to joining Hagens Berman, he worked as a partner at law firms practicing primarily in securities and derivative litigation. Rob also owned his own firm within the same practice areas.
- While in law school, Rob interned with the United States Securities and Exchange Commission and worked for two prominent securities class action firms.
- Before attending law school, Rob worked for several years as an institutional sales trader for a boutique Wall Street investment bank where he specialized in analyzing and trading bank-issued securities with the firm's institutional investor clients.

## LEGAL ACTIVITIES
- Rob served as a voluntary discovery referee for the California Superior Court for the county of Marin to help minimize judicial resources during discovery disputes.

## NOTABLE CASES
Matters on which Rob has worked and helped investors, corporations and a bankruptcy trustee to obtain significant recoveries include the following:
- *In re Equitec Rollup Litigation*, No. C-90-2064 (N.D. Cal.)
- *In re Prison Realty Securities Litigation*, No. 3:99-0452 (M.D. Tenn.)
- *In re Digex, Inc. Shareholders Litigation*, C.A. No. 18336 (Del. Ch.)
- *Isco v. Kraemer*, No. CV 95-08941 (Super. Ct., Maricopa Co., Ariz.)
- *Saito v. McKesson HBOC, Inc.*, No. 376, 2001 (Del.)
- *Saito v. McCall (Del. Ch.) Scheonfeld, et al. v. XO Communications, Inc.*, No. 01-018358 (N.Y. Sup. Ct., Nassau County)
- *In re Salomon Analyst Litigation (S.D.N.Y.) Hermerding v. Tripathi, et al.*, Adv. No. 09-5004 (Bankr. N.D. Cal.)

## PERSONAL INSIGHT
Rob's interests include motorcycling, hiking, his wife-imposed sous chef duties (she wasn't wild about Rob's fried avocados) and frequent visits to family in northern Germany.

HAGENS  BERMAN  SOBOL  SHAPIRO LLP



petersh@hbsslaw.com

T 708-628-4966
F 708-628-4950

455 N. Cityfront Plaza Drive
Suite 2410
Chicago, IL 60611

**YEARS OF EXPERIENCE**
11

**BAR ADMISSIONS**
▪ Illinois

**COURT ADMISSIONS**
▪ U.S. District Court for the
  Northern District of Illinois

**EDUCATION**



Vanderbilt University Law School,
J.D., 2013



Tufts University, B.A.,
magna cum laude, 2008

**ASSOCIATE**
# Peter A. Schaeffer

Mr. Shaeffer has represented clients in class action and complex commercial litigation in areas of securities fraud, consumer protection, product liability and contractual disputes.

## CURRENT ROLE

- Associate, Hagens Berman Sobol Shapiro LLP

## EXPERIENCE

- Prior to joining Hagens Berman, Peter was an associate at Latham & Watkins LLP, where he represented clients in class action and complex commercial litigation in areas of securities fraud, consumer protection, product liability and contractual disputes.

- Previously, Mr. Shaeffer was a judicial intern for the Hon. Jeffrey Cole of the United States District Court for the Northern District of Illinois, and also served as a paralegal specialist for the U.S. Department of Justice's antitrust division.

## PERSONAL INSIGHT

Originally from the Chicagoland area, Mr. Shaeffer enjoys jogging along the 606 trail, partaking in the city's brewery scene, and spending time with his wife and young dog, Wolfie.