# EXHIBIT B

## SWORN CERTIFICATION OF PLAINTIFF
## FERMI INC. (FRMI) SECURITIES LITIGATION

I, David R. Minton, as Trustee of the Lazy T Family Trust, dated July 6, 2006 (the "Trust"), certify that:

1.      I have reviewed the Complaint, adopt its allegations, and authorize the filing of lead plaintiff motion on behalf of myself and the Trust.

2.      I am duly authorized to institute legal action on the Trust's behalf, including legal action against Fermi Inc., and other defendants.

3.      I and the Trust did not purchase the Fermi Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

4.      I and the Trust are willing to serve as a representative party on behalf of a class, and I am willing to provide testimony at deposition and trial, if necessary.

5.      My and the Trust's transactions in Fermi Inc. securities during the period set forth in the Complaint are as follows:

        (See attached transactions)

6.      I and the Trust have not sought to serve, nor served, as a representative party on behalf of a class in any action under the federal securities laws (15 U.S. Code, Chapter 2B; and 15 U.S. Code, Chapter 2A, Subchapter I) during the last three years.

7.      I and the Trust will not accept any payment for serving as a representative party, except to receive our pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

3/6/2026                                    *DAVID R MINTON*

_____              _____
        Date                              David R. Minton, Trustee
                                          Lazy T Family Trust, dated July 6, 2006

**Lazy T Family Trust, dated July 6, 2006's Transactions in Fermi Inc.  (FRMI)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 10/1/2025 | Bought | 1,000 | $29.4400 |
| 10/6/2025 | Bought | 1,000 | $26.0000 |
| 10/22/2025 | Bought | 1,000 | $21.1000 |
| 10/30/2025 | Bought | 1,000 | $26.0000 |
| 11/11/2025 | Bought | 500 | $22.3900 |
| 11/13/2025 | Bought | 500 | $20.5000 |
| 11/18/2025 | Bought | 1,000 | $17.3300 |
| 11/20/2025 | Sold | -1,000 | $17.3000 |
| 12/12/2025 | Bought | 1,000 | $9.1800 |
| 12/19/2025 | Bought | 1,000 | $8.3900 |
| 12/24/2025 | Bought | 1,000 | $8.1800 |