# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Fermi Inc.
**Ticker:** FRMI
**Name:** Lazy T Family Trust, dated July 6, 2006

### Exchange Act

**Class Period:** October 1, 2025 to December 11, 2025

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/1/2025 | 1,000 | $29.4400 | -$29,440.0000 | | $0.0000 | -$29,440.00 |
| 10/6/2025 | 1,000 | $26.0000 | -$26,000.0000 | | $0.0000 | -$26,000.00 |
| 10/22/2025 | 1,000 | $21.1000 | -$21,100.0000 | | $0.0000 | -$21,100.00 |
| 10/30/2025 | 1,000 | $26.0000 | -$26,000.0000 | | $0.0000 | -$26,000.00 |
| 11/11/2025 | 500 | $22.3900 | -$11,195.0000 | | $0.0000 | -$11,195.00 |
| 11/13/2025 | 500 | $20.5000 | -$10,250.0000 | | $0.0000 | -$10,250.00 |
| 11/18/2025 | 1,000 | $17.3300 | -$17,330.0000 | | $0.0000 | -$17,330.00 |
| 11/20/2025 | -1,000 | | $0.0000 | $17.3000 | $17,300.0000 | $17,300.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **5,000** | | | | **Subtotal:** | **-$124,015.00** |
| | | | 90-Day Average Price | | **90-Day Average:** | $45,741.52 |
| | | | $9.1483 | | **Total:** | **-$78,273.48** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between December 12, 2025 and March 5, 2026.

### Securities Act

**Class Period:** Traceable to October 2025 IPO at $21/share

| Date | Damaged Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/1/2025 | 1,000 | $21.0000 | -$21,000.0000 | | $0.0000 | -$21,000.00 |
| 10/6/2025 | 1,000 | $21.0000 | -$21,000.0000 | | $0.0000 | -$21,000.00 |
| 10/22/2025 | 1,000 | $21.0000 | -$21,000.0000 | | $0.0000 | -$21,000.00 |
| 10/30/2025 | 1,000 | $21.0000 | -$21,000.0000 | | $0.0000 | -$21,000.00 |
| 11/11/2025 | 500 | $21.0000 | -$10,500.0000 | | $0.0000 | -$10,500.00 |
| 11/13/2025 | 500 | $20.5000 | -$10,250.0000 | | $0.0000 | -$10,250.00 |
| 11/18/2025 | 1,000 | $17.3300 | -$17,330.0000 | | $0.0000 | -$17,330.00 |
| 11/20/2025 | -1,000 | | $0.0000 | $17.3000 | $17,300.0000 | $17,300.00 |
| 12/12/2025 | 1,000 | $9.1800 | -$9,180.0000 | | $0.0000 | -$9,180.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **6,000** | | | | **Subtotal:** | **-$113,960.00** |
| | | | Retained Value Per Share | | **Retained Value:** | $52,080.00 |
| | | | $8.6800 | | **Total:** | **-$61,880.00** |

Pursuant to 15 U.S. Code § 77k (e), damages per share under the Securities Act are limited to the difference between the amount paid for the security (not exceeding the price at which the security was offered to the public) and (i) the value thereof as of the time such suit was brought, or (ii) the price at which such security shall have been disposed of in the market before suit, or (iii) the price at which such security shall have been disposed of after suit but before judgment if such damages shall be less than the damages representing the difference between the amount paid for the security (not exceeding the price at which the security was offered to the public) and the value thereof as of the time such suit was brought.