UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE LUPIA, Individually and on Behalf of all others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FERMI INC., TOBY NEUGEBAUER, MILES EVERSON, GRIFFIN PERRY, JACOBO ORTIZ, MARIUS HAAS, RICK PERRY, CORDEL ROBBIN-COKER, LEE MCINTIRE, UBS SECURITIES LLC, EVERCORE GROUP L.L.C., CANTOR FITZGERALD & CO., MIZUHO SECURITIES USA LLC, MACQUARIE CAPITAL (USA) INC., ROTHSCHILD & CO US INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, TRUIST SECURITIES, INC., BERENBERG CAPITAL MARKETS LLC, and PANMURE LIBERUM LIMITED,<br><br>    Defendants. | Case No.  1:26-cv-00050-MKV |

DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION OF STAN
POLING AND WESLEY LANGLAND FOR APPOINTMENT AS CO-LEAD PLAINTIFFS
AND APPROVAL OF SELECTION OF LEAD COUNSEL

I, J. Alexander Hood II, hereby declare as follows:

1.      I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Stan Poling ("Poling") and Wesley Langland ("Langland"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Poling and Langland's motion for appointment as Co-Lead Plaintiffs for the Class in the above-captioned action (the "Action") and approval of their selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Assignment of claims to Langland from Bonnie Langland;

Exhibit B:      Chart setting forth Poling and Langland's financial interest in this litigation;

Exhibit C:      Shareholder Certifications executed by Poling and Langland;

Exhibit D:      Joint Declaration executed by Poling and Langland; and

Exhibit E:      Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 6, 2026.          */s/ J. Alexander Hood II*
                                     J. Alexander Hood II

1