# EXHIBIT A

# <u>ASSIGNMENT</u>

Bonnie Langland ("Assignor") hereby assigns, transfers, and sets over to Wesley Langland all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase, acquisition, or sale of the publicly traded securities of Fermi Inc.. Further, the Assignor hereby appoints Wesley Langland as her true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Wesley Langland agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Wesley Langland.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** 3/5/2026 _____
                       **(Date)**

Signed by:

*Bonnie Langland*
E7F39C7C82BA411...
**(Signature)**

**Bonnie Langland**