# EXHIBIT B

**Fermi Inc. (FRMI)**
**Class Period: October 1, 2025 to December 11, 2025**
**IPO Date: October 1, 2025**
**IPO Price:  $21.00 Share**

| | | | | | | | | | **84-Days\*** |
| | | | | | | | | | **Mean Price** |
| | | | | | | | | **10b** | **$9.1483** |
| | | | | | | | | **11** | **$8.6800** |

| | Purchase or Acquire | | | | Sell | | | | 10b Net Shares | 10b Net Funds | 10b Estimated | 10b Estimated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Plaintiff** | **Date** | **Shares** | **Price** | **Amount** | **Date** | **Shares** | **Price** | **Amount** | **Purchased** | **Expended** | **Value** | **Gain(Loss)** |
| Summary | | | | | | | | | | | | |
| Stan Poling | | 3,000 | | ($67,437) | | 0 | | $0 | 3,000 | ($67,437) | $27,445 | ($39,992) |
| Wesley Langland | | 1,500 | | ($42,000) | | 0 | | $0 | 1,500 | ($42,000) | $13,722 | ($28,278) |
| **All** | | **4,500** | | **($109,437)** | | **0** | | **$0** | **4,500** | **($109,437)** | **$41,167** | **($68,269)** |
| | | | | | | | | | | | | |
| Stan Poling | 10/27/2025 | 2,000 | $25.5000 | ($51,000) | | | | | | | | |
| Stan Poling | 11/28/2025 | 1,000 | $16.4366 | ($16,437) | | | | | | | | |
| **Stan Poling** | | **3,000** | | **($67,437)** | | **0** | | **$0** | **3,000** | **($67,437)** | **$27,445** | **($39,992)** |
| | | | | | | | | | | | | |
| Account 1 | | | | | | | | | | | | |
| **Wesley and Bonnie Langland, Joint Account** | **10/2/2025** | **800** | **$28.0000** | **($22,400)** | | **0** | | **$0** | **800** | **($22,400)** | **$7,319** | **($15,081)** |
| | | | | | | | | | | | | |
| Account 2 | | | | | | | | | | | | |
| **Bonnie Langland** | **10/6/2025** | **700** | **$28.0000** | **($19,600)** | | **0** | | **$0** | **700** | **($19,600)** | **$6,404** | **($13,196)** |

*Avg Closing Prices from December 12, 2025 to March 5, 2026

**Fermi Inc. (FRMI)**
**Class Period: October 1, 2025 to December 11, 2025**
**IPO Date: October 1, 2025**
**IPO Price:  $21.00 Share**

**84-Days***
**Mean Price**

| | | |
|---|---|---|
| 10b | $9.1483 |
| 11 | $8.6800 |

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sell Date | Shares | Price | Amount | 11 Net Shares Purchased | 11 Net Funds Expended | 11 Estimated Value | 11 Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | |
| Stan Poling | | 8,000 | | ($109,787) | | 0 | | $0 | 8,000 | ($109,787) | $69,440 | ($31,347) |
| Wesley Langland | | 1,500 | | ($42,000) | | 0 | | $0 | 1,500 | ($42,000) | $13,020 | ($18,480) |
| **All** | | **9,500** | | **($151,787)** | | **0** | | **$0** | **9,500** | **($151,787)** | **$82,460** | **($49,827)** |
| | | | | | | | | | | | | |
| Stan Poling | 10/27/2025 | 2,000 | $25.5000 | ($51,000) | | | | | | | | |
| Stan Poling | 11/28/2025 | 1,000 | $16.4366 | ($16,437) | | | | | | | | |
| Stan Poling | 12/12/2025 | 1,000 | $9.0000 | ($9,000) | | | | | | | | |
| Stan Poling | 12/22/2025 | 1,000 | $8.7500 | ($8,750) | | | | | | | | |
| Stan Poling | 12/23/2025 | 2,000 | $8.3000 | ($16,600) | | | | | | | | |
| Stan Poling | 12/24/2025 | 1,000 | $8.0000 | ($8,000) | | | | | | | | |
| **Stan Poling** | | **8,000** | | **($109,787)** | | **0** | | **$0** | **8,000** | **($109,787)** | **$69,440** | **($31,347)** |
| | | | | | | | | | | | | |
| Account 1 | | | | | | | | | | | | |
| **Wesley and Bonnie Langland, Joint Account** | **10/2/2025** | **800** | **$28.0000** | **($22,400)** | | **0** | | **$0** | **800** | **($22,400)** | **$6,944** | **($9,856)** |
| | | | | | | | | | | | | |
| Account 2 | | | | | | | | | | | | |
| **Bonnie Langland** | **10/6/2025** | **700** | **$28.0000** | **($19,600)** | | **0** | | **$0** | **700** | **($19,600)** | **$6,076** | **($8,624)** |

*Avg Closing Prices from December 12, 2025 to March 5, 2026