# EXHIBIT C

**CERTIFICATION PURSUANT
TO FEDERAL SECURITIES LAWS**

1. I, Stan Poling, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Fermi Inc. ("Fermi") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3. I did not purchase or acquire Fermi securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired (a) Fermi common stock pursuant and/or traceable to the registration statement and prospectus (collectively, the "Registration Statement") issued in connection with Fermi's October 2025 initial public offering (the "IPO"), and/or (b) Fermi securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. The attached sheet lists all of my transactions in (a) Fermi common stock pursuant and/or traceable to the Registration Statement issued in connection with Fermi's October 2025 IPO and (b) Fermi securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** _____3/6/2026_____
                      **(Date)**

Signed by:

*Stan Poling*

B59FED77023B4CF...

_____
**(Signature)**

**Stan Poling**

**Fermi Inc. (FRMI)** **Stan Poling**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 10/27/2025 | 2,000 | $25.5000 |
| Purchase/Acquisition | 11/28/2025 | 1,000 | $16.4366 |
| Purchase/Acquisition | 12/12/2025 | 1,000 | $9.0000 |
| Purchase/Acquisition | 12/22/2025 | 1,000 | $8.7500 |
| Purchase/Acquisition | 12/23/2025 | 2,000 | $8.3000 |
| Purchase/Acquisition | 12/24/2025 | 1,000 | $8.0000 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Wesley Langland, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Fermi Inc. ("Fermi") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.      The Fermi securities that are the subject of the Complaint were not purchased or otherwise acquired at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired (a) Fermi common stock pursuant and/or traceable to the registration statement and prospectus (collectively, the "Registration Statement") issued in connection with Fermi's October 2025 initial public offering (the "IPO"), and/or (b) Fermi securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet sets forth in full all of my transactions, as well as those of my wife, Bonnie Langland, in (a) Fermi common stock pursuant and/or traceable to the Registration Statement issued in connection with Fermi's October 2025 IPO and (b) Fermi securities during the Class Period as specified in the Complaint.  Bonnie Langland assigned to me her claims arising from the alleged violations of the federal securities laws in connection with her transactions in (a) Fermi common stock pursuant and/or traceable to the Registration Statement issued in connection with Fermi's October 2025 IPO and (b) Fermi securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** _____
3/5/2026
(Date)

Signed by:

Wesley Langland

_____
(Signature)
130FF19EFE16414...

**Wesley Langland**

**Fermi Inc. (FRMI)**                                                                                   **Wesley Langland**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Wesley and Bonnie Langland, Joint Account | | | |
| Purchase/Acquisition | 10/1/2025 | 800 | $28.0000 |
| Bonnie Langland | | | |
| Purchase/Acquisition | 10/6/2025 | 700 | $28.0000 |