**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SALVATORE LUPIA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FERMI INC., TOBY NEUGEBAUER, MILES EVERSON, GRIFFIN PERRY, JACOBO ORTIZ, MARIUS HAAS, RICK PERRY, CORDEL ROBBIN-COKER, LEE MCINTIRE, UBS SECURITIES LLC, EVERCORE GROUP L.L.C, CANTOR FITZGERALD & CO., MIZUHO SECURITIES USA LLC, MACQUARIE CAPITAL (USA) INC., ROTHSCHILD & CO US INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, TRUIST SECURITIES, INC., BERENBERG CAPITAL MARKETS LLC, and PANMURE LIBERUM LIMITED, <br><br> Defendants. | Case No. 1:26-cv-00050-MKV <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MOTION OF EVER CAPITAL INVESTMENTS S.V., S.A. AND MARIA PATRICIA ROMÁN DECLARA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>THEIR SELECTION OF LEAD COUNSEL</u>**

I, Javier Bleichmar, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in support of the Motion filed by Ever Capital Investments S.V., S.A. ("Ever Capital") and Maria Patricia Román Declara for: (1) appointment as Lead Plaintiff; (2) approval of their selection of BFA to serve as Lead Counsel for the Class; and (3) any such further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:    Declaration of Joaquín Canadell Mora and Maria Patricia Román Declara;

EXHIBIT B:    Notice of pendency of *Lupia v. Fermi Inc., et al.*, No. 1:26-cv-00050-MKV (S.D.N.Y.) published on January 5, 2026;

EXHIBIT C:    Certifications of Ever Capital and Ms. Román Declara;

EXHIBIT D:    Chart reflecting financial interest of Ever Capital and Ms. Román Declara prepared by BFA; and

EXHIBIT E:    Firm Resume of BFA.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of March 2026.

_/s/ Javier Bleichmar_
Javier Bleichmar

2