# EXHIBIT A

## JOINT DECLARATION OF JOAQUÍN CANADELL MORA AND MARIA PATRICIA ROMÁN DECLARA

We, Joaquín Canadell Mora and Maria Patricia Román Declara, declare as follows pursuant to 28 U.S.C. § 1746:

1.     We respectfully submit this Joint Declaration in support of the motion of Ever Capital Investments S.V., S.A. ("Ever Capital") and Maria Patricia Román Declara for appointment as Lead Plaintiff in the securities class action on behalf of investors in the securities of Fermi Inc. ("Fermi" or the "Company") and for approval of our selection of Bleichmar Fonti & Auld LLP ("BFA") to be appointed as Lead Counsel.

2.     We each have personal knowledge about the information in this Joint Declaration as it relates to each of us (and our associated entities where relevant), and we could and would testify competently to the facts stated below.

3.     I, Joaquín Canadell Mora, am Chief Financial Officer of Ever Capital, and am authorized to act and make this declaration on its behalf.  Based in Madrid, Spain, Ever Capital is organized under Spanish law as a Sociedad de Valores, Sociedad Anónima, meaning it is a licensed securities firm organized as a public limited company.  I, as well as Ever Capital, are informed of, understand, and accept the duties and requirements imposed by the Private Securities Litigation Reform Act of 1995 ("PSLRA") on the Lead Plaintiff, including the duties to select and retain counsel, and oversee the vigorous and efficient prosecution of the action.  As reflected in Ever Capital's certification required by the PSLRA, Ever Capital purchased a significant amount of Fermi stock for its own account and suffered large losses as a result of the Company's misconduct.

4.     I, Maria Patricia Román Declara reside in Madrid, Spain.  I hold a Master of Science degree in Economics.  I am an experienced investor and have personally invested in the stock market for approximately 25 years.  I also have significant investment experience through my

professional career in financial services. I currently work as a Fixed Income Trader at Ever Capital. Previously, I held senior positions at banking institutions, including Credit Suisse and Morgan Stanley. I am informed of, understand, and accept the duties and requirements imposed by the PSLRA on the Lead Plaintiff, including the duties to select and retain counsel, and oversee the vigorous and efficient prosecution of the action. As reflected in my certification required by the PSLRA, I personally purchased a significant amount of Fermi stock and suffered large losses as a result of the Company's misconduct.

5. We, Joaquín Canadell Mora and Maria Patricia Román Declara, have a relationship that precedes this litigation as colleagues employed by Ever Capital. We have worked together in the same office for eight years and see each other every business day.

6. We are highly motivated to recover the significant losses suffered as a result of Defendants' alleged violations of the federal securities laws. Our primary goal in this litigation is to maximize the Class's recovery from all potentially culpable parties. Accordingly, we believe that investors with a financial interest substantial enough to ensure that the case is litigated vigorously, efficiently, and in the best interests of the Class, should prosecute this action.

7. We also believe that the Class would benefit from the sharing of experiences and resources, as well as the diversity of representation and viewpoints that our proposed joint representation as Lead Plaintiff would provide to the Class given the magnitude and significance of this case.

8. We contacted our counsel, BFA, to inquire about the merits of the allegations against Fermi and the other Defendants, as well as the potential to serve as Lead Plaintiff. We consulted with BFA to assess our respective financial interests at issue in this case, the amount of money the Class may have lost as a whole, the strength of the claims against Defendants, and the

proposed litigation strategy among other things.  Through our consultation with BFA as well as our own respective understandings of this matter, we believe that the claims against Defendants have significant merit and should be vigorously prosecuted to the fullest extent.

9.      After multiple telephone and email communications with BFA, and based on our respective beliefs that the merits of this case are strong, the substantial losses incurred, and because we believe that we can best protect the interests of the Class by joining together to seek appointment as Lead Plaintiff for the reasons discussed above, we each decided to seek joint appointment as Lead Plaintiff.

10.      We understand the importance of joint decision-making informed by our own perspectives, free and open communication, and can discuss this matter both with and without counsel so that we are able to make timely decisions on short notice.  We intend to communicate with counsel, and with each other separately from counsel, as often as necessary to discuss major litigation developments and to ensure the vigorous and efficient prosecution of the action.  Given our common goals and incentives to maximize the potential recovery in this case, we do not expect any dispute to arise relating to our oversight of this case.  However, in the unlikely event that any such disputes arise, we plan to engage in thorough discussion with each other and our counsel to come to a resolution.

11.      Before filing this motion, we participated in a joint conference call and many email communications with counsel to discuss: our commitment to working together to oversee counsel and prosecuting this litigation in the best interest of the Class; the facts of the case; the strength of the claims; the strategy for prosecuting the case; the size of our respective losses; the benefits the Class would receive from the leadership of a small coordinated group of likeminded investors; our interests in prosecuting the case in a collaborative manner; and the actions we have each taken and

will continue to take to continue to ensure that the Class's claims will be zealously and efficiently litigated. We also discussed that serving as part of a lead plaintiff group can have a positive effect on the representation provided to absent Class members through the sharing of experience and resources.

12.    We are familiar with the experience, resources, and qualifications of BFA, and are aware that it is an accomplished law firm that has achieved significant recoveries for investors in courts throughout the country. Therefore, we selected BFA to represent us and to serve the Class as the proposed Lead Counsel. We believe BFA will provide Fermi investors with the best possible representation and will litigate this case vigorously and efficiently to maximize the recovery for investors.

13.    We each have the time, resources, wherewithal, and determination to closely oversee and monitor the prosecution of this case, see it through to its complete resolution, and maximize the result for Fermi investors.

14.    We are committed to satisfying the fiduciary obligations that we would assume if appointed Lead Plaintiff, including conferring with our attorneys regarding the strategy for prosecuting this case and other matters, attending court proceedings, depositions, settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents. Through these and other measures, we will ensure that the securities class action against Defendants will be vigorously prosecuted consistent with the Lead Plaintiff's obligations under the PSLRA and in the best interests of the class.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed  3/5/2026

Firmado por:

*Joaquín Canadell Mora*

F8959A8D2026414...

Joaquín Canadell Mora
Chief Financial Officer
*Ever Capital Investments S.V., S.A.*

5

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed  3/5/2026

Firmado por:

_Maria Patricia Roman Declara_

F17EA110928F481...

Maria Patricia Román Declara

6