# EXHIBIT C

## CERTIFICATION

I, Joaquín Canadell Mora, on behalf of Ever Capital Investments S.V., S.A. ("Ever Capital"), as Chief Financial Officer of Ever Capital, hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Ever Capital.

2.      I have reviewed a class action complaint against Fermi Inc. ("Fermi") and others alleging violations of the federal securities laws.

3.      Ever Capital did not purchase or sell securities of Fermi at the direction of counsel, or in order to participate in any private action under the federal securities laws.

4.      Ever Capital is willing to serve as lead plaintiff on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary.  Ever Capital fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the benefit of the Class.

5.      Ever Capital's transactions in the Fermi securities that are the subject of this litigation during the Class Period are reflected in Schedule A, attached hereto.

6.      For securities retained, Ever Capital owns and holds legal title to the securities that are the subject of this litigation.  For securities sold, Ever Capital owned and held legal title to the securities that are the subject of this litigation at all relevant times.

7.      Ever Capital has not sought to serve as a representative party in a class action filed under the federal securities laws during the last three years.

1

8.     Beyond its *pro rata* share of any recovery, Ever Capital will not accept payment for serving as lead plaintiff on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: 3/5/2026 _____

Firmado por:

*Joaquín Canadell Mora*
F8959A8D2026414...          _____

Joaquín Canadell Mora
Chief Financial Officer
*Ever Capital Investments S.V., S.A.*

**SCHEDULE A**
TRANSACTIONS IN
FERMI INC

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 10/03/2025 | 15,000.00 | 28.95 | ($434,211.00) |
| Sale | 10/13/2025 | -15,000.00 | 31.07 | $465,987.00 |
| Purchase | 10/27/2025 | 4,058.00 | 23.00 | ($93,334.00) |
| Sale | 10/28/2025 | -4,058.00 | 27.08 | $109,875.22 |
| Purchase | 11/03/2025 | 10,858.00 | 27.24 | ($295,807.75) |
| Purchase | 11/04/2025 | 3,142.00 | 27.07 | ($85,043.26) |
| Purchase | 11/07/2025 | 6,000.00 | 24.00 | ($144,000.00) |

## CERTIFICATION

I, Maria Patricia Román Declara, hereby certify as follows:

1.      I have reviewed a class action complaint filed against Fermi Inc. ("Fermi") and others alleging violations of the federal securities laws.

2.      I did not purchase or sell securities of Fermi at the direction of counsel, or in order to participate in any private action under the federal securities laws.

3.      I am willing to serve as lead plaintiff on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary.  I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the benefit of the Class.

4.      My transactions in the Fermi securities that are the subject of this litigation during the Class Period are reflected in Schedule A, attached hereto.

5.      Other than in the instant action, I have not sought to serve as a representative party in a class action filed under the federal securities laws in the last three years.

6.      Beyond my *pro rata* share of any recovery, I will not accept payment for serving as lead plaintiff on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/5/2026

Firmado por:

Maria Patricia Roman Declara

F17EA110928F481...

Maria Patricia Román Declara

1

**SCHEDULE A**
TRANSACTIONS IN
FERMI INC

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 11/05/2025 | 279.00 | 27.05 | ($7,546.95) |
| Purchase | 11/05/2025 | 826.00 | 27.23 | ($22,493.50) |
| Purchase | 11/05/2025 | 28.00 | 27.30 | ($764.40) |
| Purchase | 11/05/2025 | 3,867.00 | 27.32 | ($105,646.44) |