# EXHIBIT D

Financial Interest Analysis for Ever Capital Investments S.V., S.A. and Maria Patricia Román Declara

Class Period: Fermi Inc. ("Fermi") Shares Purchased Pursuant and / or Traceable to Fermi's Registration Statement for the Initial Public Offering ("IPO") Held on or About October 1, 2025 and / or Fermi Securities Purchased Between October 1, 2025 and December 11, 2025

Ever Capital Investments S.V., S.A. - FIFO Based on Section 11 of the Securities Act - Fermi Common Stock

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 10/3/2025 | 15,000.0000 | $21.0000 [1] | ($315,000.00) |
| Purchase | 10/27/2025 | 4,058.0000 | $21.0000 [1] | ($85,218.00) |
| Purchase | 11/3/2025 | 10,858.0000 | $21.0000 [1] | ($228,018.00) |
| Purchase | 11/4/2025 | 3,142.0000 | $21.0000 [1] | ($65,982.00) |
| Purchase | 11/7/2025 | 6,000.0000 | $21.0000 [1] | ($126,000.00) |
| *Total Class Period Purchases* | | 39,058.0000 | | ($820,218.00) |
| Sale | 10/13/2025 | -15,000.0000 | $31.0658 | $465,987.00 |
| Sale | 10/28/2025 | -4,058.0000 | $27.0762 | $109,875.22 |
| *Total Class Period Sales Matching to Class Period Purchases* | | -19,058.0000 | | $575,862.22 |
| Sale [2] | 2/25/2026 | -20,000.0000 | $11.0293 [3] | $220,586.00 |
| *Total Post-Class Period Sales Matching to Class Period Purchases* | | -20,000.0000 | | $220,586.00 |
| Retained Shares | | 0.0000 | $8.6800 [4] | $0.00 |

**Ever Capital Investments S.V., S.A. - FIFO Gain/(Loss) Based on Section 11 of the Securities Act:** ($23,769.78)

Ever Capital Investments S.V., S.A. - LIFO Based on Section 11 of the Securities Act - Fermi Common Stock

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 10/3/2025 | 15,000.0000 | $21.0000 [1] | ($315,000.00) |
| Purchase | 10/27/2025 | 4,058.0000 | $21.0000 [1] | ($85,218.00) |
| Purchase | 11/3/2025 | 10,858.0000 | $21.0000 [1] | ($228,018.00) |
| Purchase | 11/4/2025 | 3,142.0000 | $21.0000 [1] | ($65,982.00) |
| Purchase | 11/7/2025 | 6,000.0000 | $21.0000 [1] | ($126,000.00) |
| *Total Class Period Purchases* | | 39,058.0000 | | ($820,218.00) |
| Sale | 10/13/2025 | -15,000.0000 | $31.0658 | $465,987.00 |
| Sale | 10/28/2025 | -4,058.0000 | $27.0762 | $109,875.22 |
| *Total Class Period Sales Matching to Class Period Purchases* | | -19,058.0000 | | $575,862.22 |
| Retained Shares | | 20,000.0000 | $8.6800 [4] | $173,600.00 |

**Ever Capital Investments S.V., S.A. - LIFO Gain/(Loss) Based on Section 11 of the Securities Act:** ($70,755.78)

**Ever Capital Investments S.V., S.A. - FIFO Based on Section 10(b) of the Exchange Act - Fermi Common Stock**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 10/3/2025 | 15,000.0000 | $28.9474 | ($434,211.00) |
| Purchase | 10/27/2025 | 4,058.0000 | $23.0000 | ($93,334.00) |
| Purchase | 11/3/2025 | 10,858.0000 | $27.2433 | ($295,807.75) |
| Purchase | 11/4/2025 | 3,142.0000 | $27.0666 | ($85,043.26) |
| Purchase | 11/7/2025 | 6,000.0000 | $24.0000 | ($144,000.00) |
| *Total Class Period Purchases* | | 39,058.0000 | | ($1,052,396.01) |
| Sale | 10/13/2025 | -15,000.0000 | $31.0658 | $465,987.00 |
| Sale | 10/28/2025 | -4,058.0000 | $27.0762 | $109,875.22 |
| *Total Class Period Sales Matching to Class Period Purchases* | | -19,058.0000 | | $575,862.22 |
| Sale[2] | 2/25/2026 | -20,000.0000 | $11.0293 [5] | $220,586.00 |
| *Total Post-Class Period Sales Matching to Class Period Purchases* | | -20,000.0000 | | $220,586.00 |
| Retained Shares | | 0.0000 | $9.1283 [6] | $0.00 |

**Ever Capital Investments S.V., S.A. - FIFO Gain/(Loss) Based on Section 10(b) of the Exchange Act:** ($255,947.79)

**Ever Capital Investments S.V., S.A. - LIFO Based on Section 10(b) of the Exchange Act  - Fermi Common Stock**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 10/3/2025 | 15,000.0000 | $28.9474 | ($434,211.00) |
| Purchase | 10/27/2025 | 4,058.0000 | $23.0000 | ($93,334.00) |
| Purchase | 11/3/2025 | 10,858.0000 | $27.2433 | ($295,807.75) |
| Purchase | 11/4/2025 | 3,142.0000 | $27.0666 | ($85,043.26) |
| Purchase | 11/7/2025 | 6,000.0000 | $24.0000 | ($144,000.00) |
| *Total Class Period Purchases* | | 39,058.0000 | | ($1,052,396.01) |
| Sale | 10/13/2025 | -15,000.0000 | $31.0658 | $465,987.00 |
| Sale | 10/28/2025 | -4,058.0000 | $27.0762 | $109,875.22 |
| *Total Class Period Sales Matching to Class Period Purchases* | | -19,058.0000 | | $575,862.22 |
| Retained Shares | | 20,000.0000 | $9.1283 [6] | $182,566.67 |

**Ever Capital Investments S.V., S.A. - LIFO Gain/(Loss) Based on Section 10(b) of the Exchange Act:** ($293,967.12)

**Maria Patricia Román Declara - FIFO/LIFO Based on Section 11 of the Securities Act - Fermi Common Stock**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 11/5/2025 | 279.0000 | $21.0000 [1] | ($5,859.00) |
| Purchase | 11/5/2025 | 826.0000 | $21.0000 [1] | ($17,346.00) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 11/5/2025 | 28.0000 | $21.0000 [1] | ($588.00) |
| Purchase | 11/5/2025 | 3,867.0000 | $21.0000 [1] | ($81,207.00) |
| *Total Class Period Purchases* | | **5,000.0000** | | **($105,000.00)** |
| Retained Shares | | 5,000.0000 | $8.6800 [4] | $43,400.00 |

**Maria Patricia Román Declara - FIFO/LIFO Gain/(Loss) Based on Section 11 of the Securities Act:** **($61,600.00)**

Maria Patricia Román Declara - FIFO/LIFO Based on Section 10(b) of the Exchange Act - Fermi Common Stock

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 11/5/2025 | 279.0000 | $27.0500 | ($7,546.95) |
| Purchase | 11/5/2025 | 826.0000 | $27.2318 | ($22,493.50) |
| Purchase | 11/5/2025 | 28.0000 | $27.3000 | ($764.40) |
| Purchase | 11/5/2025 | 3,867.0000 | $27.3200 | ($105,646.44) |
| *Total Class Period Purchases* | | **5,000.0000** | | **($136,451.29)** |
| Retained Shares | | 5,000.0000 | $9.1283 [6] | $45,641.67 |

**Maria Patricia Román Declara - FIFO/LIFO Gain/(Loss) Based on Section 10(b) of the Exchange Act:** **($90,809.62)**

---

**Ever Capital Investments S.V., S.A. and Maria Patricia Román Declara - Total FIFO Gain/(Loss) Based on Section 11 of the Securities Act:** **($85,369.78)**

**Ever Capital Investments S.V., S.A. and Maria Patricia Román Declara - Total LIFO Gain/(Loss) Based on Section 11 of the Securities Act:** **($132,355.78)**

**Ever Capital Investments S.V., S.A. and Maria Patricia Román Declara - Total FIFO Gain/(Loss) Based on Section 10(b) of the Exchange Act:** **($346,757.41)**

**Ever Capital Investments S.V., S.A. and Maria Patricia Román Declara - Total LIFO Gain/(Loss) Based on Section 10(b) of the Exchange Act:** **($384,776.75)**

---

[1] *Ever Capital Investments S.V., S.A. and Maria Patricia Román Declara purchased Fermi shares at prices above the IPO price of $21.00 per share. For purposes of this damage calculation, any shares purchased at a price higher than the offering price of $21.00 are valued at $21.00 per share pursuant to Section 11 of the Securities Act of 1933 (the "Securities Act").*

[2] *Ever Capital Investments S.V., S.A. sold 20,000 Fermi shares after the Class Period on February 25, 2026. On a FIFO basis, this sale matches shares purchased during the Class Period. On a LIFO basis, this sale matches 20,000 Fermi shares purchased after the Class Period on February 12, 2026, and have been excluded from the analysis.*

[3] *Sales occurring after January 5, 2026, the date the suit alleging Securities Act claims was filed, are valued at the maximum of the actual sale price and $8.68, the close price as of the date the suit was filed.*

[4] *Pursuant to Section 11 of the Securities Act, retained Fermi shares are valued at the close price on January 5, 2026, the date the suit alleging Securities Act claims was filed.*

[5] *Pursuant to Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), sales occurring during the 90-day lookback period are valued at the maximum of the actual sale price and the average price on the date of sale.*

[6] *Pursuant to Section 10(b) of the Exchange Act , retained shares are valued at the average price from December 12, 2025 to March 6, 2026.*