UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE LUPIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FERMI INC., TOBY NEUGEBAUER, MILES EVERSON, GRIFFIN PERRY, JACOBO ORTIZ, MARIUS HAAS, RICK PERRY, CORDEL ROBBIN-COKER, LEE MCINTIRE, UBS SECURITIES LLC, EVERCORE GROUP L.L.C., CANTOR FITZGERALD & CO., MIZUHO SECURITIES USA LLC, MACQUARIE CAPITAL (USA) INC., ROTHSCHILD & CO US INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, TRUIST SECURITIES, INC., BERENBERG CAPITAL MARKETS LLC, and PANMURE LIBERUM LIMITED,<br><br>Defendants. | Case No. 1:26-cv-00050 (MKV) (RWL) |

**NOTICE OF NON-OPPOSITION OF DANIEL ENRIQUE-SARANO TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

On March 6, 2026, Daniel Enrique-Sarano ("Sarano"), by and through his counsel, filed a motion with this Court, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1, *et seq*. and 15 U.S.C. § 78u-4, *et seq*. (the "PSLRA"), for an Order: (1) appointing Sarano as Lead Plaintiff in the above-captioned action; (2) approving Sarano's selection of Wolf Popper LLP as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper. *See* ECF No. 11-13.

- 2 -

The PSLRA provides a rebuttable presumption that the "most adequate plaintiff" to represent the interests of class members is the movant that has "the largest financial interest in the relief sought by the class" and "otherwise satisfies the requirements of Rule 23." 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I), 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions for appointment as lead plaintiff filed by other putative class members, it appears that Sarano does not possess "the largest financial interest in the relief sought by the class" under the *Lax/Olsten* Factors used by courts in this Circuit. Accordingly, Sarano does not oppose the competing motions.

Sarano reserves all rights as a member of the putative class and to share in any recovery obtained in this action for the benefit of the class members.

Dated: March 17, 2026
      New York, NY

Respectfully submitted,

**WOLF POPPER LLP**

*/s/ Joshua W. Ruthizer*
Robert C. Finkel
rfinkel@wolfpopper.com
Joshua W. Ruthizer
jruthizer@wolfpopper.com
Adam Savett
asavett@wolfpopper.com
570 Lexington Avenue, 19th Floor
New York, New York 10022
Telephone: (212) 759-4600

*Attorneys for Movant Daniel Enrique-Sarano*
*and Proposed Lead Counsel for the Class*

- 2 -