# Exhibit A

<u>AMENDED CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW</u>

I ("Plaintiff") declare as to the claims asserted under the federal securities laws, that:

1.      I have reviewed a complaint filed in this matter, adopt the allegations as my own, and have authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities law.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      I am filing this Amended Certification to include certain transactions in derivative option contracts executed during the Class Period. These transactions were inadvertently omitted from my initial certification filed on March 6, 2026.

5.      This omission was identified the evening of March 18, 2026, during a status update and case review call with my counsel. Prior to that discussion, I did not understand that the PSLRA's disclosure requirements for transactions in the relevant security extended to derivative option contracts. This omission was unintentional. Immediately upon clarifying the scope of the disclosure requirements with my counsel, I moved to provide the complete trading data. I hereby certify that the attached Schedule A now reflects all of my transactions in Fermi securities, including both common stock and option contracts, during the Class Period.

6.      During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in any action filed under the federal securities laws.

7.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 19, 2026                    By _____
                                                        Signed by:
                                                        *Joseph Stella*
                                                        6D5B68D1A1C8490...
                                            JOSEPH STELLA

# SCHEDULE A

**Joseph Stella - Fermi Inc. (FRMI) Transactions**
**Section 10(b) Damages**
**Class Period 10/01/25 - 12/11/25**

**Common Stock**

| | PURCHASES | | | | SALES | |
| Date | Shares | Share Price | | Date | Shares | Share Price |
|---|---|---|---|---|---|---|
| 11/21/25 | 84,300 | $15.0000 Put Assignment | | | | |

**FRMI251017C00030000**

| | PURCHASES | | | | SALES | | |
| Date | Contracts | Contract Price | | Date | Contracts | Contract Price | |
|---|---|---|---|---|---|---|---|
| | | | | 10/17/25 | 10 | $0.0500 | Expired |
| | | | | 10/17/25 | 10 | $0.0500 | Expired |
| | | | | 10/17/25 | 10 | $0.0500 | Expired |
| | | | | 10/17/25 | 2 | $0.0500 | Expired |
| | | | | 10/17/25 | 5 | $0.0500 | Expired |
| | | | | 10/17/25 | 2 | $0.0500 | Expired |
| | | | | 10/17/25 | 10 | $0.0500 | Expired |
| | | | | 10/17/25 | 10 | $0.0500 | Expired |
| | | | | 10/17/25 | 2 | $0.0500 | Expired |
| | | | | 10/17/25 | 10 | $0.0500 | Expired |
| | | | | 10/17/25 | 10 | $0.0500 | Expired |

**FRMI251121C00040000**

| | PURCHASES | | | | SALES | | |
| Date | Contracts | Contract Price | | Date | Contracts | Contract Price | |
|---|---|---|---|---|---|---|---|
| | | | | 10/23/25 | 46 | $0.6800 | Expired |
| | | | | 10/23/25 | 1 | $0.6500 | Expired |
| | | | | 10/23/25 | 1 | $0.6500 | Expired |
| | | | | 10/23/25 | 1 | $0.6700 | Expired |
| | | | | 10/23/25 | 1 | $0.6700 | Expired |
| | | | | 10/23/25 | 50 | $0.6900 | Expired |
| | | | | 10/23/25 | 1 | $0.6600 | Expired |
| | | | | 10/23/25 | 1 | $0.6600 | Expired |
| | | | | 10/23/25 | 1 | $0.6500 | Expired |
| | | | | 10/23/25 | 1 | $0.6700 | Expired |
| | | | | 10/23/25 | 1 | $0.6500 | Expired |
| | | | | 10/23/25 | 50 | $0.6516 | Expired |
| | | | | 10/23/25 | 45 | $0.6509 | Expired |

**FRMI251121C00025000**

| | PURCHASES | | | | SALES | | |
| Date | Contracts | Contract Price | | Date | Contracts | Contract Price | |
|---|---|---|---|---|---|---|---|
| | | | | 11/17/25 | 3 | $0.1500 | Expired |
| | | | | 11/17/25 | 26 | $0.1200 | Expired |
| | | | | 11/17/25 | 10 | $0.1500 | Expired |
| | | | | 11/17/25 | 1 | $0.1500 | Expired |
| | | | | 11/17/25 | 1 | $0.1500 | Expired |
| | | | | 11/17/25 | 27 | $0.1000 | Expired |
| | | | | 11/17/25 | 10 | $0.1600 | Expired |
| | | | | 11/17/25 | 10 | $0.1500 | Expired |
| | | | | 11/17/25 | 10 | $0.1500 | Expired |
| | | | | 11/17/25 | 1 | $0.1400 | Expired |
| | | | | 11/17/25 | 1 | $0.1100 | Expired |
| | | | | 11/17/25 | 6 | $0.1000 | Expired |
| | | | | 11/17/25 | 2 | $0.1000 | Expired |
| | | | | 11/17/25 | 1 | $0.1100 | Expired |
| | | | | 11/17/25 | 10 | $0.1500 | Expired |
| | | | | 11/17/25 | 2 | $0.1500 | Expired |
| | | | | 11/17/25 | 18 | $0.1000 | Expired |
| | | | | 11/17/25 | 10 | $0.1500 | Expired |
| | | | | 11/17/25 | 25 | $0.1500 | Expired |
| | | | | 11/17/25 | 10 | $0.1600 | Expired |

| Date | Contracts | Contract Price | Status |
|---|---|---|---|
| 11/17/25 | 10 | $0.1400 | Expired |
| 11/17/25 | 2 | $0.1000 | Expired |
| 11/17/25 | 1 | $0.1500 | Expired |
| 11/17/25 | 2 | $0.1500 | Expired |
| 11/17/25 | 1 | $0.1400 | Expired |
| 11/17/25 | 10 | $0.1500 | Expired |
| 11/17/25 | 12 | $0.1000 | Expired |
| 11/17/25 | 11 | $0.1000 | Expired |
| 11/17/25 | 10 | $0.1500 | Expired |
| 11/17/25 | 10 | $0.1500 | Expired |
| 11/17/25 | 10 | $0.1500 | Expired |
| 11/17/25 | 3 | $0.1500 | Expired |
| 11/17/25 | 15 | $0.1500 | Expired |
| 11/17/25 | 20 | $0.1400 | Expired |

**FRMI251121P00015000**

| PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|
| Date | Contracts | Contract Price | | Date | Contracts | Contract Price |
| 11/21/25 | 100 | $0.4500 | | 11/04/25 | 1 | $0.2700 |
| | | | | 11/04/25 | 1 | $0.2600 |
| | | | | 11/04/25 | 3 | $0.3000 |
| | | | | 11/04/25 | 1 | $0.2700 |
| | | | | 11/04/25 | 1 | $0.2600 |
| | | | | 11/04/25 | 1 | $0.2700 |
| | | | | 11/04/25 | 1 | $0.2800 |
| | | | | 11/04/25 | 1 | $0.2700 |
| | | | | 11/05/25 | 1 | $0.2500 |
| | | | | 11/05/25 | 1 | $0.2500 |
| | | | | 11/06/25 | 1 | $0.2400 |
| | | | | 11/07/25 | 1 | $0.2500 |
| | | | | 11/12/25 | 4 | $0.1600 |
| | | | | 11/12/25 | 2 | $0.1500 |
| | | | | 11/12/25 | 40 | $0.1400 |
| | | | | 11/12/25 | 1 | $0.1600 |
| | | | | 11/12/25 | 40 | $0.1500 |
| | | | | 11/12/25 | 9 | $0.1400 |
| | | | | 11/12/25 | 1 | $0.1400 |
| | | | | 11/12/25 | 4 | $0.1600 |
| | | | | 11/12/25 | 4 | $0.1600 |
| | | | | 11/12/25 | 2 | $0.1600 |
| | | | | 11/12/25 | 100 | $0.1543 |
| | | | | 11/12/25 | 100 | $0.1500 |
| | | | | 11/12/25 | 1 | $0.1700 |
| | | | | 11/12/25 | 21 | $0.1700 |
| | | | | 11/12/25 | 2 | $0.1600 |
| | | | | 11/12/25 | 1 | $0.1600 |
| | | | | 11/12/25 | 40 | $0.1400 |
| | | | | 11/12/25 | 20 | $0.1500 |
| | | | | 11/12/25 | 20 | $0.1500 |
| | | | | 11/12/25 | 20 | $0.1400 |
| | | | | 11/12/25 | 1 | $0.1600 |
| | | | | 11/12/25 | 1 | $0.1600 |
| | | | | 11/12/25 | 1 | $0.1500 |
| | | | | 11/12/25 | 1 | $0.1600 |
| | | | | 11/12/25 | 1 | $0.1600 |
| | | | | 11/12/25 | 1 | $0.1600 |
| | | | | 11/12/25 | 100 | $0.1600 |
| | | | | 11/12/25 | 100 | $0.1500 |
| | | | | 11/12/25 | 100 | $0.1510 |
| | | | | 11/12/25 | 20 | $0.1400 |
| | | | | 11/12/25 | 9 | $0.1400 |
| | | | | 11/12/25 | 4 | $0.1500 |
| | | | | 11/12/25 | 1 | $0.1600 |
| | | | | 11/12/25 | 1 | $0.1600 |
| | | | | 11/12/25 | 100 | $0.1500 |
| | | | | 11/12/25 | 21 | $0.1800 |
| | | | | 11/12/25 | 21 | $0.1500 |
| | | | | 11/12/25 | 2 | $0.1400 |
| | | | | 11/12/25 | 2 | $0.1600 |
| | | | | 11/12/25 | 1 | $0.1400 |
| | | | | 11/12/25 | 1 | $0.1600 |
| | | | | 11/12/25 | 1 | $0.1600 |
| | | | | 11/12/25 | 1 | $0.1400 |
| | | | | 11/12/25 | 4 | $0.1500 |

| Date | Contracts | Contract Price |
|---|---|---|
| 11/13/25 | 1 | $0.1600 |
| 11/13/25 | 1 | $0.1900 |

### FRMI251121P00012500

| | **P U R C H A S E S** | | | | **S A L E S** | | |
|---|---|---|---|---|---|---|---|
| **Date** | **Contracts** | **Contract Price** | | **Date** | **Contracts** | **Contract Price** | |
| | | | | 11/03/25 | 1 | $0.1200 | Expired |
| | | | | 11/03/25 | 1 | $0.1100 | Expired |
| | | | | 11/03/25 | 1 | $0.1200 | Expired |
| | | | | 11/03/25 | 1 | $0.1100 | Expired |
| | | | | 11/03/25 | 1 | $0.1100 | Expired |
| | | | | 11/03/25 | 1 | $0.1200 | Expired |
| | | | | 11/03/25 | 4 | $0.1100 | Expired |
| | | | | 11/03/25 | 4 | $0.1100 | Expired |
| | | | | 11/03/25 | 2 | $0.1100 | Expired |
| | | | | 11/03/25 | 2 | $0.1100 | Expired |
| | | | | 11/03/25 | 1 | $0.1200 | Expired |
| | | | | 11/03/25 | 4 | $0.1100 | Expired |
| | | | | 11/03/25 | 1 | $0.1100 | Expired |

### FRMI251219C00025000

| | **P U R C H A S E S** | | | | **S A L E S** | | |
|---|---|---|---|---|---|---|---|
| **Date** | **Contracts** | **Contract Price** | | **Date** | **Contracts** | **Contract Price** | |
| | | | | 11/26/25 | 1 | $0.2800 | Expired |
| | | | | 12/01/25 | 1 | $0.3000 | Expired |
| | | | | 12/09/25 | 1 | $0.1000 | Expired |
| | | | | 12/09/25 | 1 | $0.1100 | Expired |
| | | | | 12/09/25 | 200 | $0.1000 | Expired |
| | | | | 12/09/25 | 92 | $0.1000 | Expired |
| | | | | 12/09/25 | 69 | $0.1000 | Expired |
| | | | | 12/09/25 | 62 | $0.1000 | Expired |
| | | | | 12/09/25 | 24 | $0.1000 | Expired |
| | | | | 12/09/25 | 67 | $0.1000 | Expired |
| | | | | 12/09/25 | 50 | $0.1000 | Expired |
| | | | | 12/09/25 | 24 | $0.1000 | Expired |
| | | | | 12/09/25 | 38 | $0.1000 | Expired |
| | | | | 12/09/25 | 10 | $0.1100 | Expired |
| | | | | 12/09/25 | 1 | $0.1100 | Expired |

### FRMI251219C00022500

| | **P U R C H A S E S** | | | | **S A L E S** | | |
|---|---|---|---|---|---|---|---|
| **Date** | **Contracts** | **Contract Price** | | **Date** | **Contracts** | **Contract Price** | |
| | | | | 12/10/25 | 52 | $0.1500 | Expired |
| | | | | 12/10/25 | 13 | $0.1500 | Expired |
| | | | | 12/10/25 | 34 | $0.1700 | Expired |
| | | | | 12/10/25 | 10 | $0.1500 | Expired |
| | | | | 12/10/25 | 50 | $0.1556 | Expired |
| | | | | 12/10/25 | 41 | $0.1600 | Expired |
| | | | | 12/10/25 | 1 | $0.1500 | Expired |
| | | | | 12/10/25 | 1 | $0.1600 | Expired |