# Exhibit B

**Loss Analysis for Joseph Stella - Fermi Inc. (FRMI)**
**Section 11(e) Statutory Damages (LIFO)**
**Pursuant and/or traceable to the Registration Statement and Prospectus issued in connection with Fermi's October 2025 IPO**

| | |
|---|---|
| Offering Price (POP) | $21.00 |
| Suit Filing Date | 01/05/2026 |
| Value on Suit Date (V_suit) — e.g., close | $8.68 |

| Date Purchased | #Shares | Share Price | Amount Paid | Date Sold | #Shares | Share Price | Amount Received |
|---|---|---|---|---|---|---|---|
| 11/21/2025 | 84300 | $15.00 | $1,264,500.00 | | | | |

**Remaining (held) damages by purchase lot**

| RevBuy# | Remaining Shares | CapPaid | Per-Share Dam (CapPaid - V_suit, floored at 0) | Damages |
|---|---|---|---|---|
| 1 | 84300 | $15.00 | $6.32 | $532,776.00 |

**Summary**

| | |
|---|---|
| Total Matched Sold Shares | 0 |
| Total Buy Shares (eligible) | 84300 |
| Total Sell Shares (eligible) | 0 |
| Unmatched/Remaining Shares (held) | 84300 |
| | |
| Total Damages on Sold Shares | **$0.00** |
| Total Damages on Remaining (Held at Suit) | **$532,776.00** |
| | |
| **TOTAL STATUTORY DAMAGES** | **$532,776.00** |

**Loss Analysis for Joseph Stella - Fermi Inc. (FRMI)**
**Section 10(b) Damages**
**Class Period 10/01/25 - 12/11/25**

| | Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) |
|---|---|---|
| Common Stock | $494,981.50 | $494,981.50 |
| FRMI251219C00022500 | -$3,168.00 | -$3,168.00 |
| FRMI251219C00025000 | -$6,460.00 | -$6,460.00 |
| FRMI251121P00012500 | -$268.00 | -$268.00 |
| FRMI251121P00015000 | -$9,963.00 | -$9,963.00 |
| FRMI251121C00025000 | -$4,027.00 | -$4,027.00 |
| FRMI251121C00040000 | -$13,358.00 | -$13,358.00 |
| FRMI251017C00030000 | -$405.00 | -$405.00 |
| | **$457,332.50** | **$457,332.50** |

**Loss Analysis for Joseph Stella - Fermi Inc. (FRMI)**
**Section 10(b) Damages**
**Class Period 10/01/25 - 12/11/25**
**Common Stock**



| | PURCHASES | | | | | | SALES | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | | |
| Class Period | 11/21/25 | 84,300 | $15.0000 | *Put Assignment | $1,264,500.00 | | | | | |
| Purchases | | | | | | | | | | |
| Post Class Purchases | | | | | | Post Class Sales | | | | |

*251121P00015000 Assigned on Expiration Date for 843 Contracts

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 84,300 | Total Amt. Paid in CP | $1,264,500.00 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |

Total Shares Acquired in CP  84,300    Total Amt. Paid in CP  $1,264,500.00    Total Shares Sold in CP  0    Total Amt. Sold in CP  $0.00
Post CP Shares Sold  0    Post CP Amount Sold  $0.00
Total Shares Sold to Current  0    Total Amt. Sold to Current  $0.00 ALTERNATIVE

Actual Net Shares Acquired in CP  84,300  (CP Retained Shares)

Net Amount Paid  in CP  $1,264,500.00
Net Amount Paid in CP Minus Sold to Current Date  $1,264,500.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares)  84,300  Automatically 0 if Negative
Net  Shares Acquired During Class Period Held to Current Date  84,300  Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP  $9.13

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price  $769,518.50
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price  $769,518.50 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price  $494,981.50 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)  $494,981.50
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)  $494,981.50 ALTERNATIVE

**Loss Analysis for Joseph Stella - Fermi Inc. (FRMI)**
**Section 10(b) Damages**
**Class Period 10/01/25 - 12/11/25**
**FRMI251017C00030000**

| | PURCHASES | | | | | SALES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Contracts | Contract Price | Amount Paid | | Date | Contracts | Contract Price | | Amount Received |
| Pre-Class Held | | | | | | | | | | |
| Class Period | | | | | | 10/17/25 | 10 | $0.0500 | Expired | $50.00 |
| Purchases | | | | | | 10/17/25 | 10 | $0.0500 | Expired | $50.00 |
| | | | | | | 10/17/25 | 10 | $0.0500 | Expired | $50.00 |
| | | | | | | 10/17/25 | 2 | $0.0500 | Expired | $10.00 |
| | | | | | | 10/17/25 | 5 | $0.0500 | Expired | $25.00 |
| | | | | | | 10/17/25 | 2 | $0.0500 | Expired | $10.00 |
| | | | | | | 10/17/25 | 10 | $0.0500 | Expired | $50.00 |
| | | | | | | 10/17/25 | 10 | $0.0500 | Expired | $50.00 |
| | | | | | | 10/17/25 | 2 | $0.0500 | Expired | $10.00 |
| | | | | | | 10/17/25 | 10 | $0.0500 | Expired | $50.00 |
| | | | | | | 10/17/25 | 10 | $0.0500 | Expired | $50.00 |
| Post Class | | | | | Post Class | | | | | |
| Purchases | | | | | Sales | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Shares Acquired in CP | 0 | Total Amt. Paid in CP | $0.00 | Total Shares Sold in CP | 81 | Total Amt. Sold in CP | $405.00 |

Post CP Shares Sold: 0 — Post CP Amount Sold: $0.00
Total Shares Sold to Current: 81 — Total Amt. Sold to Current: $405.00 **ALTERNATIVE**

Actual Net Shares Acquired in CP: (81) (CP Retained Shares)

Net Amount Paid in CP: -$405.00
Net Amount Paid in CP Minus Sold to Current Date: -$405.00 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares): 0 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date: 0 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP: $0.00

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price: $0.00
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price: $0.00 **ALTERNATIVE**
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price: -$405.00 **ALTERNATIVE**

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price): -$405.00
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP): -$405.00 **ALTERNATIVE**

**Loss Analysis for Joseph Stella - Fermi Inc. (FRMI)**
**Section 10(b) Damages**
**Class Period 10/01/25 - 12/11/25**
**FRMI251121C00040000**

| | PURCHASES | | | | | SALES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Contracts | Contract Price | Amount Paid | | Date | Contracts | Contract Price | | Amount Received |
| Pre-Class Held | | | | | | | | | | |
| Class Period | | | | | | 10/23/25 | 46 | $0.6800 | Expired | $3,128.00 |
| Purchases | | | | | | 10/23/25 | 1 | $0.6500 | Expired | $65.00 |
| | | | | | | 10/23/25 | 1 | $0.6500 | Expired | $65.00 |
| | | | | | | 10/23/25 | 1 | $0.6700 | Expired | $67.00 |
| | | | | | | 10/23/25 | 1 | $0.6700 | Expired | $67.00 |
| | | | | | | 10/23/25 | 50 | $0.6900 | Expired | $3,450.00 |
| | | | | | | 10/23/25 | 1 | $0.6600 | Expired | $66.00 |
| | | | | | | 10/23/25 | 1 | $0.6600 | Expired | $66.00 |
| | | | | | | 10/23/25 | 1 | $0.6500 | Expired | $65.00 |
| | | | | | | 10/23/25 | 1 | $0.6700 | Expired | $67.00 |
| | | | | | | 10/23/25 | 1 | $0.6500 | Expired | $65.00 |
| | | | | | | 10/23/25 | 50 | $0.6516 | Expired | $3,258.00 |
| | | | | | | 10/23/25 | 45 | $0.6509 | Expired | $2,929.00 |
| Post Class | | | | | Post Class | | | | | |
| Purchases | | | | | Sales | | | | | |

| | | | |
|---|---|---|---|
| Total Shares Acquired in CP | 0 | Total Amt. Paid in CP | $0.00 |

| | | | | |
|---|---|---|---|---|
| Total Shares Sold in CP | 200 | Total Amt. Sold in CP | $13,358.00 | |
| Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 | |
| Total Shares Sold to Current | 200 | Total Amt. Sold to Current | $13,358.00 | ALTERNATIVE |

Actual Net Shares Acquired in CP | (200) | (CP Retained Shares)

| | | |
|---|---|---|
| Net Amount Paid in CP | -$13,358.00 | |
| Net Amount Paid in CP Minus Sold to Current Date | -$13,358.00 | ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 0 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 0 | Automatically 0 if Negative (ALTERNATIVE) |

90-Day Mean Share Price after last Day of CP | $0.00

| | | |
|---|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $0.00 | |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $0.00 | ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | -$13,358.00 | ALTERNATIVE |

| | | |
|---|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | -$13,358.00 | |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | -$13,358.00 | ALTERNATIVE |

**Loss Analysis for Joseph Stella - Fermi Inc. (FRMI)**
**Section 10(b) Damages**
**Class Period 10/01/25 - 12/11/25**
**FRMI251121C00025000**

### PURCHASES

| | Date | Contracts | Contract Price | Amount Paid |
|---|---|---|---|---|
| Pre-Class Held | | | | |
| Class Period Purchases | | | | |

### SALES

| Date | Contracts | Contract Price | | Amount Received |
|---|---|---|---|---|
| 11/17/25 | 3 | $0.1500 | Expired | $45.00 |
| 11/17/25 | 26 | $0.1200 | Expired | $312.00 |
| 11/17/25 | 10 | $0.1500 | Expired | $150.00 |
| 11/17/25 | 1 | $0.1500 | Expired | $15.00 |
| 11/17/25 | 1 | $0.1500 | Expired | $15.00 |
| 11/17/25 | 27 | $0.1000 | Expired | $270.00 |
| 11/17/25 | 10 | $0.1600 | Expired | $160.00 |
| 11/17/25 | 10 | $0.1500 | Expired | $150.00 |
| 11/17/25 | 10 | $0.1500 | Expired | $150.00 |
| 11/17/25 | 1 | $0.1400 | Expired | $14.00 |
| 11/17/25 | 1 | $0.1100 | Expired | $11.00 |
| 11/17/25 | 6 | $0.1000 | Expired | $60.00 |
| 11/17/25 | 2 | $0.1000 | Expired | $20.00 |
| 11/17/25 | 1 | $0.1100 | Expired | $11.00 |
| 11/17/25 | 10 | $0.1500 | Expired | $150.00 |
| 11/17/25 | 2 | $0.1500 | Expired | $30.00 |
| 11/17/25 | 18 | $0.1000 | Expired | $180.00 |
| 11/17/25 | 10 | $0.1500 | Expired | $150.00 |
| 11/17/25 | 25 | $0.1500 | Expired | $375.00 |
| 11/17/25 | 10 | $0.1600 | Expired | $160.00 |
| 11/17/25 | 10 | $0.1400 | Expired | $140.00 |
| 11/17/25 | 2 | $0.1000 | Expired | $20.00 |
| 11/17/25 | 1 | $0.1500 | Expired | $15.00 |
| 11/17/25 | 2 | $0.1500 | Expired | $30.00 |
| 11/17/25 | 1 | $0.1400 | Expired | $14.00 |
| 11/17/25 | 10 | $0.1500 | Expired | $150.00 |
| 11/17/25 | 12 | $0.1000 | Expired | $120.00 |
| 11/17/25 | 11 | $0.1000 | Expired | $110.00 |
| 11/17/25 | 10 | $0.1500 | Expired | $150.00 |
| 11/17/25 | 10 | $0.1500 | Expired | $150.00 |
| 11/17/25 | 10 | $0.1500 | Expired | $150.00 |
| 11/17/25 | 3 | $0.1500 | Expired | $45.00 |
| 11/17/25 | 15 | $0.1500 | Expired | $225.00 |
| 11/17/25 | 20 | $0.1400 | Expired | $280.00 |

| | Date | Contracts | Contract Price | Amount Paid | | Date | Contracts | Contract Price | | Amount Received |
|---|---|---|---|---|---|---|---|---|---|---|
| Post Class Purchases | | | | | Post Class Sales | | | | | |

| | | | |
|---|---|---|---|
| **Total Shares Acquired in CP** | 0 | **Total Amt. Paid in CP** | $0.00 |

| | | | | |
|---|---|---|---|---|
| **Total Shares Sold in CP** | 301 | **Total Amt. Sold in CP** | $4,027.00 | |
| **Post CP Shares Sold** | 0 | **Post CP Amount Sold** | $0.00 | |
| **Total Shares Sold to Current** | 301 | **Total Amt. Sold to Current** | $4,027.00 | ALTERNATIVE |

**Actual Net Shares Acquired in CP** (301) **(CP Retained Shares)**

**Net Amount Paid in CP** -$4,027.00
**Net Amount Paid in CP Minus Sold to Current Date** -$4,027.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**
**Net Shares Acquired in CP (CP Retained Shares)** 0 Automatically 0 if Negative
**Net Shares Acquired During Class Period Held to Current Date** 0 Automatically 0 if Negative (ALTERNATIVE)

**90-Day Mean Share Price after last Day of CP** $0.00

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** $0.00
**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** $0.00 ALTERNATIVE
**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** -$4,027.00 ALTERNATIVE

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** -$4,027.00
**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** -$4,027.00 ALTERNATIVE

**Loss Analysis for Joseph Stella - Fermi Inc. (FRMI)**
**Section 10(b) Damages**
**Class Period 10/01/25 - 12/11/25**
**FRMI251121P00015000**

| | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|
| Date | Contracts | Contract Price | | Amount Paid | Date | Contracts | Contract Price | Amount Received |
| **Pre-Class Held** | | | | | | | | |
| **Class Period** 11/21/25 | 100 | $0.4500 | | $4,500.00 | 11/04/25 | 1 | $0.2700 | $27.00 |
| **Purchases** | | | | | 11/04/25 | 1 | $0.2600 | $26.00 |
| | | | | | 11/04/25 | 3 | $0.3000 | $90.00 |
| | | | | | 11/04/25 | 1 | $0.2700 | $27.00 |
| | | | | | 11/04/25 | 1 | $0.2600 | $26.00 |
| | | | | | 11/04/25 | 1 | $0.2700 | $27.00 |
| | | | | | 11/04/25 | 1 | $0.2800 | $28.00 |
| | | | | | 11/04/25 | 1 | $0.2700 | $27.00 |
| | | | | | 11/05/25 | 1 | $0.2500 | $25.00 |
| | | | | | 11/05/25 | 1 | $0.2500 | $25.00 |
| | | | | | 11/06/25 | 1 | $0.2400 | $24.00 |
| | | | | | 11/07/25 | 1 | $0.2500 | $25.00 |
| | | | | | 11/12/25 | 4 | $0.1600 | $64.00 |
| | | | | | 11/12/25 | 2 | $0.1500 | $30.00 |
| | | | | | 11/12/25 | 40 | $0.1400 | $560.00 |
| | | | | | 11/12/25 | 1 | $0.1600 | $16.00 |
| | | | | | 11/12/25 | 40 | $0.1500 | $600.00 |
| | | | | | 11/12/25 | 9 | $0.1400 | $126.00 |
| | | | | | 11/12/25 | 1 | $0.1400 | $14.00 |
| | | | | | 11/12/25 | 4 | $0.1600 | $64.00 |
| | | | | | 11/12/25 | 4 | $0.1600 | $64.00 |
| | | | | | 11/12/25 | 2 | $0.1600 | $32.00 |
| | | | | | 11/12/25 | 100 | $0.1543 | $1,543.00 |
| | | | | | 11/12/25 | 100 | $0.1500 | $1,500.00 |
| | | | | | 11/12/25 | 1 | $0.1700 | $17.00 |
| | | | | | 11/12/25 | 21 | $0.1700 | $357.00 |
| | | | | | 11/12/25 | 2 | $0.1600 | $32.00 |
| | | | | | 11/12/25 | 1 | $0.1600 | $16.00 |
| | | | | | 11/12/25 | 40 | $0.1400 | $560.00 |
| | | | | | 11/12/25 | 20 | $0.1500 | $300.00 |
| | | | | | 11/12/25 | 20 | $0.1500 | $300.00 |
| | | | | | 11/12/25 | 20 | $0.1400 | $280.00 |
| | | | | | 11/12/25 | 1 | $0.1600 | $16.00 |
| | | | | | 11/12/25 | 1 | $0.1600 | $16.00 |
| | | | | | 11/12/25 | 1 | $0.1500 | $15.00 |
| | | | | | 11/12/25 | 1 | $0.1600 | $16.00 |
| | | | | | 11/12/25 | 1 | $0.1600 | $16.00 |
| | | | | | 11/12/25 | 1 | $0.1600 | $16.00 |
| | | | | | 11/12/25 | 100 | $0.1600 | $1,600.00 |
| | | | | | 11/12/25 | 100 | $0.1500 | $1,500.00 |
| | | | | | 11/12/25 | 100 | $0.1510 | $1,510.00 |
| | | | | | 11/12/25 | 20 | $0.1400 | $280.00 |
| | | | | | 11/12/25 | 9 | $0.1400 | $126.00 |
| | | | | | 11/12/25 | 4 | $0.1500 | $60.00 |
| | | | | | 11/12/25 | 1 | $0.1600 | $16.00 |
| | | | | | 11/12/25 | 1 | $0.1600 | $16.00 |
| | | | | | 11/12/25 | 100 | $0.1500 | $1,500.00 |
| | | | | | 11/12/25 | 21 | $0.1800 | $378.00 |
| | | | | | 11/12/25 | 21 | $0.1500 | $315.00 |
| | | | | | 11/12/25 | 2 | $0.1400 | $28.00 |
| | | | | | 11/12/25 | 2 | $0.1600 | $32.00 |
| | | | | | 11/12/25 | 1 | $0.1400 | $14.00 |
| | | | | | 11/12/25 | 1 | $0.1600 | $16.00 |
| | | | | | 11/12/25 | 1 | $0.1600 | $16.00 |
| | | | | | 11/12/25 | 1 | $0.1400 | $14.00 |
| | | | | | 11/12/25 | 4 | $0.1500 | $60.00 |
| | | | | | 11/13/25 | 1 | $0.1600 | $16.00 |
| | | | | | 11/13/25 | 1 | $0.1900 | $19.00 |
| **Post Class** | | | | | **Post Class** | | | |

| Purchases | | | | Sales | | | | |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Shares Acquired in CP | 100 | Total Amt. Paid in CP | $4,500.00 | Total Shares Sold in CP | 943 | Total Amt. Sold in CP | $14,463.00 | |
| | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 | |
| | | | | Total Shares Sold to Current | 943 | Total Amt. Sold to Current | $14,463.00 | ALTERNATIVE |

Actual Net Shares Acquired in CP (843) (CP Retained Shares)

Net Amount Paid in CP -$9,963.00
Net Amount Paid in CP Minus Sold to Current Date -$9,963.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares) 0 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date 0 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP $0.00

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price $0.00
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price $0.00 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price -$9,963.00 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) -$9,963.00
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) -$9,963.00 ALTERNATIVE

**Loss Analysis for Joseph Stella - Fermi Inc. (FRMI)**
**Section 10(b) Damages**
**Class Period 10/01/25 - 12/11/25**
**FRMI251121P00012500**

| | PURCHASES | | | | | SALES | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Contracts | Contract Price | Amount Paid | | Date | Contracts | Contract Price | | Amount Received |
| Pre-Class Held | | | | | | | | | | |
| Class Period | | | | | | 11/03/25 | 1 | $0.1200 | Expired | $12.00 |
| Purchases | | | | | | 11/03/25 | 1 | $0.1100 | Expired | $11.00 |
| | | | | | | 11/03/25 | 1 | $0.1200 | Expired | $12.00 |
| | | | | | | 11/03/25 | 1 | $0.1100 | Expired | $11.00 |
| | | | | | | 11/03/25 | 1 | $0.1100 | Expired | $11.00 |
| | | | | | | 11/03/25 | 1 | $0.1200 | Expired | $12.00 |
| | | | | | | 11/03/25 | 4 | $0.1100 | Expired | $44.00 |
| | | | | | | 11/03/25 | 4 | $0.1100 | Expired | $44.00 |
| | | | | | | 11/03/25 | 2 | $0.1100 | Expired | $22.00 |
| | | | | | | 11/03/25 | 2 | $0.1100 | Expired | $22.00 |
| | | | | | | 11/03/25 | 1 | $0.1200 | Expired | $12.00 |
| | | | | | | 11/03/25 | 4 | $0.1100 | Expired | $44.00 |
| | | | | | | 11/03/25 | 1 | $0.1100 | Expired | $11.00 |
| Post Class Purchases | | | | | Post Class Sales | | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 0 | Total Amt. Paid in CP | $0.00 | |
| | | Total Shares Sold in CP | 24 | Total Amt. Sold in CP | $268.00 |
| | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| | | Total Shares Sold to Current | 24 | Total Amt. Sold to Current | $268.00 ALTERNATIVE |

Actual Net Shares Acquired in CP   (24) (CP Retained Shares)

Net Amount Paid  in CP   -$268.00
Net Amount Paid in CP Minus Sold to Current Date   -$268.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)   0 Automatically 0 if Negative
Net  Shares Acquired During Class Period Held to Current Date   0 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP   $0.00

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price   $0.00
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price   $0.00 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price   -$268.00 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)   -$268.00
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)   -$268.00 ALTERNATIVE

**Loss Analysis for Joseph Stella - Fermi Inc. (FRMI)**
**Section 10(b) Damages**
**Class Period 10/01/25 - 12/11/25**
**FRMI251219C00025000**

| | **PURCHASES** | | | | **SALES** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Contracts | Contract Price | Amount Paid | Date | Contracts | Contract Price | | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | | | | | 11/26/25 | 1 | $0.2800 | Expired | $28.00 |
| Purchases | | | | | 12/01/25 | 1 | $0.3000 | Expired | $30.00 |
| | | | | | 12/09/25 | 1 | $0.1000 | Expired | $10.00 |
| | | | | | 12/09/25 | 1 | $0.1100 | Expired | $11.00 |
| | | | | | 12/09/25 | 200 | $0.1000 | Expired | $2,000.00 |
| | | | | | 12/09/25 | 92 | $0.1000 | Expired | $920.00 |
| | | | | | 12/09/25 | 69 | $0.1000 | Expired | $690.00 |
| | | | | | 12/09/25 | 62 | $0.1000 | Expired | $620.00 |
| | | | | | 12/09/25 | 24 | $0.1000 | Expired | $240.00 |
| | | | | | 12/09/25 | 67 | $0.1000 | Expired | $670.00 |
| | | | | | 12/09/25 | 50 | $0.1000 | Expired | $500.00 |
| | | | | | 12/09/25 | 24 | $0.1000 | Expired | $240.00 |
| | | | | | 12/09/25 | 38 | $0.1000 | Expired | $380.00 |
| | | | | | 12/09/25 | 10 | $0.1100 | Expired | $110.00 |
| | | | | | 12/09/25 | 1 | $0.1100 | Expired | $11.00 |
| Post Class | | | | | Post Class | | | | |
| Purchases | | | | | Sales | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Total Shares Acquired in CP** | 0 | **Total Amt. Paid in CP** | $0.00 | | |
| | | | | **Total Shares Sold in CP** 641 | **Total Amt. Sold in CP** $6,460.00 |
| | | | | **Post CP Shares Sold** 0 | **Post CP Amount Sold** $0.00 |
| | | | | **Total Shares Sold to Current** 641 | **Total Amt. Sold to Current** $6,460.00 **ALTERNATIVE** |

**Actual Net Shares Acquired in CP** (641) **(CP Retained Shares)**

**Net Amount Paid in CP** -$6,460.00
**Net Amount Paid in CP Minus Sold to Current Date** -$6,460.00 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**
**Net Shares Acquired in CP (CP Retained Shares)** 0 Automatically 0 if Negative
**Net Shares Acquired During Class Period Held to Current Date** 0 Automatically 0 if Negative (ALTERNATIVE)

**90-Day Mean Share Price after last Day of CP** $0.00

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** $0.00
**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** $0.00 **ALTERNATIVE**
**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** -$6,460.00 **ALTERNATIVE**

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** -$6,460.00
**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** -$6,460.00 **ALTERNATIVE**

**Loss Analysis for Joseph Stella - Fermi Inc. (FRMI)**
**Section 10(b) Damages**
**Class Period 10/01/25 - 12/11/25**
**FRMI251219C00022500**

| | **PURCHASES** | | | | | **SALES** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Contracts | Contract Price | Amount Paid | | Date | Contracts | Contract Price | | Amount Received |
| **Pre-Class Held** | | | | | | | | | | |
| **Class Period** | | | | | | 12/10/25 | 52 | $0.1500 | Expired | $780.00 |
| **Purchases** | | | | | | 12/10/25 | 13 | $0.1500 | Expired | $195.00 |
| | | | | | | 12/10/25 | 34 | $0.1700 | Expired | $578.00 |
| | | | | | | 12/10/25 | 10 | $0.1500 | Expired | $150.00 |
| | | | | | | 12/10/25 | 50 | $0.1556 | Expired | $778.00 |
| | | | | | | 12/10/25 | 41 | $0.1600 | Expired | $656.00 |
| | | | | | | 12/10/25 | 1 | $0.1500 | Expired | $15.00 |
| | | | | | | 12/10/25 | 1 | $0.1600 | Expired | $16.00 |
| **Post Class** | | | | | **Post Class** | | | | | |
| **Purchases** | | | | | **Sales** | | | | | |
| | | | | | | | | | | |

| Total Shares Acquired in CP | 0 | Total Amt. Paid in CP | $0.00 | Total Shares Sold in CP | 202 | Total Amt. Sold in CP | $3,168.00 | |
|---|---|---|---|---|---|---|---|---|
| | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 | |
| | | | | Total Shares Sold to Current | 202 | Total Amt. Sold to Current | $3,168.00 | ALTERNATIVE |

Actual Net Shares Acquired in CP    (202) (CP Retained Shares)

Net Amount Paid in CP    -$3,168.00

Net Amount Paid in CP Minus Sold to Current Date    -$3,168.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)    0 Automatically 0 if Negative

Net Shares Acquired During Class Period Held to Current Date    0 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP    $0.00

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price    $0.00

Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price    $0.00 ALTERNATIVE

Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price    -$3,168.00 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)    -$3,168.00

Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)    -$3,168.00 ALTERNATIVE