**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SALVATORE LUPIA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FERMI INC., TOBY NEUGEBAUER, MILES EVERSON, GRIFFIN PERRY, JACOBO ORTIZ, MARIUS HAAS, RICK PERRY, CORDEL ROBBIN-COKER, LEE MCINTIRE, UBS SECURITIES LLC, EVERCORE GROUP L.L.C., CANTOR FITZGERALD & CO., MIZUHO SECURITIES USA LLC, MACQUARIE CAPITAL (USA) INC., ROTHSCHILD & CO US INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, TRUIST SECURITIES, INC., BERENBERG CAPITAL MARKETS LLC, AND PANMURE LIBERUM LIMITED, <br><br> Defendants. | Civil Action No. 1:26-cv-00050-MKV <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF**
**MOTION BY PUI SAN YVONNE CHONG FOR APPOINTMENT AS**
<u>**LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**</u>

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for Lead Plaintiff movant Pui San Yvonne Chong ("Movant"), and proposed Co-Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of her selection of Scott+Scott and The Schall Law Firm as Co-Lead Counsel for the Class.

3.      Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:    Notice published January 5, 2026, via *Business Wire,* pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit B:    Movant's PSLRA Certification;

Exhibit C:    Movant's Loss Chart;

Exhibit D:    Movant's Declaration;

Exhibit E:    Scott+Scott's Firm Résumé; and

Exhibit F:    The Schall Law Firm Résumé.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 20th day of March 2026.

 /s/ Thomas L. Laughlin, IV
Thomas L. Laughlin, IV

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ Thomas L. Laughlin, IV
Thomas L. Laughlin, IV

2