# EXHIBIT A

Case 1:26-cv-00050-ALC    Document 53-1    Filed 03/20/26    Page 2 of 8

Jan 5, 2026 8:07 PM Eastern Standard Time

# FRMI CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf Of Fermi Inc. Shareholders

Share

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York, captioned *Lupia v. Fermi, Inc., et al.,* Case No. 1:26-cv-00050, on behalf of persons and entities that purchased or otherwise acquired Fermi Inc. ("Fermi" or the "Company") (NASDAQ: FRMI): (a) common stock pursuant and/or traceable to the registration statement and prospectus (collectively, the "Registration Statement") issued in connection with the Company's October 2025 initial public offering ("IPO" or the "Offering"); and/or (b) securities between October 1, 2025 and December 11, 2025, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

**IF YOU SUFFERED A LOSS ON YOUR FERMI, INC. (FRMI), INVESTMENTS, CLICK HERE TO INQUIRE ABOUT POTENTIALLY PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.**

**What Happened?**

On October 1, 2025, Fermi conducted its IPO, selling 37,375,000 shares of common stock at a price of $21.00 per share.

On December 12, 2025, before the market opened, Fermi revealed the first tenant for the Company's anticipated Project Matador AI campus had terminated its $150 million Advance in Aid of Construction Agreement, which would have supplied construction costs for the facility.

On this news, the Company's stock price fell $5.16 per share, or 33.8%, to close at $10.09 on December 12, 2025, on unusually heavy trading volume.

By the commencement of this action, Fermi stock has traded as low as $8.59 per share, a 59% decline from the $21.00 per share IPO price.

**What Is The Lawsuit About?**

The complaint filed in this class action alleges that in the Registration Statement and throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) the Company overstated its tenant demand for its Project Matador campus; (2) the extent to which Project Matador would rely on a single tenant's funding commitment to finance the construction of Project Matador; (3) there was a significant risk that that tenant would terminate its funding commitment; and (4) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or otherwise acquired Fermi securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff.

**Contact Us To Participate or Learn More:**
If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:
Charles Linehan, Esq.,
Glancy Prongay & Murray LLP,
1925 Century Park East, Suite 2100,
Los Angeles California 90067
Email: shareholders@glancylaw.com
Telephone: 310-201-9150,
Toll-Free: 888-773-9224

Case 1:26-cv-00050-ALC    Document 53-1    Filed 03/20/26    Page 4 of 8

Visit our website at www.glancylaw.com.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

**Industry:**        Class Action Lawsuit        Professional Services        Legal



**GLANCY PRONGAY & MURRAY LLP**

⌁ NASDAQ:FRMI

Case 1:26-cv-00050-ALC    Document 53-1    Filed 03/20/26    Page 5 of 8

**RELEASE VERSIONS**

English

---

**CONTACTS**

Glancy Prongay & Murray LLP,
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
**Charles Linehan**
Email: shareholders@glancylaw.com
Telephone: 310-201-9150
Toll-Free: 888-773-9224
Visit our website at: www.glancylaw.com.

# More News From Glancy Prongay & Murray LLP

🔊 Get RSS Feed

### Glancy Prongay Wolke & Rotter LLP, a Leading Securities Fraud Law Firm Encourages Franklin BSP Realty Trust, Inc. (FBRT) Shareholders To Inquire About Securities Fraud Class Action

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay Wolke & Rotter LLP, a leading national shareholder rights law firm, announces that a securities fraud class action lawsuit has been filed on behalf of investors who purchased or otherwise acquired Franklin BSP Realty Trust, Inc....

---

### Glancy Prongay Wolke & Rotter LLP Announces Investigation of Integer Holdings Corporation (ITGR) on Behalf of Investors

Case 1:26-cv-00050-ALC   Document 53-1   Filed 03/20/26   Page 6 of 8

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay Wolke & Rotter LLP, a leading national shareholder rights law firm, today announced that it is investigating potential claims against the board of directors of Integer Holdings Corporation ("Integer" or the "Company") (NYSE: ITGR)...

---

### Deadline Alert: Corcept Therapeutics Incorporated (CORT) Shareholders Who Lost Money Urged to Contact Glancy Prongay Wolke & Rotter LLP About Securities Fraud Lawsuit

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay Wolke & Rotter LLP reminds investors of the upcoming April 21, 2026 deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Corcept Therapeutics Incorporated...

Back to Newsroom   →

# Wish your news had this kind of reach?

Sign Up          →

**Learn About Business Wire**   →



## Company

About Business Wire

Careers

Media Center

Help Center

3/4/26, 10:59 AM

Case 1:26-cv-00050-ALC    Document 53-1    Filed 03/20/26    Page 7 of 8

FRMI CLASS-ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf Of Ferroni Inc. Shareholders

**Services**

Press Release Distribution

Visibility & Engagement

Complimentary Features

Investor Communications

Reporting & Analytics

**Solutions**

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

**Newsroom**

Industries

Subjects

Languages

**Resources**

**Blog**

**For Journalists**

**Sign Up**



© 2026 Business Wire, Inc.

Privacy Policy       Cookie Policy       Copyright       Accessibility Statement       Terms of Use

