# EXHIBIT C

**LOSS ANALYSIS**

**Class Period: 10/01/2025 to 12/11/2025**

**FERMI INC**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price | |
|---|---|---|---|---|---|
| **FRMI** | **314911108** | **BV2HGM9** | **US3149111086** | **$9.12833** | * |

**Pui San Yvonne Chong**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 10/2/2025 | 6,000 | $35.50 | -$213,000.00 |
| **Class Period purchases:** | | **6,000** | | **-$213,000.00** |
| | LIFO Retained Purchases: | 6,000 | $9.12833 | $54,770.00 |

**\* Value of retained shares is the mean trading price from 12/12/2025 to 03/06/2026**            **LIFO Gain/(Loss):  -$158,230.00**