**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SALVATORE LUPIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FERMI INC., TOBY NEUGEBAUER, MILES EVERSON, GRIFFIN PERRY, JACOBO ORTIZ, MARIUS HAAS, RICK PERRY, CORDEL ROBBIN-COKER, LEE MCINTIRE, UBS SECURITIES LLC, EVERCORE GROUP L.L.C., CANTOR FITZGERALD & CO., MIZUHO SECURITIES USA LLC, MACQUARIE CAPITAL (USA) INC., ROTHSCHILD & CO US INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, TRUIST SECURITIES, INC., BERENBERG CAPITAL MARKETS LLC, and PANMURE LIBERUM LIMITED,<br><br>Defendants. | Case No.: 1:26-cv-00050-MKV<br><br>Hon. Mary Kay Vyskocil |

**NOTICE OF NON-OPPOSITION OF FERMI INC., TOBY NEUGEBAUER, MILES EVERSON, GRIFFIN PERRY, JACOBO ORTIZ, MARIUS HAAS, RICK PERRY, CORDEL ROBBIN-COKER, AND LEE MCINTIRE TO THE COMPETING LEAD PLAINTIFF MOTIONS**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Fermi Inc., Toby Neugebauer, Miles Everson, Griffin Perry, Jacobo Ortiz, Marius Haas, Rick Perry, Cordel Robbin-Coker, and Lee McIntire (collectively, the "Fermi Defendants") respectfully do not oppose the competing motions for

appointment as lead plaintiff and approval of selection of counsel filed in the above-captioned action (the "Action").

However, the Fermi Defendants hereby provide notice to the Court that they intend to seek a transfer of venue in this Action, pursuant to Federal Rule of Civil Procedure § 1404(a), to the United States District Court for the Northern District of Texas, Amarillo Division.  The Fermi Defendants have discussed the proposed transfer with counsel for UBS Securities LLC, Evercore Group L.L.C., Cantor Fitzgerald & Co., Mizuho Securities USA LLC, MacQuarie Capital (USA) inc., Rothschild & Co US Inc., Stifel, Nicolaus & Company, Incorporated, Truist Securities, Inc., Berenberg Capital Markets LLC, and Panmure Liberum Limited (the "Underwriter Defendants"), and the Underwriter Defendants consent to the proposed transfer.

Once a lead plaintiff has been appointed, Defendants will seek the lead plaintiff's consent to the transfer, and if necessary, will file a contested motion to transfer venue.

Defendants reserve all rights with respect to the appointment of a lead plaintiff, including the right to challenge any lead plaintiff should new information come to light regarding any lack of standing or conflicts of interest.  This Notice of Non-Opposition should not be construed as an endorsement of any prospective lead plaintiff's adequacy to represent a putative class, and this Notice of Non-Opposition shall have no impact on the rights of  Defendants to oppose class certification in this Action.

Dated: March 20, 2026

Respectfully Submitted,

**KING & SPALDING LLP**
By: _/s/_
Paul R. Bessette
500 West 2nd Street, Suite 1800

2

Austin, Texas 78701
Tel: (512) 457-2000
Email: pbessette@kslaw.com

Israel Dahan
1290 6th Avenue, 14th Floor
New York, New York 10104
Tel: (212) 556-2100
Email: idahan@kslaw.com

*Counsel for Fermi Inc., Toby
Neugebauer, Miles Everson, Griffin
Perry, Jacobo Ortiz, Marius Haas, Rick
Perry, Cordel Robbin-Coker, and Lee
McIntire*

3