UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE LUPIA, Individually and on Behalf of all others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FERMI INC., TOBY NEUGEBAUER, MILES EVERSON, GRIFFIN PERRY, JACOBO ORTIZ, MARIUS HAAS, RICK PERRY, CORDEL ROBBIN-COKER, LEE MCINTIRE, UBS SECURITIES LLC, EVERCORE GROUP L.L.C., CANTOR FITZGERALD & CO., MIZUHO SECURITIES USA LLC, MACQUARIE CAPITAL (USA) INC., ROTHSCHILD & CO US INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, TRUIST SECURITIES, INC., BERENBERG CAPITAL MARKETS LLC, and PANMURE LIBERUM LIMITED,<br><br>Defendants. | Case No.  1:26-cv-00050-MKV |

NOTICE OF NON-OPPOSITION OF STAN POLING AND WESLEY LANGLAND
TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF LEAD COUNSEL

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

On March 6, 2026, Stan Poling ("Poling") and Wesley Langland ("Langland"), by and through their counsel, filed a motion pursuant to Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3), and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Poling and Langland as Co-Lead Plaintiffs on behalf of a class (the "Class") consisting of persons and entities that purchased or otherwise acquired Fermi Inc. ("Fermi") common stock pursuant and/or traceable to the registration statement and prospectus issued in connection with Fermi's October 2025 initial public offering, and/or Fermi securities between October 1, 2025 and December 11, 2025, inclusive; and (2) approving proposed Co-Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 38.

Having reviewed the competing motions before the Court, it appears that Poling and Langland do not have the "largest financial interest" in this litigation within the meaning of the PSLRA.  This notice of non-opposition shall have no impact on Poling and Langland's membership in the proposed Class or their respective rights to share in any recovery obtained for the benefit of Class members.

Dated:  March 20, 2026                                    Respectfully submitted,

                                                         POMERANTZ LLP

                                                         */s/ J. Alexander Hood II*
                                                         J. Alexander Hood II
                                                         Jeremy A. Lieberman
                                                         600 Third Avenue, 20th Floor
                                                         New York, New York 10016
                                                         Telephone: (212) 661-1100
                                                         Facsimile: (917) 463-1044
                                                         ahood@pomlaw.com
                                                         jalieberman@pomlaw.com

1

*Counsel for Stan Poling and Wesley Langland*

PORTNOY LAW FIRM
Lesley F. Portnoy, Esq.
28310 Roadside Drive, Suite 244
Agoura Hills, California 91301
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Stan Poling*