**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SALVATORE LUPIA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FERMI INC., TOBY NEUGEBAUER, MILES EVERSON, GRIFFIN PERRY, JACOBO ORTIZ, MARIUS HAAS, RICK PERRY, CORDEL ROBBIN-COKER, LEE MCINTIRE, UBS SECURITIES LLC, EVERCORE GROUP L.L.C., CANTOR FITZGERALD & CO., MIZUHO SECURITIES USA LLC, MACQUARIE CAPITAL (USA) INC., ROTHSCHILD & CO US INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, TRUIST SECURITIES, INC., BERENBERG CAPITAL MARKETS LLC, and PANMURE LIBERUM LIMITED,<br><br>Defendants. | Case No. 1:26-cv-00050-MKV |

**NOTICE OF WITHDRAWAL OF DAVID. R. MINTON'S MOTION FOR**
**APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

On March 6, 2026, David R. Minton, as Trustee of the Lazy T Family Trust, dated July 6, 2006 ("Minton"), filed a motion for appointment as lead plaintiff and approval of counsel in connection with the above-captioned securities fraud class action (Dkt. No. 29, the "Motion"). Eight other motions were filed by other putative class members.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") directs the Court to appoint the "most adequate plaintiff" as lead plaintiff, and provides a rebuttable presumption that the most adequate movant is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." *See* 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I); 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Minton does not have the largest financial interest in the relief sought by the class as required by the PSLRA. As such, Minton hereby withdraws his Motion.

By this withdrawal, Minton does not waive his rights to participate and recover as a class member in this litigation.

Respectfully submitted,

DATED: March 20, 2026          **GLANCY PRONGAY WOLKE & ROTTER LLP**

By:   */s/ Gregory B. Linkh*
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

1

Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for David. R. Minton, Trustee of the Lazy T
Family Trust*

**<u>PROOF OF SERVICE</u>**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On March 20, 2026, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 20, 2026, at Brooklyn, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

3