**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SALVATORE LUPIA, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   v.<br><br>FERMI INC., TOBY NEUGEBAUER, MILES EVERSON, GRIFFIN PERRY, JACOBO ORTIZ, MARIUS HAAS, RICK PERRY, CORDEL ROBBIN-COKER, LEE MCINTIRE, UBS SECURITIES LLC, EVERCORE GROUP L.L.C., CANTOR FITZGERALD & CO., MIZUHO SECURITIES USA LLC, MACQUARIE CAPITAL (USA) INC., ROTHSCHILD & CO US INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, TRUIST SECURITIES, INC., BERENBERG CAPITAL MARKETS LLC, AND PANMURE LIBERUM LIMITED,<br><br>               Defendants. | Civil Action No. 1:26-cv-00050-MKV<br><br>CLASS ACTION |

**NOTICE OF NON-OPPOSITION OF PUI SAN YVONNE CHONG TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

**TO:    THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

On March 6, 2026, Pui San Yvonne Chong ("Chong"), by and through her counsel, filed a motion with this Court, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §77z-1, et seq. and 15 U.S.C. §78u-4, et seq. (the "PSLRA"), for an Order: (1) appointing Chong as Lead Plaintiff in the above-captioned action; and (2) approving Chong's selection of Scott+Scott Attorneys at Law LLP and The Schall Law Firm as Lead Counsel for the Class.  *See* Originally Filed as ECF Nos. 34-36, corrected to ECF Nos. 52-54.

The PSLRA provides a rebuttable presumption that the "most adequate plaintiff" to represent the interests of class members is the movant that has "the largest financial interest in the relief sought by the class" and "otherwise satisfies the requirements of Rule 23." 15 U.S.C. §77z-1(a)(3)(B)(iii)(I), 15 U.S.C. §78u-4(a)(3)(B)(iii)(I).  Having reviewed the competing motions for appointment as lead plaintiff filed by other putative class members, it appears that Chong does not possess "the largest financial interest in the relief sought by the class" under the Lax/Olsten Factors used by courts in this Circuit.  Accordingly, Chong does not oppose the competing motions.

Chong reserves all rights as a member of the putative class and to share in any recovery obtained in this action for the benefit of the class members.

DATED:  March 20, 2026                    Respectfully Submitted,
                                          **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

                                          */s/* Thomas L. Laughlin, IV
                                          Thomas L. Laughlin, IV
                                          The Helmsley Building
                                          230 Park Avenue, 24th Floor
                                          New York, NY 10169
                                          Telephone: (212) 223-6444
                                          Facsimile: (212) 223-6334
                                          tlaughlin@scott-scott.com

                                          *Counsel for Lead Plaintiff Movant Chong*

1

2

**THE SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
brian@schallfirm.com

*Counsel for Plaintiff and the Putative Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

 /s/ Thomas L. Laughlin, IV
Thomas L. Laughlin, IV
