# Exhibit A

424B4 1 ea0252333-11.htm PROSPECTUS

**Filed Pursuant to Rule 424(b)(4)**
**Registration No. 333-290089**

**PROSPECTUS**

**32,500,000 Shares**



**Fermi Inc.**
**Common Stock**

This is Fermi Inc.'s initial public offering of its common stock ("common stock"). We are offering 32,500,000 shares of our common stock. Prior to this offering, there has been no public market for our common stock. The initial public offering price of our common stock is $21.00 per share. We have been approved to list our common stock on the Nasdaq Global Select Market ("Nasdaq") under the symbol "FRMI." Additionally, we have applied to list our common stock on the main market of the London Stock Exchange plc (the "London Stock Exchange") under the symbol "FRMI."

**See "Risk Factors" beginning on page 37 to read about factors you should consider before buying shares of our common stock.**

We intend to elect to qualify to be taxed as a real estate investment trust ("REIT") under the Internal Revenue Code of 1986, as amended (the "Code"), commencing with our short taxable year ending December 31, 2025, as further described herein. We believe that we are organized and operate in a manner to qualify for taxation as a REIT for U.S. federal income tax purposes. We intend to continue to be organized and operate as a REIT in the future. Shares of our capital stock (including our common stock) will be subject to limitations on ownership and transfer that are primarily intended to assist us in maintaining our qualification as a REIT. Subject to certain exceptions, our certificate of formation ("Charter") will restrict the direct or indirect ownership by one person or entity to no more than 2.5% in value or in number of shares, whichever is more restrictive, of the outstanding shares of any class or series of our capital stock. See "*Description of Capital Stock—Restrictions on Ownership and Transfer*" for a detailed description of the ownership and transfer restrictions applicable to our common stock.

Upon completion of this offering and the related corporate conversion, holders of shares of our common stock will be entitled to one vote for each share of common stock, respectively, held of record on all matters on which shareholders are entitled to vote generally. See "*Description of Capital Stock*." We currently operate as a Texas limited liability company under the name Fermi LLC. In connection with this offering, we will consummate the transactions described under the heading "*Corporate Conversion*" in which Fermi LLC will convert into a Texas corporation pursuant to a statutory conversion and change its name to Fermi Inc. See "*Corporate Conversion*."

We are an "emerging growth company" as defined under the U.S. federal securities laws and, as such, may elect to comply with certain reduced public company reporting requirements in future reports after the closing of this offering. See the section titled "*Prospectus Summary—Implications of Being an Emerging Growth Company*."

**Neither the Securities and Exchange Commission ("SEC") nor any other regulatory body has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus. Any representation to the contrary is a criminal offense.**

| | Per Share | Total |
|---|---|---|
| Initial public offering price | $ 21.00 | $ 682,500,000 |
| Underwriting discount and commissions[1] | $ 1.05 | $ 34,125,000 |
| Proceeds, before expenses, to us | $ 19.95 | $ 648,375,000 |

(1)  See "*Underwriting*" for additional information regarding underwriting compensation.

We have granted the underwriters the option, for a period of 30 days, to purchase up to 4,875,000 additional shares of common stock from us at the initial price to the public less the underwriting discount and commissions.

At our request, the underwriters have reserved up to 5% of the shares offered by this prospectus, for sale at the initial public offering price through a directed share program to our employees, executive officers, directors and related persons who have

Table of Contents

**Rule 701**

In general, under Rule 701, any of our employees, directors, officers, consultants or advisors who purchases shares from us in connection with a compensatory stock or option plan or other written agreement pursuant to Rule 701 before the effective date of the Registration Statement for this offering is entitled to sell such shares 90 days after the effective date of this offering in reliance on Rule 144, without having to comply with the holding period requirement of Rule 144 and, in the case of non-affiliates, without having to comply with the public information, volume limitation or notice filing provisions of Rule 144. The SEC has indicated that Rule 701 will apply to typical stock options granted by an issuer before it becomes subject to the reporting requirements of the Exchange Act, along with the shares acquired upon exercise of such options, including exercises after the date of this prospectus.

**Stock Issuable Under Employee Plans**

We intend to file a registration statement on Form S-8 under the Securities Act to register stock issuable under our equity incentive plan. This registration statement is expected to be filed following the effective date of the Registration Statement of which this prospectus is a part and will be effective upon filing. Accordingly, shares registered under such registration statement will be available for sale in the open market following the effective date, unless such shares are subject to vesting restrictions with us, Rule 144 restrictions applicable to our affiliates or the lock-up restrictions described above.

**Registration Rights**

For a description of registration rights relating to our common stock, see "*Certain Relationships and Related Party Transactions—Registration Rights Agreement.*"