# Exhibit A

Summary  News  Research  Chart  Community  Statistics  Historical Data  Profile  Financials  Analysis  Options  Holders

NasdaqGS - Nasdaq Real Time Price • USD

## Fermi Inc. (FRMI) ☆

## 6.08 0.00 (0.00%)

As of 2:09:51 PM EDT. Market Open.

🟢 Get top stock picks

| Nov 21, 2025 - Nov 22, 2025 ⌄ | Historical Prices ⌄ | Daily ⌄ |

Currency in USD    | 🔒 Download

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|------|------|------|-----|---------|-------------|--------|
| Nov 21, 2025 | 15.84 | 15.90 | 13.64 | 14.34 | 14.34 | 6,713,200 |

## Related Tickers

| UNIT | DLR | EQIX | AMT | WY | CCI | FPI | RYN | LAND |
|------|-----|------|-----|-----|-----|-----|-----|------|
| Uniti Group Inc. | Digital Realty Trust, Inc. | Equinix, Inc. | American Tower Corpo... | Weyerhaeuser Company | Crown Castle Inc. | Farmland Partners Inc. | Rayonier Inc. | Gladst... |
| **7.83** -0.32% | **175.22** +0.27% | **960.55** -0.31% | **170.24** +0.78% | **23.80** +0.83% | **78.60** +0.81% | **10.94** -0.64% | **20.31** +0.77% | **10.08** |



**We'll keep this simple. Savings. Security. Support.**

Business is complicated. Cox Business makes it simple. With reliable fiber speeds and Internet...

SPONSORED BY **COX BUSINESS**

Learn More

 yahoo!finance

Copyright © 2026 Yahoo.
All rights reserved.

  

**What's trending**

Dow Jones
S&P 500
DAX Index
Nvidia
Tesla
DJT
Tariffs

**Explore more**

Mortgages
Credit Cards
Sectors
Crypto Heatmap
Financial News

**About**

Data Disclaimer
Help
Feedback
Sitemap
Licensing
What's New
About Our Ads
Premium Plans